## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Fadi Dahhan, hereby certify that:

    I have reviewed the Complaint and authorized its filing for the filing of a Motion for Lead Plaintiff on my behalf. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary. My transactions in OvaScience, Inc. (OVAS) securities that are the subject of this litigation during the Class Period are attached hereto as Exhibit A. I have not served as or sought to serve as a representative party on behalf of a Class under this title during the last three years. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the Court, including the award to a representative of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

The foregoing are, to the best of my knowledge and belief, true and correct statements.

02/24/2017

*[signature: Fadi Dahhan]*

                                                                           Fadi Dahhan