**Exhibit A**

My transactions in OvaScience, Inc. (OVAS) securities that are the subject of this litigation during the class period set forth in the complaint are as follows (P indicates a purchase, S indicates a sale):

| Security | Date | Sale | Purchase | Number of Shares | Price per Share |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| OVAS | 07/07/2015 |  | P | 538 | $26.20 |
| OVAS | 04/02/2015 |  | P | 460 | $33.00 |
| OVAS | 03/27/2015 |  | P | 370 | $44.00 |
| OVAS | 03/13/2015 |  | P | 540 | $44.00 |
|  |  |  |  |  |  |
| *Total* |  |  |  | 1908 |  |