UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FADI DAHHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>OVASCIENCE, INC., MICHELLE DIPP, and JEFFREY E. YOUNG,<br><br>                Defendants. | Civil Action No. 17-10511 (IT) |

**JOINT STIPULATION AND MOTION OF ALL PARTIES REGARDING SERVICE, SCHEDULING AND PLEADING**

The Parties, by and through their attorneys, hereby move for entry of a scheduling order taking into account the timing requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4 (the "Reform Act").

The Parties agree:

A.    Plaintiff has effected service of process on all Defendants.

B.    This action brought under Sections 10 and 20 of the Securities Exchange Act of 1934 is subject to the Reform Act. *Id.* § 78u–4(a)(1).

C.    The Reform Act provides that the Court must select the lead plaintiff in this action or any consolidated action of which it becomes a part, and must approve the lead plaintiff's choice of lead counsel. *Id.* § 78u–4(a)(3)(B).

D.    The Parties anticipate that following appointment of lead plaintiff and approval of lead counsel, lead plaintiff will either designate this complaint as the operative complaint in this action or file an amended complaint applicable to this action and any other actions with which it may be consolidated.  Accordingly, the Parties agree that no answer or other response to the

complaint should be filed until after lead plaintiff designates an operative complaint or files a consolidated amended complaint.

  E. Lead plaintiff shall designate the existing complaint or file any amended complaint within 30 days following appointment of lead plaintiff.  Defendants' response to the operative complaint shall be made within 45 days of filing of an amended complaint or designation of the existing complaint.  If Defendants' response is a motion to dismiss, lead plaintiff's opposition shall be due 45 days after service of the motion to dismiss, and Defendants' reply brief shall be due 30 days after service of the opposition.

  WHEREFORE, the Parties respectfully request and move that the Court approve this stipulation and motion.

**Dated:**  May 23, 2017

DEFENDANTS OVASCIENCE, INC.,
MICHELLE DIPP, and JEFFREY E. YOUNG

By their counsel,

*/s/ John F. Sylvia*
John F. Sylvia (BBO #555581)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel:  (617) 348-1820
Fax:  (617) 542-2241
jfsylvia@mintz.com

PLAINTIFF FADI DAHHAN, Individually and on Behalf of All Others Similarly Situated

2

By his counsel,

*/s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO #649304)
MATORIN LAW OFFICE, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482
Tel: (781) 453-0100
Fax: (888) 628-6746
mjm@matorinlaw.com

OF COUNSEL:

LIFSHITZ & MILLER LLP
Joshua M. Lifshitz
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Tel: (516) 493-9780
jml@jlclasslaw.com

SO ORDERED:

Dated: _____     _____

The Honorable Indira Talwani
United States District Judge

## **CERTIFICATE OF SERVICE**

      I, John F. Sylvia, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2017.

                                 */s/ John F. Sylvia*
                                 John F. Sylvia

69133149v.1