UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FADI DAHHAN, Individually and on Behalf )   No. 1:17-cv-10511-IT
of All Others Similarly Situated, )
)  CLASS ACTION
                  Plaintiff, )
)
    vs. )
)
OVASCIENCE, INC., et al., )
                Defendants. )
)
)

## **AMENDED SCHEDULING ORDER**

Having considered the Agreed Motion for Extension of Time to File Amended Complaint and Entry of [Proposed] Amended Scheduling Order:

1.    The motion is GRANTED;

2.    Lead Plaintiff shall file and serve its Amended Complaint on August 25, 2017;

3.    Defendants shall move, answer, or otherwise respond to the Amended Complaint no later than 45 days after the filing of the Amended Complaint;

4.    Lead Plaintiff shall file its opposition to any motion to dismiss no later than 30 days after the filing of Defendants' motion to dismiss;

5.    Defendants shall have 30 days after the filing of any opposition, to file a reply brief in support of any motion to dismiss.

IT IS SO ORDERED.

DATED: _____8/18/2017_____

_____
HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE

- 1 -