UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FADI DAHHAN, Individually and on Behalf of All Others Similarly Situated, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1:17-cv-10511-IT |
| OVASCIENCE, INC., et al, | * * | |
| Defendant. | * | |

MEMORANDUM & ORDER

July 5, 2017
As corrected July 16, 2018

TALWANI, D.J.

Fadi Dahhan filed this class action against Ovascience, Inc., and others alleging violation of federal private securities laws. Compl. [#1]. He subsequently filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel [#8], and Freedman Family Investments, LLC, filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel [#11]. On June 9, 2017, Dahhan filed a Notice of Non-Opposition to Competing Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel [#14].

Alleging losses of nearly $2,162,690 in connection with their purchases of OvaScience securities, Freedman Family Investments asserts the largest financial interest in the relief sought by the proposed class. Decl. Alan L. Kovacs Ex. B [#13-2].

Accordingly, Dahhan's Motion for Appointment as Lead Plaintiff and Approval of Counsel [#8] is DENIED and Freedman Family Investments' Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel [#11] is ALLOWED. The court approves Freedman Family Investments as lead plaintiff. The court further approves Freedman

Investments' selection of (1) Robins Geller Rudman & Dowd LLP as lead counsel and (2) the Law Office of Alan L. Kovacs to serve as local counsel.

    IT IS SO ORDERED.

Date: July 5, 2017                                               /s/ Indira Talwani
                                                                              United States District Judge