# EXHIBIT 2



PROPRIETARY & CONFIDENTIAL

Confidential                                                                 OVAS_0687897

# Mission

Longwood creates and invests in science-based companies that develop novel solutions for important medical problems



# Team

- **Richard Aldrich**
  - Co-founder & Chairman **OvaScience** (NASDAQ: OVAS), **Concert** (NASDAQ: CNCE)
  - Co-founder **Verastem** (NASDAQ: VSTM)
  - Director **PTC Therapeutics** (NASDAQ: PTCT), **Mitobridge**, **Colorescience**
  - Co-founder **Alnara** (now Lilly), **Sirtris** (NASDAQ: SIRT, now GSK), **Flex Pharma** (NASDAQ: FLKS), **RA Capital**
  - ~20 yrs operating experience: co-founding employee, CBO **Vertex** (NASDAQ: VRTX)
  - **Biogen** (NASDAQ: BIIB)
  - Boston College (MS), and Dartmouth/Tuck (MBA)

- **Michelle Dipp, MD, PhD**
  - Co-founder & CEO **OvaScience** (NASDAQ: OVAS)
  - Co-founder **Alnara** (now Lilly), **Verastem** (NASDAQ: VSTM), **Flex Pharma** (NASDAQ: FLKS)
  - SVP & Head CEEDD **GSK**
  - Head BD **Sirtris** (NASDAQ: SIRT, now GSK), **Wellcome Trust** private equity
  - University of Oxford (MD, PhD)

- **Christoph Westphal, MD, PhD**
  - Lead VC and co-founder/CEO: **Momenta**, **Alnylam**, **Acceleron**, **Sirtris**, **Verastem** (NASDAQ: MNTA, ALNY, XLRN, SIRT, VSTM), **Flex Pharma** (NASDAQ: FLKS)
  - Co-founder **Alnara** (now Lilly), **OvaScience** (NASDAQ: OVAS)
  - SVP, **GSK**, then President **SR1** (GSK)
  - Harvard (MD, PhD)



PROPRIETARY & CONFIDENTIAL

3

# Longwood Strategy





PROPRIETARY & CONFIDENTIAL

4

**Innovate** > Collaborate > Accelerate

- Identify ground breaking discoveries that significantly improve patients' lives

- Partner with scientific co-founders

- Pursue aggressive intellectual property strategy



PROPRIETARY & CONFIDENTIAL

5

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　OVAS_0687901

Innovate → **Collaborate** → Accelerate

- Create and take an active management role in running company

- Build a top management team

- Line-up key opinion leaders in the field

- Syndicate with top VCs and investors



PROPRIETARY & CONFIDENTIAL

6

**Innovate** → **Collaborate** → **Accelerate**

- Identify most efficient way to get drug / device / therapy from the lab to the patient

- Plan for 3–5 years to key value inflection point

- Leverage corporate and Wall Street partners



PROPRIETARY & CONFIDENTIAL

7

Confidential                                                                                                          OVAS_0687903

# Companies Co-Founded by Longwood Partners

| Company | Drug / Program | Status | Current or Exit Value |
|---|---|---|---|
| VERTEX | Agenerase™<br>Lexiva™<br>Incivek™<br>Kalydeco™ | Marketed (GSK)<br>Marketed (GSK)<br>Marketed<br>Marketed | $30B |
| MOMENTA | M-Enoxaparin™<br>Generic Copaxone | Marketed<br>FDA Approved | $1B |
| Alnylam | ALN-TTR02 | Phase 3 | $10B |
| ACCELERON | Sotatercept | Phase 2 | $1B |
| sirtris A GSK COMPANY | SIRT1 Activator | Phase 2 (GSK) | $720M |
| CoNCERT Pharmaceuticals Inc. | CTP-354 (D-L-838417) | Phase 2 | $300M |
| ALNARA PHARMACEUTICALS | Solpura™ | Phase 3 | $200M |
| Verastem | Defactinib | Pivotal | $360M |
| OvaScience | AUGMENT℠ | Launched | $800M |
| FLEXPharma | TRP Stimulator | Human Proof-of-Concept | $370M |

Source: Value for public companies as of 4.27.15.  Sirtris and Alnara values at time Longwood Partners sold companies.



