# EXHIBIT 3

**From**:     Richard Aldrich [/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RALDRICH13705]
**Sent**:     9/3/2014 7:44:04 PM
**To**:       Arthur Tzianabos [atzianabos@ovascience.com]
**CC**:       Michelle Dipp [md@longwoodfund.com]
**Subject**:  Re: BioFlash: OvaScience's ex-US focus bears fruit; The summer's gainers & losers

Arthur -Congrats on your one year anniversary.   The stock has been very strong - maybe reacting to the recent Tzianabos coverage?

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Sep 2, 2014, at 10:25 PM, Arthur Tzianabos <atzianabos@ovascience.com> wrote:

Dear Rich,

Thank you so much for your kind words.  I am glad you thought that the article(s) reflected positively on the great work we are all doing at OvaScience.   Michelle and Theresa did a great job of arranging this type of piece that highlights the OvaScience mission effectively and how we will succeed in bringing our fertility treatments to women who need them.

I really feel that the privilege is mine to be able to work with you and Michelle  as well as the team at OvaScience.  Thank you for taking the chance on me a year ago (today is actually my one year anniversary!).  I was not the prototypical CSO candidate and I am glad you took that gamble.  It has been the best year of my professional career to be honest.

Thank you for taking the time today.  Your guidance was very helpful to us in terms of sharpening our focus as well as how we think about advancing our fertility treatments.  I am glad you think we are on the right track.

Onward, indeed.

Have a good night,

Arthur

Arthur Tzianabos, PhD
CSO
(ph) 617-800-0402
atzianabos@ovascience.com
www.ovascience.com

**From:** Richard Aldrich
**Sent:** Tuesday, September 2, 2014 9:29 PM
**To:** Arthur Tzianabos

Confidential

OVAS_1258413

**Cc:** Michelle Dipp
**Subject:** Fwd: BioFlash: OvaScience's ex-US focus bears fruit; The summer's gainers & losers

Arthur
I thought we had a productive and enjoyable meeting today.   It is a privilege  to work with you at
OvaScience.  I think the products you and the team are bringing forward will have a huge impact on people
struggling with fertility problems.
You did a nice job on the article below, as well as the BBJ article published a couple of days ago.    Onward and
upward!
Cheers
Rich


Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590


Begin forwarded message:


**From:** "MHT & BBJ" <reply@mail-1.bizjournals.com>
**Subject: BioFlash: OvaScience's ex-US focus bears fruit; The summer's gainers & losers**
**Date:** September 2, 2014 at 2:37:11 PM EDT
**To:** rich@richaldrich.com
**Reply-To:** reply-55962541-16121341@mail-1.bizjournals.com

If you are having trouble viewing this email, click here

| | | Sponsored by |
|---|---|---|
| | | |

September 2, 2014

Confidential                                                                                    OVAS_1258414

## OvaScience advances fertility treatments quickly outside the U.S.

<!--[if !vml]--><!--[endif]-->

The Cambridge company is trying to increase the chances of fertilizing a woman's own eggs, as the current method of in vitro fertilization fails about 70 percent of the time.

## Biotech's biggest stock gainers and losers this summer in Massachusetts

<!--[if !vml]--><!--[endif]-->

In today's version of our weekly roundup of the previous week's biggest gainers and losers, we cater to everyone who's kept half an eye (or less) on the Massachusetts biotech scene over the summer.

## T2 Biosystems investors pull back after analyst reports

<!--[if !vml]--><!--[endif]-->

The Lexington diagnostic firm's share price has more than doubled from the

**Don Seiffert**
**BioFlash Editor**
dseiffert@masshightech.com
617-316-3271

### Connect with us

### News from the BBJ

Seven interesting startups in this year's MIT accelerator program (slide show)

Girl Scouts of Eastern Mass. hire former State Street exec as CEO

Confidential

OVAS_1258415

$11 IPO price up to last Friday, but today shrank back by almost 9 percent as of 2 p.m.



<!--[if !vml]--><!--[endif]-->

## The case for coordinated care: A Q&A with MGH's Clemens Hong

The effort includes an analysis of how to best bring together physicians, nurses, pharmacists, mental health professionals and patient family members to manage the health of patients with complex medical needs.

### MHT Newsletters

Subscribe to additional Mass High Tech newsletters

### National Technology News

Montco biopharmaceutical company files plans for $55M IPO

San Antonio biotech firm Bluegrass Vascular Technologies secures new leadership

|

|

Cancel Email Subscription

You may change your email address, your preferences, or unsubscribe from this email at any time by visiting bizjournals.com:
https://www.bizjournals.com/account/

If you need other assistance, please let us know or contact: bizjournals.com customer service, bizjournals 120 W. Morehead St., Charlotte, North Carolina 28202

The Business Journals | Latest News | Advertise | Contact Info | Subscribe to Print Edition

© 2014 American City Business Journals, Inc. and its licensors. All rights reserved. The material on this may not be reproduced, distributed, transmitted, cached or otherwise used, except with the written permission of bizjournals.

.

Confidential

OVAS_1258416

Confidential

OVAS_1258417