# EXHIBIT 4

| | |
|---|---|
| From: | Richard Aldrich [raldrich@longwoodfund.com] |
| Sent: | 11/14/2015 2:54:58 PM |
| To: | Harald F. Stock | OvaScience [harald.stock.ovascience@gmail.com] |
| CC: | Michelle Dipp [mdipp@ovascience.com] |
| Subject: | Re: Thanks and follow up |

Harald
Thanks for the detailed potential timing.   Michelle and I are excited about the possibility of having you join the team.   I think it would be good for the 3 of us to talk by phone next week.   We'll propose some times that work for us and we'll seek to schedule a call for midweek.
Thanks for all of your hard work on behalf of OVAS these past few weeks.   Have a great weekend!
Rich

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Nov 13, 2015, at 6:00 PM, Harald F. Stock | OvaScience <harald.stock.ovascience@gmail.com> wrote:

Dear Michelle:

I need to thank you very much for the opportunity and your hospitality - and for your and Rich's trust in me. It means a lot to me. The two weeks working with you and your team have been very inspiring and energizing, and I remain hugely excited about the OvaScience journey ahead of us. Glad you feel I could contribute.

I look forward to our call. I will be in Europe until the Dec. BoD. Based on our most recent timeline / process discussion that reflected Rich's input, I took the liberty to refine the schedule you drafted earlier:

November / December:
- 1:1 calls MD / BoD ("succession planning, company enters new era, we realize we need an external successor with a very specific profile, HS has worked closely with MD for two weeks, he would be interested, is available and we believe he fits, but in order to be 100% sure we do the best for the company, we will ask JH to provide us with a short list of other pot. candidates")
- if needed 1:1 follow up calls RA / BoD
- Dec. BoD Meeting agree on profile and process
- HS & MD meet to ensure alignment and info (Dec. 2 / 3 & 16 / 17)

January:
- MD / HS to agree on package
- pot. 1:1 calls HS & BoD / JH (?)
- HS & MD meet to ensure alignment and info (Jan. 9 - 13 @ JPMorgan)

February:
- NGC agreement on package framework
- term sheet agreed
- ct'd pot. 1:1 calls HS & BoD
- HS & MD TC(s) to ensure alignment and info

Confidential  OVAS_0370056

March:
- BoD decision
- announcement (externally & internally, pot. w/ HS in Waltham)
- HS & MD meet to ensure alignment and info

April:
- HS & MD meet to ensure alignment and info

May:
- HS & MD meet to ensure alignment and info

June:
- BoD (presentation transition period plan)
- HS & MD meet to ensure alignment and info
- prospective Augment data available

July 1:
- start date HS
- customer roadshow MD & HS
- investor roadshow MD & HS

August:
- HS uses "quiet time" to develop detailed plan

September - Year-end:
- prepare secondary
- ensure continued commercial ramp


Let's discuss and finalize during our call next week.


Enjoy the Summit weekend!
-H.




On Nov 13, 2015, at 11:20, Michelle Dipp <mdipp@ovascience.com> wrote:

Dear Harald,

Thank you again for a wonderful few weeks. I really enjoyed working closely with you, and the timing was fortuitous with regards to the strategy sessions. Your input has been tremendous, and I'm confident that the new strategic plan lays the groundwork to continue to bring important new fertility treatments to patients.

Confidential
OVAS_0370057

Rich and I spoke and agree on the profile and the general process. I think it would be good for the 3 of us to have a call next week to discuss process and timing.

I will ask Andrea to schedule.

Thanks,
Michelle

Michelle Dipp, MD PhD
CEO, OvaScience
Nine 4th Ave, Waltham, MA 02451
Cell: 617 955 3139
Twitter: @dipp
Learn more about our fertility treatments:
http://www.youtube.com/watch?v=XvtCZb_K-Wk&sns=em

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not an intended recipient, please contact the sender immediately, and permanently delete this email and attachments.