# EXHIBIT 5

```
0001
 1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3  In the Matter of:      )
 4                         ) File No. HO-12935-A
 5  OVASCIENCE, INC.       )
 6
 7  WITNESS:  Christopher Robert Meyer
 8  PAGES:    1 through 222
 9  PLACE:    Securities and Exchange Commission
10            100 F Street, N.E., Suite 1590, Room 5
11            Washington, D.C. 20549
12  DATE:     Thursday, October 18, 2018
13
14      The above-entitled matter came on for hearing,
15  pursuant to notice, at 9:45 a.m.
16
17
18
19
20
21
22
23
24      Diversified Reporting Services, Inc.
25            (202) 467-9200
0002
 1  APPEARANCES:
 2
 3  On behalf of the Securities and Exchange Commission:
 4      HELAINE SCHWARTZ, ESQ.
 5      Senior Counsel
 6      Securities and Exchange Commission
 7      Division of Enforcement
 8      100 F Street, N.E.
 9      Washington, D.C. 20549
10      (202) 551-4826
11      schwartzh@sec.gov
12
13  On behalf of the Witness:
14      ADAM SISITSKY, ESQ.
15      Mintz, Levin
16      One Financial Center
17      Boston, Massachusetts 02111
18      (617)348-1689
19
20
21
22
23
24
25
0003
 1              C O N T E N T S
 2
 3  WITNESS                        EXAMINATION
```

Confidential   OVAS_1211596

```
22  from the 7/30 2015 minutes.
23     A    Okay.
24     Q    Am I right?
25     A    According to this email, you are.
0195
 1     Q    7/30 2015 meeting. But if you look at Exhibit
 2  100 and you find the meeting for July 30, 2015, it looks
 3  like -- I don't know if in substance it's the same, but
 4  it looks a little different. So I don't know, you know?
 5  I'm just trying to figure out these meetings, these SWAT
 6  meetings. So Exhibit 100 -- I'm just telling you the way
 7  it was produced to me.
 8     A    Okay.
 9     Q    So this Exhibit 100, these OneNotes, it was
10  under a file or, you know, it was called SWAT Meetings
11  WMD.1. So to me that means SWAT meetings with Michelle
12  Dipp.1 OneNote. That's the file that it was, you know,
13  named, that captured these, and you were the custodian of
14  these notes?
15     A    Okay.
16     Q    Does that make sense to you?
17     A    The WMD?
18     Q    SWAT Meetings WMD.
19     A    I don't know what "WMD" means. Do you have an
20  example of what it would look like?
21     A    No because it's the metadata. But if you look
22  at 101, this one, which looks like more of an email and
23  it says, "Minutes regarding 8:30 a.m. Eastern Standard
24  Time Augment SWAT team meeting," it looks like they were
25  sent from you to the people who are listed there.
0196
 1     A    That's correct.
 2     Q    And that includes Andrea Boujoukos, Arthur
 3  Tzianabos, Richard Spector, Colleen Burgess, Nigel
 4  Williams, Allison King, John Eisel, David Harding and
 5  michelledippmd@longwoodfund.com. So is that your
 6  recollection of who would have received the minutes on
 7  the SWAT meetings?
 8     A    According to this email, yes.
 9     Q    Okay. And what is Longwood Fund? You have
10  michelledippmd@londwoodfund.
11     A    The Longwood Fund is a venture capital firm in
12  Boston that Michelle Dipp belonged to.
13     Q    So why did you use that email for Michelle Dipp
14  and not an email at OvaScience?
15     A    I don't remember.
16     Q    Okay. So in just looking at some of these
17  notes from these SWAT meetings, Exhibit 100, it looks
18  like you were following whether or not insurance was
19  going to be approved in the UAE. Do you recall that?
20     A    I would have tracked that progress.
21     Q    Yeah. On the third page of this exhibit, for
22  Meeting 2 on 7/28 2015, you talk about pricing discount.
23  You've kind of mentioned that before for, you know,
24  trying to get folks interested in Augment that there was
25  some pricing packages considered?
```