# EXHIBIT 6

**From:** Richard Aldrich [/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RALDRICH13705]
**Sent:** 3/30/2015 5:35:38 PM
**To:** Michelle Dipp [md@longwoodfund.com]
**Subject:** Fwd: Fertility innovations

MD,
Pls take a look and see if this technology (improving sperm motility) is (a) something that Longwood should consider, and/or (b) something that would fit well into OVAS' portfolio.

Thx
Rich

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

Begin forwarded message:

**Resent-From:** <raldrich@longwoodfund.com>
**From:** Mathieu Bigois <m.bigois@rigihealthcare.com>
**Subject: Fertility innovations**
**Date:** March 30, 2015 at 12:15:27 PM EDT
**To:** <raldrich@longwoodfund.com>
**Cc:** 'Michael James' <michael.james@fertility-innovations.com>, 'Nicolas von Bulow' <nvonbulow@clipperton.net>, <mvielle@clipperton.net>

Dear Richard,

It was nice to meet you last week in Palm Beach. Mindful of your interest in the infertility space, i wanted to pass on the teaser of one medtech company – Fertility Innovations – i am assisting to raise money for.

Fertility Innovations is currently raising UK£4MM to advance clinical trials aiming at bringing to the market over 24-48 months a medical device aiming at augmenting the sperm motility. In 50% of all infertility issues, the quality of male sperm is identified as the problem and there are no treatments in the market place today. This is clearly demonstrated by many scientific publications.

Fertility Innovations was founded by Michael James and Guenter Kneissl. Michael James has already founded Unipath and Shield Diagnostics, two successful companies in the field of pregnancy diagnostics. The technology is issued from the University of Dundee, Scotland ; After utilisation of a solution of PDE 10b inhibitors, the University has been able to show empirically that the motility of the sperm can be increased four fold. The enhanced sperm is then utilised through a standard Intra Uterine Inseminations, dramatically improving success rates. The attached publication provides sientific elements on this.

Importantly, the processus is protected by strong IP (5 interlocking patents) and will be approved as a medical device over 24 months through different studies of safety and efficacy ; the Company believes it may be able to get EU approval in c. two years for a cost of c. 4mm £, on the basis of a mouse study and of a human egg sharing study. Further to this an efficacy study in Europe will be performed whether or not the CE mark is obtained on the basis of previous mouse / egg

sharing studies. Separately, an efficacy study in the US will be performed for US approval. The market is potentially quite big, as most therapeutics are today focused on women fertility issues (IVF, IUI, stimulated ovulation etc)

I attach the teaser and would be pleased to have a call with you and your colleagues ; there is a a lot of soft money available for this project, including from IVF clinics and from marketing specialists, but the presence of a credible institutional fund like yours would be important. I should add that he company is currently based in the UK but could be relocated to take avantages of grants / financing if that made sense.

Kind regards

MB

Mathieu Bigois
Managing Partner

Rigi Healthcare AG
Mail Box 255
CH-6403 Kuessnacht/Rigi
Switzerland

+41791013334
+33648184350

Confidential