# EXHIBIT 7

**From:** Rich Aldrich [rich@richaldrich.com]
**Sent:** 2/20/2013 7:36:31 PM
**To:** Michelle Dipp [mdipp@ovascience.com]
**Subject:** Re: Revised Disclosure

Should be fine.
thx
Rich

## Richard Aldrich
rich@richaldrich.com

On Feb 20, 2013, at 2:36 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Will do. Am on a call right now but will ring you in 15 mins?
Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com

**From:** Rich Aldrich <rich@richaldrich.com>
**Date:** Wed, 20 Feb 2013 13:33:52 -0600
**To:** Michelle Dipp<mdipp@ovascience.com>
**Subject:** Re: Revised Disclosure

If you have 2 minutes, pls call my cell.
thx
Rich

## Richard Aldrich
rich@richaldrich.com

On Feb 20, 2013, at 2:32 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Ok, tx.
Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com

**From:** Rich Aldrich <rich@richaldrich.com>

Confidential
OVAS_1282886

**Date:** Wed, 20 Feb 2013 13:27:10 -0600
**To:** Michelle Dipp<mdipp@ovascience.com>
**Subject:** Re: Revised Disclosure

If attorneys are ok with it, I am.

# Richard Aldrich
rich@richaldrich.com

On Feb 20, 2013, at 10:57 AM, Michelle Dipp <mdipp@ovascience.com> wrote:

Rich,

I would like to change the language from "we have been contacted by the FDA" to "we are in discussion with the FDA..." Let me know if you are okay with that. Happy to discuss by phone. Thanks

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com

Begin forwarded message:

> **From:** "Der Marderosian, Lia" <Lia.DerMarderosian@wilmerhale.com>
> **Date:** February 19, 2013, 10:35:56 EST
> **To:** Michelle Dipp <mdipp@ovascience.com>
> **Subject: Revised Disclosure**
>
> 
>
> Best,
> Lia

Confidential          OVAS_1282887

**Lia Der Marderosian | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6982 (t)
+1 617 526 5000 (f)
lia.dermarderosian@wilmerhale.com

Please consider the environment before printing this email.

IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.