# COMPOSITE EXHIBIT 8

| **From**: | Michelle Dipp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A23D856F44344AADA5892380664DFEAA-MDIPP] |
|---|---|
| **Sent**: | 4/30/2015 6:00:03 PM |
| **To**: | Richard Aldrich [raldrich@longwoodfund.com] |
| **Subject**: | OVAS_AUGMENT Birth_MD |

Totally rough- not refined- but take a look at what ravi and I rewrote. Thanks

Confidential



# News Release

DRAFT – Not For Immediate Release

## First baby born from a woman undergoing IVF with OVAS's AUGMENT treatment

**CAMBRIDGE, Mass., May XX, 2015** – OvaScience℠ (NASDAQ: OVAS), a global fertility company focused on the discovery, development and commercialization of new treatment options, announced today that the first baby born from a woman that had undergone OVAS's AUGMENT treatment. The heathy baby boy was delivered xxxx. in Toronto, Ontario, Canada.

AUGUMENT was first used in select international IVF centers in April 2014 (and became commercially available in late 2014). AUGMENT is currently being used by KOLs primarily in patients with poor egg health or poor embryo development.

The mother is a 34 year old woman who had previously failed multiple fertility treatment. The patient had been treated with clomid to stimulate ovulation. This resulted in an ectopic pregnancy. The patient then underwent one IVF cycle resulting in 2 embryos which were both transferred in a single transfer which was unsuccessful. The patient elected to have IVF with AUGMENT treatment in April 2014 and became pregnant upon this first embryo transfer.

"Before we learned about the AUGMENT treatment, we believed there was little hope for people like me who do not make healthy eggs," said the mother. "We are optimistic that our experience will show couples who suffer from infertility that they have options to have their own biological child."

Egg health is a key factor in female fertility. While many factors contribute to egg health, having adequate levels of mitochondria, or energy, inside of the egg is essential for healthy fertilization and embryo development. The AUGMENT treatment uses the energy-producing mitochondria from a woman's own egg precursor (EggPC℠) cells – immature egg cells found in the protective lining of her ovaries – to supplement the existing mitochondria in her eggs. The AUGMENT treatment is designed to improve the health of a woman's existing eggs, and enhance the IVF procedure.

"You expect to see compromised egg health as women age, but many younger women also have poor egg health for various reasons," said Marjorie E. Dixon, M.D., F.R.C.S.(C), F.A.C.O.G., Medical Director at First Steps Fertility and Assistant Professor of Reproductive Endocrinology and Infertility at the University of Toronto, and the reproductive endocrinologist who treated the couple. "In this case, I could tell that the mother's egg health did not match what you would expect from someone her age. Based on the number, morphology, and fragmentation of the eggs, as well other underlying factors contributing to her infertility, I would not have recommended

OVAS_0112785

another round of standard IVF and could only recommend a donor egg. The AUGMENT treatment provided this couple, as well as others, a chance to have their own biological child."

"We were the first clinic to offer the AUGMENT treatment in Canada, and I have seen firsthand the positive impact it has on pregnancy rates, particularly in women with poor prognoses," said Robert F. Casper, M.D., F.R.C.S.(C), Medical Director of TCART Fertility Partners, where this AUGMENT treatment procedure took place. "The success of IVF depends on many factors; however, most fertility experts agree that egg and embryo quality are key prognostic indicators, which the AUGMENT treatment was developed to address. We are pleased to continue providing the AUGMENT treatment to women who are seeking new options."

"We would like to congratulate the family on the birth of their healthy baby boy. Our mission at OvaScience is to bring new fertility treatment options to women with the goal of helping them build their families. We continue to improve our understanding of how best to use our egg precursor cell technology to provide patients with improved chances of success." said Michelle Dipp, M.D., Ph.D., Chief Executive Officer of OvaScience.

**About the AUGMENT℠ Treatment**
One in six couples worldwide has trouble getting pregnant naturally. IVF is the standard infertility treatment; however, it often fails. Approximately 45 to 75 percent of infertility cases include female-related factors and many physicians believe that compromised egg health accounts for a majority of these cases.

The AUGMENT treatment is available in select international IVF clinics, and initial positive clinical experiences of pregnancies with the treatment have been reported. The AUGMENT treatment is not available in the United States. The AUGMENT treatment is the first fertility treatment available to patients based on OvaScience's proprietary EggPC cell technology.

