# EXHIBIT 10

| | |
|---|---|
| **From**: | Richard Aldrich [raldrich@longwoodfund.com] |
| **Sent**: | 6/16/2015 2:17:58 PM |
| **To**: | Theresa McNeely [tmcneely@ovascience.com] |
| **CC**: | Michelle Dipp [mdipp@ovascience.com] |
| **Subject**: | Re: For Review: ESHRE Press Release |

Thanks for the quick response! I figured that embryo transfer is our standard format now, so agree it makes sense to use it, even if the data is incomplete in some cases.
Thx

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Jun 16, 2015, at 10:10 AM, Theresa McNeely <tmcneely@ovascience.com> wrote:

Hi Rich,

Thanks for the comments. To answer your questions,

- <!--[if !supportLists]--><!--[endif]-->RE: per embryo transfer info: If we remove these lines we would lose the most standard measure of success rates as physicians report them. Most physicians report success rates in terms of embryo transfers, and the AUGMENT % per embryo transfer is impressive –particularly in this poor patient population. In addition, not having historical information for all patients' histories, e.g. prior embryo transfers, is not uncommon (especially in patients who have had many previous IVF cycles). This is why we have designed our registry to better capture this info. going forward.
- <!--[if !supportLists]--><!--[endif]-->Agree with you on removing 'potential'. Checking with legal to get approval.

Best,
Theresa

**From:** Richard Aldrich
**Sent:** Tuesday, June 16, 2015 9:47 AM
**To:** Michelle Dipp; Theresa McNeely
**Subject:** Re: For Review: ESHRE Press Release

I think it looks very good. A couple of thoughts, questions:

- since Fakih doesnt have embryo transfer data, would it be better to eliminate those 2 rows in the first table ('Total embryo transfers', 'Clinical pregnancy rate per embryo transfer') ? This might eliminate, in this case, a point of confusion.

- in Fakih's quote : 'convincing evidence of the POTENTIAL benefit of AUGMENT'; to you need the word 'potential'? I believe the benefit is proven by this and other data. What additional work needs to be done, to eliminate the word 'potential'. For whom are we using the word?

Confidential

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Jun 15, 2015, at 10:35 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Hi Rich,
Great mtg here. Our symposium is tomorrow night. Here's the press release which will go out wed am. Thoughts? Tx, M

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

Begin forwarded message:

**From:** Cara Mayfield <cmayfield@ovascience.com>
**Date:** June 15, 2015 at 9:46:11 PM GMT+1
**To:** Michelle Dipp <mdipp@ovascience.com>
**Cc:** Theresa McNeely <tmcneely@ovascience.com>
**Subject: FW: For Review: ESHRE Press Release**

Hi Michelle,
I'm re-sending the PR per Theresa's request. Let me know if you need anything else!
Thanks,

Cara Mayfield
Director, Corporate Communications
OvaScience, Inc.
E: cmayfield@ovascience.com
P: (617) 714-9638
C: (845) 392-3842

**From:** Cara Mayfield
**Sent:** Monday, June 15, 2015 10:55 AM
**To:** Michelle Dipp; Arthur Tzianabos; Theresa McNeely; Jeffrey Young; David Harding; 'Hicks, William'; Lauren S. Baker, PhD
**Cc:** Michael Silver; Allison King
**Subject:** For Review: ESHRE Press Release

Hello all,
Hope all is going well. Please see attached for the current version of the ESHRE press release. This is slated to go out on Wednesday, June 17 at 6 am ET/11 am Lisbon. Please provide your final feedback by tomorrow morning so that we can finalize the release tomorrow.

Thank you, and please let me know if you have any questions!

All the best,

Cara Mayfield
Director, Corporate Communications
OvaScience, Inc.
E: cmayfield@ovascience.com
P: (617) 714-9638
C: (845) 392-3842

<ESHRE Release_DRAFTv9_06.15.15_1030am.docx>

Confidential                                                                                                                                                                       OVAS_1121072