# EXHIBIT 11

| | |
|---|---|
| From: | Theresa McNeely [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7C52E93A15CA42F6B61867E8B50EB6E2-TMCNEELY] |
| Sent: | 3/24/2015 4:21:56 PM |
| To: | Richard Aldrich [rich@richaldrich.com] |
| CC: | Michelle Dipp [mdipp@ovascience.com] |
| Subject: | Re: OVAS: Ovascience up after abstracts posted for upcoming scientific meeting |

got it, thanks!

Theresa McNeely
EVP, Chief Communications Officer
OvaScience, Inc.
(o) 617-299-7356
(c) 508-523-9511
tmcneely@ovascience.com


******Sent from my iPhone*******

On Mar 24, 2015, at 12:19 PM, Richard Aldrich <rich@richaldrich.com> wrote:

FYI -
They call it the "Company's presentation" which is incorrect?
Good if we can emphasize to people that these presentations/posters are by fertility docs who do not work for OVAS.
Rich


Richard Aldrich
rich@richaldrich.com



Begin forwarded message:

**Date:** March 24, 2015 at 12:14:54 PM EDT
**From:** SA Breaking News Team <account@seekingalpha.com>
**To:** raldrich1@me.com
**Subject: OVAS: Ovascience up after abstracts posted for upcoming scientific meeting**

**Ovascience up after abstracts posted for upcoming scientific meeting** • **12:14 PM**
Douglas W. House, SA News Ed...

- Ovascience (OVAS +14.6%) jumps on a 3x surge in volume after abstracts related to the company's presentation at the upcoming Society for Reproductive Investigation meeting March 25 - 28 were posted. Specialists from certain international clinics will present their initial clinical experience with the company's AUGMENT fertility treatment, which will be the first time this information will be made available.
- In the abstracts, presenters wrote that their clinical experience with autologous egg precursor cell mitochondrial injections at the time of intra-cytoplasmic sperm injection (ICSI) appear promising in women with previously poor embryo development and failed in vitro fertilization (IVF) cycles. They also state that it

Confidential                                                                                                                                OVAS_0358068

may be possible to obtain live births with a patient's own oocytes (eggs) rather than a donor's and that it may be beneficial to women over 40 years of age.

Read comments

**OVAS price at time of publication: $54.60.** Check OVAS price now »

**Focus Articles on OVAS**
- OvaScience Is Ready To Capitalize On The Growing IVF Market by Lee Taylor
- OvaScience's Fertility Treatment Shows Promise by TipRanks
- OvaScience: Still On The Sidelines Because Of The "Minimal Manipulation" Controversy by Mad Titan

**More News on OVAS**
- OvaScience misses by $0.20 Mar 16, 5:25 PM ET (Seeking Alpha)
- Cramer Remix: Buy into this weakness Jan 6, 7:03 PM ET (CNBC)
- Want big results? Go small Dec 29, 10:25 AM ET (CNBC)

**Press Releases on OVAS**
- AUGMENT Fertility Treatment to be Highlighted at Society for Reproductive Investigation (SRI) Annual Meeting (Business Wire)
- OvaScience CEO Michelle Dipp Elected as Young Global Leader by World Economic Forum (Business Wire)
- OvaScience Reports Fourth Quarter and Year End 2014 Financial Results (Business Wire)

**Related Articles on OVAS**
- InsiderInsights.com Daily Round Up 1/15/15: ETE, OVAS, TWMC, GPC by InsiderInsights
- Naysayers Are Wrong: Rohit Vanjani On How To Make Money With Generics, Diagnostics by Life Sciences Report
- Hidden Finds In Regenerative And Medical Technology: Jeff Cohen by Life Sciences Report

**StockTalk on OVAS:** OVAS StockTalk | Twitter OVAS | Twitter $OVAS | OVAS Instablogs

**Recent Market Alerts on OVAS:** All news | Earnings | Dividends | M&A | On the move

---

Please do not forward this email. It allows direct access to your Seeking Alpha Portfolio.

This email was sent to raldrich1@me.com by Seeking Alpha.
Seeking Alpha, 52 Vanderbilt Avenue, 13th floor, New York, NY 10017

Update your email preferences | Unsubscribe from OVAS | Unsubscribe from all emails

.