# EXHIBIT 12

| | |
|---|---|
| From: | Michelle Dipp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A23D856F44344AADA5892380664DFEAA-MDIPP] |
| Sent: | 8/11/2015 9:04:58 AM |
| To: | Richard Aldrich [raldrich@longwoodfund.com] |
| Subject: | Re: Conf Call Script and QnA |

Thanks will keep this in mind.

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

On Aug 10, 2015, at 11:14 PM, Richard Aldrich <raldrich@longwoodfund.com> wrote:

Script:
I think it is pretty good.   A couple of thoughts:
- as I mentioned, the more you talk about countries like UAE and Panama, the more the average reader is going to wonder whether we are getting pushed out to the fringe countries for some  reason.  Via our partnerships with leading IVF clinics, including IVI, Augment is now available in Canada, Spain, Italy, ….   We expect that it will be available in the UK and Japan before the year is out.     I think that will carry a lot more weight than anything we are doing in the Middle East or Central America.
- we should avoid talking about 'launch' 'commercialization' etc.  We are making the product broadly available and simultaneously tweaking our business model (not trying different business models) and making adjustments as we go, etc.

Q&A looks good.  When they ask about a target of 1000, I would remind them that we are focussing on expanding our availability, and optimizing the model to assure that we have a robust business in the years ahead.   But yes, we still believe that we could have as  many as 1000 cycles underway by the end of the year.  (We need to get them focussed on the real priorities, and identify some milestones that they can look for.    1000 cycles is just one goal, and not the most important one…)

I'm sure it will go great.
I have to take Nichole and the kids to the airport at 7am, but will listen to the broadcast if it is available on the website.

Rich


Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590


On Aug 10, 2015, at 9:25 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Let me know any thoughts. Call is tomorrow at 7. Tx


Confidential
OVAS_0034522

Michelle Dipp, MD PhD
CEO, OvaScience
cell: 617 955 3139
email: mdipp@ovascience.com

---

**From:** Cara Mayfield
**Sent:** Monday, August 10, 2015 7:57 PM
**To:** Michelle Dipp; Theresa McNeely; Arthur Tzianabos; Jeffrey Young; David Harding; Hicks, William; Ravi Mehrotra
**Cc:** Karen Jarostchuk
**Subject:** Conf Call Script and QnA

Hi all,
Thanks for all your input! Here is the conference call script and QnA that we just finalized. Speak with you in the morning! If you need anything tonight, please call my cell at (845) 392-3842.

All the best,

Cara Mayfield
Director, Corporate Communications
OvaScience, Inc.
E: cmayfield@ovascience.com
P: (617) 714-9638
C: (845) 392-3842

<Conf Call Script_DRAFTv2_08.10.15.docx><Q2_QnA_DRAFTv3.docx>

Confidential                                                                                                OVAS_0034523