# EXHIBIT 13

| | |
|---|---|
| **From**: | Theresa McNeely [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7C52E93A15CA42F6B61867E8B50EB6E2-TMCNEELY] |
| **Sent**: | 2/21/2014 9:42:41 PM |
| **To**: | Tom Baker [tbaker@ovascience.com]; Michelle Dipp [mdipp@ovascience.com]; Arthur Tzianabos [atzianabos@ovascience.com] |
| **Subject**: | RE: Earnings Release |

These look good, thx.  Minor thoughts:

I took out the word 'pipeline' from MD's quote earlier bcs. Rich has been sensitive to out using it bcs. it sounds too drug development.

Do we need to be so specific re: the defined population for OvaPrime in the description –eg this doesn't signal DOR (which is a a significant segment), PCOS, etc.  I know it helps investors understand as an example but it sounds so definitive, despite the broad 'other causes' part.

---

**From:** Tom Baker
**Sent:** Friday, February 21, 2014 3:56 PM
**To:** Michelle Dipp; Theresa McNeely
**Subject:** Earnings Release

Michelle and Theresa,

Attached is the updated release with recent comments. Please take note of the boiler plate language where the descriptors of AUGMENT and OvaPrime have been modified. Pasted below is the proposed boilerplate in full. If this is approved, we'll need to reflect these changes throughout the 10K where appropriate.

Thanks,

Tom


OvaScience (NASDAQ: OVAS) is a global life sciences company focused on the discovery, development and commercialization of new fertility treatments.  The Company's patented technology is based on the discovery of egg precursor cells (EggPC$^{SM}$), which are found in the ovaries.  By applying proprietary technology to identify and isolate EggPCs, OvaScience is developing potential next generation *in vitro* fertilization (IVF) treatments.  The Company currently has three fertility treatments in development: AUGMENT$^{SM}$, which aims to improve egg quality and increase the success of IVF by transferring mitochondria from a woman's EggPCs to her mature egg during IVF; OvaPrime$^{SM}$, which is being developed as a potential treatment for women who fail IVF because they are unable to produce eggs as well as for other causes of infertility; and OvaTure$^{SM}$, which seeks to create mature fertilizable eggs from a woman's own EggPCs without the need for hormone injections.  OvaScience's team of scientists, physicians and advisers includes recognized leaders in the field of reproductive medicine. For more information, please visit www.ovascience.com and connect with us on Twitter and Facebook.