LONGWOOD FUND

PROPRIETARY & CONFIDENTIAL

8

# Fund I Portfolio – *Realized*



- Global life sciences company dedicated to improving fertility for women around the world
- Longwood co-founded with Sinclair and Tilly
- IPO (Form 10) November 12, 2012 (NASDAQ: OVAS); price per share $5.50
- Realized: 8x



- Developing and commercializing novel protein therapeutics for the treatment of metabolic diseases
- Sold to Lilly in July 2010
- Realized: 3.3x



*Realized*

- Discovering and developing drugs to treat cancer by the targeted killing of cancer stem cells
- Longwood co-founded with Gupta, Lander, Sharp, Walsh and Weinberg
- IPO January 27, 2012 (NASDAQ: VSTM); additional $64 million raised through the sale of 4.2 million shares at $15/share on July 22, 2013
- Realized: 2.3x



- Global biopharmaceutical company focused on the discovery, development and commercialization of orally administered, proprietary small molecule drugs targeting an area of RNA biology we refer to as post-transcriptional control
- $125 million IPO June 20, 2013 (NASDAQ: PTCT)
- Realized: 1.6x

Note: Historical returns are not a prediction of future performance. Actual performance may vary significantly from the results shown for a variety of factors.



LONGWOOD FUND

9

# Fund I & II Portfolio – *Current*



**Fund I**
- Privately held commercial stage medical device focused on designing, developing and marketing orthopedic fracture repair products that leverage its proprietary bone stabilization technology
- Has conditional FDA approval for clinical trials in the US and CE Mark approval in Europe



- Biopharmaceutical focused on mitochondria-related drug discovery and development
- Privately held; raised $45 million Series A with Astellas and MPM Capital
- Exclusive R&D collaboration with Astellas; partnership agreement total value could reach up to $730 million



**Fund II**
- Clinical-stage pharmaceutical focused on discovering and developing novel small molecule drugs directed against tumor metabolism and tumor immunology targets for the treatment of cancer
- Joined Adage Capital, T Rowe Price, Wellington and ATV in $35 million round; participated in IPO
- Lead clinical candidate, CB-839, blocks glutaminase, an enzyme critical to tumor metabolism
- $80 million IPO October 2, 2014 (NASDAQ: CALA); 2x on partially realized



- Biotechnology developing innovative and proprietary treatments for nocturnal leg cramps and spasms associated with severe neuromuscular conditions
- Longwood co-founded with MacKinnon & Bean (both National Academy of Sciences)
- Raised $40 million Series A&B as of September 2014; $86 million IPO January 29, 2015 (NASDAQ: FLKS)

- Privately held skincare company that develops & markets scientifically based, proprietary products that treat sun damaged skin, and protect the skin from the damaging effects of the sun, the environment and aging
- CEO led successful sale of prior company, SkinMedica to Allergan, Inc. for $375 million



- Discovering and developing drugs to treat cancer by the targeted killing of cancer stem cells
- Longwood co-founded with Gupta, Lander, Sharp, Walsh and Weinberg
- (NASDAQ: VSTM) $54.2 million follow on January 29, 2015



10

Confidential
OVAS_0687906

# Fund I Current Value (as of 5/1/2015)

($ in millions)

| Company | Date of Initial Investment | Invested Capital | Current "Value" | Multiple |
|---|---|---|---|---|
| **Realized** | | | | |
| ALNARA PHARMACEUTICALS | Q1 2010 | $.94 | $3.1 | 3.3x |
| Verastem | Q3 2010 | $17.9 | $41.3 | 2.3x |
| PTC Therapeutics | Q1 2013 | $14 | $22.9 | 1.6x |
| OvaScience | Q3 2011 | $17.8 | $149.7 | 8.4x |
| **Current** | | | | |
| IlluminOss Medical Inc | Q4 2012 | $4.4 | $4.4 | NA |
| mitobridge | Q4 2013 | $7.5 | $7.5 | NA |
| **Total** | | $63 | $229 | 3.6x |

~$63M invested; ~$217M returned as of 5/1/15

Note: Current returns are not a prediction of future performance. Actual performance may vary significantly from the results shown for a variety of factors.