The AUGMENT treatment uses energy-producing mitochondria from a woman's own egg precursor (EggPC℠) cells, which are immature egg cells found in the protective lining of the ovaries, to supplement the existing mitochondria in the eggs. This treatment is designed to boost the eggs' energy levels for embryo development. For more information, please visit www.augmenttreatment.com.

**About OvaScience**

OvaScience (NASDAQ: OVAS) is a global fertility company dedicated to improving treatment options for women around the world. OvaScience is discovering, developing and commercializing new fertility treatments because we believe women deserve more options. Each OvaScience treatment is based on the Company's proprietary technology platform that leverages the breakthrough discovery of egg precursor (EggPC℠) cells – immature egg cells found inside the protective ovarian lining. The AUGMENT℠ treatment, a fertility option specifically designed to improve egg health, is available in certain IVF clinics in select international regions outside of the United States. OvaScience is developing the OvaPrime℠ treatment, which could increase a woman's egg reserve, and the OvaTure℠ treatment, a potential next-generation IVF treatment

Confidential

that could help a woman produce healthy, young, fertilizable eggs without hormone injections. For more information, please visit www.ovascience.com and connect with us on Twitter and Facebook.

**Forward-Looking Statements**

*This press release includes forward-looking statements about the Company's plans for the AUGMENT treatment and future pregnancy rates. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, including risks related to: the possibility that international IVF clinics that we work with may determine not to begin or continue providing the AUGMENT treatment for commercial or other reasons; our expectation that the AUGMENT treatment and OvaPrime treatment meet the requirements of a class of products exempt from premarket review and approval under applicable regulations in those countries where we have launched or plan to introduce the AUGMENT treatment and plan to introduce the OvaPrime treatment; the commercial ramp up of the AUGMENT treatment, which we expect will depend upon the successful transition of ACE clinics to commercial operations, the addition of new ACE clinics, and the results from ACE clinic experience as they become available; the science underlying our treatment and treatments in development (including the AUGMENT, OvaPrime and OvaTure treatments), which is unproven; our ability to obtain regulatory approval where necessary for our potential treatments; our ability to develop our potential treatments, including the OvaPrime and OvaTure treatments, on the timelines we expect, if at all; our ability to commercialize the AUGMENT treatment and our potential treatments, including the OvaPrime treatment, on the timelines we expect, if at all; as well as those risks more fully discussed in the "Risk Factors" section of our most recently filed Quarterly Report on Form 10-Q and/or Annual Report on Form 10-K. The forward-looking statements contained in this press release reflect our current views with respect to future events. We anticipate that subsequent events and developments will cause our views to change. However, while we may elect to update these forward-looking statements in the future, we specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing our view as of any date subsequent to the date hereof.*

## Contacts:

**Investors**
Theresa McNeely
EVP, Chief Communications Officer
tmcneely@ovascience.com
617-299-7356

**Media**
Cara Mayfield
Director, Corporate Communications
cmayfield@ovascience.com
617-714-9638

or

Katie Heydon
FleishmanHillard
katherine.heydon@fleishman.ca
416-645-3665

OVAS_0112787

**From**: Richard Aldrich [raldrich@longwoodfund.com]
**Sent**: 4/30/2015 6:13:46 PM
**To**: Michelle Dipp [mdipp@ovascience.com]
**Subject**: Re: OVAS_AUGMENT Birth_MD

Much better.   A couple of thoughts:

para 3 is a little confusing.   Is it talking about her previously failed treatments (clomid, ectopic pregnancy, etc) or part of her successful treatment with Augment.   I suggest you review and see if it is clear enough about what happened with this patient.   We don't want to confuse people again.   The simple story is that this woman previously had failed with IVF (how many cycles?), made poor eggs.   When she did a cycle where she (again) produced poor eggs, they treated with Augment and got a pregnancy.   Jumbling everything in one paragraph could raise questions (clomid the reason for success? what caused the ectopic pregnancy?)

Also- I'd change around a few words in the sentence below as follows:

While many factors contribute to egg health, having adequate levels of **energy producing** mitochondria inside the egg is essential for healthy fertilization and embryo development. The AUGMENT treatment uses the mitochondria from a woman's own egg precursor (EggPC℠) cells – immature egg cells found in the protective lining of her ovaries – to supplement the existing mitochondria in her eggs.

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Apr 30, 2015, at 2:00 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Totally rough- not refined- but take a look at what ravi and I rewrote. Thanks
<OVAS_AUGMENT Birth_MD.docx>

Confidential