LONGWOOD FUND

PROPRIETARY & CONFIDENTIAL

11

# Fund II Deployment

89% invested/reserved as of May 2015

($ in millions)

| Company | Date of Initial Investment | Invested Capital | Reserved Capital | % of Fund |
|---|---|---|---|---|
| CALITHERA BIOSCIENCES | Q4 2013 | $5.85 | - | 8% |
| FLEXPharma | Q2 2014 | $17 | - | 24% |
| colorescience | Q3 2014 | $7.5 | 7 | 21% |
| Verastem | Q1 2015 | $8 | - | 11% |
| Future Portfolio Investments, Fees, etc | | | ~$17 | 25% |
| Total | | $38.4 | ~$24 | 89% |



PROPRIETARY & CONFIDENTIAL

12

# Fund II Current Value *(as of 5/1/2015)*

($ in millions)

| Company | Date of Initial Investment | Invested Capital | Current "Value" | Multiple |
|---|---|---|---|---|
| **Unrealized** | | | | |
| CALITHERA BIOSCIENCES | Q4 2013 | $2 | $2.1 | 1.0x |
| FLEXPharma | Q2 2014 | $17 | $47.5 | 2.8x |
| colorescience | Q3 2014 | $7.5 | $7.5 | 1.0x |
| Verastem | Q1 2015 | $8 | $10.5 | 1.3x |
| **Realized** | | | | |
| CALITHERA BIOSCIENCES | Q4 2013 | $3.85 | $7.8 | 2.0x |
| **Total** | | **$38.4** | **$75.4** | **2.0x** |

Note: Current returns are not a prediction of future performance. Actual performance may vary significantly from the results shown for a variety of factors.



PROPRIETARY & CONFIDENTIAL

13

# CW Track Record *(as of 9/30/2014)*

|  | Cost | Valuation | Multiple |
|---|---:|---:|---:|
| Alnylam Pharmaceuticals | $12.1 | $35.4 | 2.9x |
| Momenta Pharmaceuticals | $13.5 | $84.5 | 6.3x |
| Acceleron Pharmaceuticals | $18.8 | $98.5 | 5.2x |
| Sirtris Pharmaceuticals | $10.8 | $66.4 | 6.1x |
| Nanosys | $13.0 | $8.4 | 0.7x |
| GI Dynamics | $17.4 | $23.4 | 1.3x |
| Athenix Corporation | $7.8 | $78.2 | 10.1x |
| Advion BioSciences | $9.7 | $12.3 | 1.3x |
| Saegis Pharmaceutical | $7.5 | $1.3 | 0.2x |
| Hydra BioSciences | $14.4 | $6.9 | 0.5x |
| Total | $125.0 | $415.3 | 3.3x |

Note: Past returns are not a prediction of future performance.


LONGWOOD FUND

PROPRIETARY & CONFIDENTIAL

14

Confidential                                                                                                           OVAS_0687910

# Longwood Strategic Advisory Board

**James Foster**
  Chairman of the Board, President and Chief Executive Officer of Charles River Laboratories
**Wyc Grousbeck**
  Managing Partner and CEO of the Boston Celtics
**John Henry**
  Principal owner of *The Boston Globe*, Boston Red Sox and Liverpool Football Club, and co-owner of Roush Fenway Racing, Investor: Sirtris (NASDAQ: SIRT, now GSK), OvaScience (NASDAQ: OVAS), Flex Pharma (NASDAQ: FLKS)
**Peter Hutt, LLB, LLM**
  Former FDA GC, SAB: Sirtris (NASDAQ: SIRT, now GSK), Alnara, OvaScience (NASDAQ: OVAS), Flex Pharma (NASDAQ: FLKS), BOD: Momenta (NASDAQ: MNTA)
**Rod MacKinnon, PhD**
  Nobel Prize, Co-Founder Flex Pharma (NASDAQ: FLKS), Rockefeller University
**John Maraganore, PhD**
  CEO Alnylam (NASDAQ: ALNY)
**Richard Pops**
  Chairman and Chief Executive Officer Alkermes (NASDAQ: ALKS), BOD: Sirtris (NASDAQ: SIRT, now GSK)
**Paul Schimmel, PhD**
  NAS, Scripps, Co-Founder Alnylam (NASDAQ: ALNY), Momenta (NASDAQ: MNTA) and Sirtris (NASDAQ: SIRT, now GSK)
**John Sculley**
  Former President Pepsi, Former CEO, Apple, Investor: Flex Pharma (NASDAQ: FLKS)
**Phil Sharp, PhD**
  Nobel Prize, Co-Founder Biogen and Alnylam (NASDAQ: ALNY), NAS, SAB: Sirtris (NASDAQ: SIRT, now GSK), Verastem (NASDAQ: VSTM)
**David Sinclair, PhD**
  Harvard, Co-Founder/SAB Sirtris (NASDAQ: SIRT, now GSK), OvaScience (NASDAQ: OVAS)
**Moncef Slaoui, PhD**
  GlaxoSmithKline, Chairman R&D
**Henri Termeer**
  Former Chairman, President and CEO Genzyme, BOD: Verastem (NASDAQ: VSTM)
**Chris Walsh, PhD**
  Harvard, NAS, Genzyme, SAB: Sirtris (NASDAQ: SIRT, now GSK), Verastem (NASDAQ: VSTM), Flex Pharma (NASDAQ: FLKS)

SAB = Scientific Advisory Board, BOD = Board of Directors, NAS = National Academy of Sciences


LONGWOOD FUND

PROPRIETARY & CONFIDENTIAL

15

# Fund III Investment Terms

- Fund Makeup: ~80% Private; ~20% Public

- 3% GP Contribution

- 20% Carried Interest

- 2.25% Management Fee



# Operations

- **CFO:** Brian Malone
  - Formerly CFO Old Mutual, CFO FourWinds Capital Management

- **Investor Relations:** Margaret Dipp
  - Formerly Blackstone, Brazos

- **Legal:** WilmerHale LLP

- **Auditor:** Ernst & Young LLP



PROPRIETARY & CONFIDENTIAL

17

Confidential
OVAS_0687913

# Longwood Fund

The information contained herein is being furnished on a confidential basis solely for informational purposes, and by accepting this presentation you (and your employees and affiliates) agree not to release or reveal this presentation (or any of the information contained herein) to any third party without the consent of Longwood Fund Management, LLC, Longwood Management, LLC, (together with its affiliates, the "Firm" or "Longwood"). This presentation is not an offer to sell, nor a or solicitation of an offer to buy, an interest in Longwood Fund, L.P. (the "Fund") or any other fund, and may not be used or relied upon in connection with any offer or solicitation with respect to the Fund. Any offer or solicitation with respect to the Fund, if made, will be made only through the final Confidential Private Placement Memorandum (the "Memorandum"), Limited Partnership Agreement and Subscription Agreement of the Fund. Such Fund documents will be made available to qualified investors upon request. This presentation may also include forward-looking statements, which are inherently uncertain and based on assumptions that could change as a result of company operating performance, capital markets risks, and general economic conditions. Historical returns are not a prediction of future performance and there can be no assurance that these or comparable values or returns will be achieved or that performance objectives will be achieved. The actual performance an investor may experience may vary significantly from the results shown for a variety of factors, including but not limited to fund structure, differing investment period and market conditions. The recipient acknowledges that it is aware that federal and state securities laws prohibit any person who has material, non-public information about a company from purchasing or selling securities of such a company or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities.



PROPRIETARY & CONFIDENTIAL

18