# EXHIBIT 14

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014



### CLINICAL STUDY REPORT

**An Open-Label Study to Assess the Safety of the AUGMENT (Autologous Germ-line Mitochondrial Energy Transfer) Procedure and to Evaluate Oocyte Quality, Embryo Quality, Fertilization Rates, Pregnancy Rates and Birth Rates in Women Undergoing *In Vitro* Fertilization**

| | |
|---|---|
| **Protocol Number:** | OVA-001 |
| **Study Initiation Date:** | First Subject Enrolled: January 17, 2013 |
| **Study Completion Date:** | Last Subject Last Visit: August 30, 2013 |
| **Report Date:** | October 15, 2014 |
| **Study Product:** | AUGMENT (Autologous Germ-line Mitochondrial Energy Transfer) |
| **Sponsor:** | OvaScience, Inc.<br>215 First Street<br>Suite 240<br>Cambridge, MA 02142 |
| **Principal Investigators:** | Rita Sneeringer, MD<br>Boston IVF<br>130 Second Avenue<br>Waltham, MA 02451<br><br>Kelly Pagidas, MD<br>Women & Infants Hospital of Rhode Island<br>101 Dudley Street<br>Providence, RI 02905-2499 |

Confidential

OVAS_0045195

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

# 1 SYNOPSIS

| TITLE | An Open-Label Study to Assess the Safety of the AUGMENT (Autologous Germ-line Mitochondrial Energy Transfer) Procedure and to Evaluate Oocyte Quality, Embryo Quality, Fertilization Rates, Pregnancy Rates and Birth Rates in Women Undergoing *In Vitro* Fertilization |
|---|---|
| NUMBER OF SUBJECTS | A maximum of 40 subjects will be treated in this trial. |
| OBJECTIVES | The primary objective of this study is to assess the safety of AUGMENT in advanced maternal age patients undergoing *In Vitro* Fertilization (IVF) who have had a history of repetitive IVF failure. The secondary objectives include the evaluation of oocyte quality, embryo quality, and rates of fertilization, implantation, clinical pregnancy and live birth in women undergoing IVF with AUGMENT. |
| OVERVIEW OF CLINICAL TRIAL DESIGN | This is a prospective, open-label, multi-center study (with optional follow-up study) to assess the safety of the AUGMENT procedure as well as to evaluate oocyte quality, embryo quality, and rates of fertilization, implantation, pregnancy and live birth in women undergoing IVF. Prior to the start of the standard IVF protocol, the subject will undergo a laparoscopy during the follicular phase (or on oral contraceptives) to collect up to three pieces (approximately 3x3x1 mm each) of ovarian epithelium (ovarian cortical biopsy) from one or both ovaries. This tissue will serve as the source of autologous ovarian oocyte precursor cells (EggPC) from which mitochondria will be isolated . EggPC will be isolated and mitochondria will be harvested from these EggPC. All subjects will undergo a standard IVF protocol including baseline evaluation, gonadotropin releasing hormone (GnRH) antagonist and gonadotropin stimulation. Oocyte retrieval will take place within 34-38 hours after human chorionic gonadotropin (hCG) administration and oocytes will be assessed for quality and maturation state. Mature oocytes will be inseminated by intracytoplasmic sperm injection (ICSI). Mitochondria harvested from the subject's own EggPC will be delivered with the spermatozoan at the time of ICSI. Following AUGMENT and embryo culture, embryo(s) may be transferred under ultrasound guidance after 3 or 5 days of culturing based on the assessment of |

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

| | |
|---|---|
| | embryo development.  The number of embryos transferred will be consistent with American Society of Reproductive Medicine (ASRM) and SART 2012 Practice Committees' criteria on the number of embryos to transfer.<br><br>If a pregnancy is confirmed via beta hCG testing, the subject will have subsequent observations at approximately 6 and 20 weeks gestational age along with monthly phone calls. All subjects will be followed through to live birth or pregnancy loss.  At that time, data will also be collected regarding miscarriage rates, any potential congenital anomalies and multiple births.<br><br>If a pregnancy is not ongoing or confirmed, the subject's participation in the trial will be complete. If a subject does not have a pregnancy resulting in a live birth and the subject has cryopreserved OVA-001 AUGMENT treated embryos; the subject will have the option to enroll in a follow-up study.  The follow-up study will follow the frozen embryo transfer (FET) of the AUGMENT treated embryos for safety, implantation rate, pregnancy rate and outcome.  No additional study visits will be required. |
| **CLINICAL TRIAL POPULATION** | **Inclusion Criteria:**<br>1) Premenopausal females 38-42 years of age at the time of informed consent.<br>2) History of at least two (but not more than five) failed IVF cycles using the patient's own oocytes. A failed IVF cycle is defined as an IVF cycle that has been completed at least thru egg retrieval and did not result in a live birth.<br>3) Body mass index of 19-30 kg/m2 at screening<br>4) Fasting plasma glucose within normal limits<br>5) Aspartate aminotransferase, alanine aminotransferase and serum creatinine no greater than 1.5 x upper limit of normal (ULN)<br>6) Thyroid stimulating hormone (TSH) within the laboratory's normal range (may be on corrective medication for hypothyroidism)<br>7) Normal uterine cavity as assessed by hysteroscopy, hysterosalpingography, sonohysterography or 3D pelvic ultrasound within the past 12 months<br>8) Presence of both ovaries<br>9) Normal cervical cytology within the past 1-5 years (ACOG guidelines)<br>10) At least one wash-out cycle since the last assisted reproductive technology (ART) cycle<br>11)  The one sperm source must be provided by male partner of the female subject or by anonymous sperm donor compliant with 21 Code of Federal |

Confidential

OVAS_0045197

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

Regulations (CFR) Section 1271 Subpart C

12) The subject's male partner or sperm donor source must meet the following requirements:

   (a) Semen must be an ejaculate (not surgically derived sperm), collected by ejaculation

   (b) Collected sperm must have some morphologically normal spermatozoa according to WHO (2010) semen parameters and strict morphology by Kruger methodology or WHO (1992) criteria, adequate concentration and some motile spermatozoa for insemination of all oocytes by ICSI, after thawing, if applicable

   (c) Anonymous sperm donor source must be 18-40 years of age at time of collection, inclusive as per ASRM guidelines (age criteria is not applicable to intimate partner or husband)

13) Both the female subject and her partner (if applicable) must be able and willing to provide informed consent

14) Taking folic acid 400 mcg/day for at least 3 months

**Exclusion Criteria:**

1) History of ovarian hyperstimulation syndrome (OHSS) requiring any significant medical or surgical   intervention

2) Highest ever baseline serum follicle stimulating hormone (FSH) > 12.0 mIU/mL or serum estradiol > 100 pg/mL

3) Clinically confirmed polycystic ovarian syndrome (PCOS) as defined by the presence of at least two of the following:

   (a) Oligo- or anovulation (spontaneous menses > 60 days apart)

   (b) Clinical and/or biochemical signs of hyperandrogenism

   (c) Polycystic ovaries and exclusion of other etiologies (congenital adrenal hyperplasia, androgen secreting tumors, Cushing's syndrome).

4) Known family history of major congenital anomalies (see appendix B)

5) Severe (stage IV) endometriosis or presence of active endometrioma

6) Presence of unilateral or bilateral hydrosalpinx

7) Presence of submucosal or intramural myomas over 4 cm which distort the uterine cavity or are > 5 cm in diameter

8) Abnormal undiagnosed vaginal bleeding at the time of screening

9) History of two or more pregnancy losses

10) Donor eggs for the current cycle

Confidential

OVAS_0045198

OvaScience, Inc
AUGMENT                                                                          October 30, 2014
Clinical Study Report

| | |
|---|---|
| | 11) History of an active or treated autoimmune disease (e.g., systemic lupus erythematosus)<br><br>12) Type I or II diabetes mellitus based on American Diabetic Association (ADA) criteria<br><br>13) Any active, uncontrolled, clinically significant medical condition as determined by the Investigator<br><br>14) History of any of the following conditions:<br>   (a) Human immunodeficiency virus (HIV)<br>   (b) Hepatitis B infection<br>   (c) Hepatitis C infection<br><br>15) Use of Food and Drug Administration (FDA) pregnancy category D or X drugs within 30 days of screening, with the exception of drugs routinely used during IVF procedures, such as gonadotropins, oral contraceptives and GnRH agonists and antagonists<br><br>16) Tobacco use within the past year or any history of substance abuse, including alcohol abuse<br><br>17) Contraindications to being pregnant or to any of the IVF medications or treatments to be used in this study<br><br>18) Lithium use within the past 3 months<br><br>19) Participation in another investigational trial within the previous 30 days<br><br>20) Intent to have preimplantation genetic diagnosis (PGD) testing of embryos<br><br>21) Intent to have assisted hatching performed on embryos<br><br>22) Use of epididymal, testicular, electro-ejaculated or chemotherapy exposed sperm<br><br>23) Undergone prior chemotherapy<br><br>24) Currently taking anticoagulant medication<br><br>25) Currently taking anticoagulant medication<br><br>26) If, in the Investigator's opinion, it is unlikely that this subject will have a least 4 follicles $\geq$ 16 mm in diameter at the time of hCG trigger (by prior IVF cycle response, bloodwork and/or antral follicle count (AFC)) |
| **STUDY THERAPY** | AUGMENT procedure in which autologous, germ-line mitochondria are transferred into oocytes at the time of ICSI. |

OVAS_0045199

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

# 2   TABLE OF CONTENTS

1 SYNOPSIS — 2

2 TABLE OF CONTENTS — 6

3 LIST OF ABBREVIATIONS AND DEFINITION OF TERMS — 8

4 ETHICS — 10
4.1   Independent Ethics Committee or Institutional Review Board — 10
4.2   Subject Information and Consent — 10

5 INVESTIGATORS AND STUDY ADMINISTRATION STRUCTURE — 10
5.1   Study Administrative Structure — 10
5.2   Investigator Selection — 11

6 INTRODUCTION — 11
6.1   Background — 11
6.2   Poor Oocyte Quality in Advanced Reproductive Age Women — 12
6.3   Proof of Concept — 13
6.4   The Technology of AUGMENT — 13
6.5   Study Rationale — 14

8 INVESTIGATIONAL PLAN — 14
8.1   Overall Study Design and Plan — 14
8.2   Selection of Study Population — 16
8.2.1   Number Of Subjects — 16
8.2.2   Inclusion Criteria — 16
8.2.3   Exclusion Criteria — 17
8.2.4   Removal of Patients From the Trial — 19
8.3   Study Treatment (AUGMENT) — 19
8.4   Efficacy and Safety Variables — 20
8.4.1   Efficacy and Safety Measurements Assessed — 20
8.4.2   Visit 1 / Screening — 23
8.4.3   Visit 2 / Preoperative Visit — 23
8.4.4   Visit 3/ Ovarian Cortical Biopsy — 24
8.4.5   Visit 4 / Postoperative Visit — 24
8.4.6   Visit(s) 5: Monitoring of Hormone Stimulation — 24
8.4.7   Visit 6 / ICSI plus AUGMENT — 25
8.4.8   Visit 7 / Embryo Transfer — 25
8.4.9   Visit 8 / Pregnancy Test — 25
8.4.10   Visit 9 / Second Pregnancy Test — 26
8.4.11   Visit 10 / 6-week Follow-up — 26
8.4.12   Live Birth or Pregnancy Loss — 26
8.5   Changes in the Conduct of the Study or Planned Analyses — 26

9 STUDY SUBJECTS — 27
9.1   Subject Disposition — 27
9.2   Protocol Deviations — 27

10 SAFETY EVALUATION — 28
10.1   Adverse Events — 28
10.2   Deaths and Serious Adverse Events — 29
10.2   Protocol Saftey Committee Meeting — 30

Confidential

OVAS_0045200

OvaScience, Inc
AUGMENT                                                          October 30, 2014
Clinical Study Report

| 11 | DISCUSSION AND OVERALL CONCLUSIONS | 30 |
|----|------------------------------------|-----|
| 12 | REFERENCES | 31 |
| 13 | APPENDICES | 34 |
| 13.1 | Protocol | 34 |
| 13.2 | Sample Case Report Forms | 35 |

Confidential                                          OVAS_0045201

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

## 3   LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

| TERM | DEFINITION |
|------|------------|
| ACOG | American Congress of Obstetricians and Gynecologists |
| ADA | American Diabetes Association |
| AE | Adverse Event |
| AFC | Antral Follicle Count |
| ART | Assisted Reproductive Technologies |
| ASRM | American Society of Reproductive Medicine |
| ATP | Adenosine Triphosphate |
| AUGMENT | Autologous Germ-line Mitochondrial Energy Transfer |
| °C | Degrees Centigrade (Celsius) |
| CFR | Code of Federal Regulations |
| CLIA | Clinical Laboratory Improvement Amendments |
| CRF | Case Report Form |
| DEAD-Box | Containing the amino acid sequence of Asp-Glu-Ala-Asp |
| DHEA | Dehydroepiandrosterone |
| DNA | Deoxyribonucleic acid |
| CRF | Case Report Form |
| EDTA | Ethylenediaminetretraacetic acid |
| EggPC | Oocyte Precursor Cells |
| $E_2$ | Estradiol |
| FACS | Fluorescence Activated Cell Sorting |
| FDA | U.S. Food and Drug Administration |
| FHB | Fetal Heart Beat |
| FSH | Follicle Stimulating Hormone |
| GMP | Good Manufacturing Practice |
| GnRH | Gonadotropin Releasing Hormone |
| GTP | Good Tissue Practices |
| GCP | Good Clinical Practices |
| HBSS | Hank's Balanced Salt Solution |
| hCG | *Human Chorionic Gonadotropin* |
| *HIV* | *Human Immunodeficiency Virus* |
| hMG | Human Menopausal Gonadotropin |

Confidential

Confidential

OVAS_0045202

OvaScience, Inc
AUGMENT                                                                October 30, 2014
Clinical Study Report

| | |
|---|---|
| HCT/P | Human Cell and Tissue Products |
| ICH | International Conference of Harmonization |
| ICSI | Intracytoplasmic Sperm Injection |
| IRB | Institutional Review Board |
| IVF | *In Vitro* Fertilization |
| LH | Luteinizing Hormone |
| mRNA | Messenger ribonucleic acid |
| mm | Millimeter |
| mtDNA | Mitochondrial DNA |
| MII oocyte | Metaphase II Oocyte |
| OB/GYN | Obstetrician/Gynecologist |
| OHSS | Ovarian Hyper Stimulation Syndrome |
| PCOS | Polycystic Ovarian Syndrome |
| PGS/PGD | Preimplantation Genetic Screening/Diagnosis |
| ROS | Reactive Oxygen Species |
| SAE | Serious Adverse Event |
| SAP | Statistical Analysis Plan |
| SOP | Standard Operating Procedure |
| SART | Society of Assisted Reproductive Technology |
| TNF | Tumor Necrosis Factor |
| TSH | Thyroid Stimulating Hormone |
| ULN | Upper Limit of Normal |
| WHO | World Health Organization |

Confidential                                                      OVAS_0045203

## 4   ETHICS

### 4.1      Independent Ethics Committee or Institutional Review Board

Before commencement of the study, the Investigator provided OvaScience, Inc. (hereafter called the Sponsor) with written documentation of Institutional Review Board (IRB) approval. This approval referred to the informed consent form (ICF) and the study by both the title and the protocol number assigned by the Sponsor.   The Investigator, if a member of the institutional review board (IRB), did not participate in the approval decision for this study.   Supporting documentation was provided to OvaScience, Inc.

No investigational product was shipped to the Investigator or protocol training conducted until the IRB approval was supplied to Sponsor and all relevant agreements were executed.

The IRB gave written renewal of the original approval at least annually in order to continue the study.  A copy of the written renewal was provided to the Sponsor.

### 4.2      Subject Information and Consent

Prior to any study procedure, the Investigator (or designee) explained to each subject, in layman's terms, the nature of the study, its purpose, expected duration, and the risks and benefits of study participation.  Subjects were informed of uses and disclosures of their medical information for research purposes, and their rights to access information about them.   The subjects were informed of their right to withdraw from the study at any time and for any reason without sanction, penalty, or loss of benefits to which they were otherwise entitled, and that withdrawal from the study did not jeopardize their future medical care.   After this explanation and before any study procedure was conducted, the subject (and partner, if applicable) voluntarily signed and dated the IRB-approved ICF and HIPAA Consent Form in accordance with 21 CFR Parts 50 and 56.   The subject received a copy of their ICF and HIPAA Consent Form.

## 5   INVESTIGATORS AND STUDY ADMINISTRATION STRUCTURE

### 5.1      Study Administrative Structure

The OVA-001 study was sponsored by OvaScience, Inc. (Sponsor). A list of the Investigators, along with their qualifications and affiliations, and other persons whose participation materially affected the conduct of the study is maintained in the study Trial Master File.   Administrative structure of this study included the following and/or any designees thereof: Clinical Operations,

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

Clinical Embryology, Medical Monitor, Regulatory and Quality, Principal Investigator, Clinical Monitors, Data Management, and Statistician.

Project management and site monitoring were provided by: Halloran Consulting Group, Inc.

Data management and statistical services were provided by: DSP Clinical

eCRF database was provided by: CMed

## 5.2      Investigator Selection

All Investigators were of good standing as an Investigator and knowledgeable in relevant areas of clinical research and reproductive endocrinology to ensure adherence to the requirements of the protocol, including the protection of human subjects.  Other site personnel had appropriate research experience, training and infrastructure to ensure adherence to the protocol.   The curriculum vitae (CV) of the Investigators are maintained in the Sponsor files as documentation of previous medical training, and federal databases were searched to ensure that the Investigator and/or the site were not prohibited from engaging in Sponsored clinical research. The Principal Investigator signed the signature page of the protocol, agreeing to comply with all applicable government regulations and the requirements of this study.

## 6      INTRODUCTION

### 6.1      Background

The effects of aging are apparent in all cells, in every organ of the body. As cells live and divide, they are exposed to external and internal insults that impair the fidelity of DNA replication. Ultimately, the accumulation of DNA mutations results in the generation of cells that are unable to survive. Cells die, organs fail and ultimately the organism succumbs. The ovary is one of the first organ systems in the body that fails due to advancing age (1, 2). As the ovaries age, there is a decline in the total number of oocytes and their quality. Ultimately, a woman experiences primary ovarian failure (menopause). In recent years, there has been a greater dependence upon assisted reproduction technologies (ART) to produce a successful pregnancy in spite of diminished oocyte quality in advanced reproductive age women. ART, including in vitro fertilization (IVF), has become an important solution for women faced with declining fertility due to female age factors. Oocyte and embryo quality remain a strong determining factor for predicting the outcome of ART.

Confidential

OVAS_0045205

## 6.2   Poor Oocyte Quality in Advanced Reproductive Age Women

Following ovulation, survival of the mature oocyte depends almost exclusively on preexisting maternal mRNA, proteins and other factors that have accumulated during oocyte growth and maturation (3). Therefore, the quality of the oocyte's cytoplasm will dictate the future of the fertilized, preimplantation embryo. After fertilization, a significant amount of energy provided by mitochondria (4-7) is required for spindle function and accurate chromatid segregation required for subsequent cell divisions. Inadequate amounts of energy can result in abnormal patterns of segregation which result in aneuploidy and inappropriate preimplantation embryo development (8). Adequate mitochondrial activity is essential for spindle formation, accurate chromatid segregation and the health of the preimplantation embryo development (9, 10).

Mitochondrial DNA (mtDNA) is located in close proximity to the enzymatic machinery that produces the energy for the cell. During the energy (ATP) generation process, known as oxidative phosphorylation, reactive oxygen species (ROS) are formed which may cause damage (point mutations and deletions) to mitochondrial DNA (11, 12).

With time, mtDNA (which has a less active DNA repair function than nuclear DNA and fewer intronic sequences) accumulates damage, in terms of DNA mutations and deletions (11, 12) which impairs the efficiency of encoded proteins. Most of these mitochondrial proteins are involved in the generation of ATP (12). Older mitochondria produce less ATP and more ROS (13). Since significant mitochondrial replication does not occur until the blastocyst stage, all preimplantation cellular activities are dependent upon the existing mitochondrial complement (10, 14). Thus, at the time of ovulation, the number, activity and quality of mitochondria present within the shed oocyte are critical for egg quality and preimplantation embryonic survival (5) consequently dictating the future success of the reproductive process (15,16).

The functional status of the mitochondria contributes to oocyte quality (6). Mitochondrial DNA copy number in the competent oocyte is approximately 200,000 and incompetent oocytes have 5-10 fold less (17, 18). Higher quality oocytes, assessed by morphology contain significantly higher ATP levels and are more likely to progress to the blastocyst stage after fertilization (17). Inappropriate mitochondrial activity at the pronuclear stage is associated with early developmental arrest and demise (7). As a woman ages, mitochondrial activity within the oocyte steadily declines (11-13, 19-21). Further, a direct correlation exists between the number of

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

mitochondria within the oocyte and its likelihood of fertilization, and preimplantation development (17, 22).

Ovarian hyperstimulation protocols during IVF allow for greater numbers of oocytes, but with diminished quality (23, 24). The lower quality is due in part to a deficit in mitochondrial function in these oocytes (18-20). Women with a history of failed IVF attempts have compromised mitochondrial function within the oocyte (6). Mitochondrial malfunction contributes to cell cycle arrest, aneuploidy and cell death. These two factors, age and hyperstimulation protocols, negatively affect the successful outcome of IVF procedures in these women.

## 6.3    Proof of Concept

In animal and human studies, it has been demonstrated that normal developmental potential can be restored to eggs with mitochondrial deficiencies by the transfer of ooplasm or purified mitochondria from healthy eggs (5, 7, 9, 13, 18-20, 22, 25-33). After mitochondrial injection, an increase in ATP production is noted as well as an improvement in egg quality in a number of species including bovine (26, 32), murine (27,30), porcine (25), rabbit (34) and human (33). Supplementation of mitochondria with cytoplasm obtained from younger donors provides adequate energy to pronuclear oocyte and the preimplantation blastocyst. The introduction of normal functional mitochondria derived from competent oocyte precursor cells enhances metabolic activity when endogenous energy generation capabilities are lacking. The addition of mitochondria not only increases oocyte and embryo quality but also decreases the chaotic mosaicism related to low mitochondrial activity (8). As live births of healthy offspring were achieved in animals and humans, this method was proposed to restore the energy deficit.

## 6.4    The Technology of AUGMENT

The AUGMENT technology is based on a well-established background of experimental embryology demonstrating that cytoplasmic manipulation in oocytes and early embryos can be entirely compatible with normal embryo development (35). The quality of oocyte cytoplasm has been improved via karyoplast and cytoplast transfer and by cytoplasmic injection. Normal term development has been obtained following such manipulations in a variety of mammalian species. These animal studies demonstrate that ooplasmic transplantation is well-founded

Confidential

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

without embryonic developmental consequences as long as autologous mitochondria are employed.

## 6.5     Study Rationale

Although significant advances have been made in the area of assisted reproduction technology, women of advanced reproductive age (≥35) are still at a disadvantage with low historical success rates of only 15% (36). The inclusion and exclusion criteria were defined to select patients who would most benefit from this procedure. More specifically, those who are 38 years of age and above and otherwise healthy but have had at least two failed IVF attempts with her own oocytes and embryos. The rationale for this study design is to replicate the improved clinical outcome observed in previous studies that had used mitochondria from a third party. Outcomes from this study were compared with historical outcomes for this patient population using the protocol specified inclusion and exclusion criteria. In this study, mitochondria were collected from the patient's own oocyte precursor cells which have germ-line quality mitochondrial DNA. The dose of mitochondria to be used per oocyte was determined by a survey of current literature that has defined the amount of mitochondrial activity (in terms of ATP generation) found in healthy, fertilizable human oocytes. By using the patient's own mitochondria, differences in mitochondrial DNA between donor and recipient will be avoided.

## 7     STUDY OBEJECTIVES

The primary objective of this study was to evaluate the safety of Autologous Germ-line Mitochondrial Energy Transfer (AUGMENT) in women undergoing IVF who have had a history of IVF failure due to poor oocyte and/or embryo quality.  The secondary objectives of this study were to evaluate oocyte quality, embryo quality, fertilization rates, implantation rates, pregnancy rates and live birth rates in women undergoing IVF.

## 8     INVESTIGATIONAL PLAN

### 8.1     Overall Study Design and Plan

This was a prospective, open-label, multi-center study (with optional follow-up study) that assessed the safety of the AUGMENT procedure as well as evaluated oocyte quality, embryo quality, and rates of fertilization, implantation, pregnancy and live birth in women who underwent IVF.

Confidential

Page **14** of 35

OVAS_0045208

OvaScience, Inc
AUGMENT                                                                                        October 30, 2014
Clinical Study Report

Prior to the start of the standard IVF protocol, the subject underwent a laparoscopy during the follicular phase (or on oral contraceptives) and up to three pieces (approximately 3x3x1 mm each) of ovarian epithelium (ovarian cortical biopsy) were collected, from one or both ovaries. This tissue served as the source of autologous ovarian oocyte precursor cells (EggPC) from which mitochondria were isolated.

All subjects started a standard IVF protocol including baseline evaluation, GnRH antagonist and gonadotropin stimulation. Oocyte retrieval took place within 34-38 hours after hCG administration and oocytes were assessed for quality and maturation state. Mature oocytes were inseminated by ICSI. Mitochondria harvested from the subject's own EggPC was delivered with the spermatozoan at the time of ICSI.

Following AUGMENT and embryo culture, embryo(s) were transferred under ultrasound guidance after 3 or 5 days of culturing based on the assessment of embryo development. The number of embryos transferred was consistent with ASRM and SART 2012 Practice Committees' criteria on the number of embryos to transfer. Refer to Table 1 below.

### Table 1: ASRM and SART Criteria on the Number of Embryos to Transfer

**TABLE 1**

Recommended limits on the numbers of embryos to transfer.

|  | | | Age (y) | | |
| --- | --- | --- | --- | --- | --- |
| Prognosis | < 35 | 35–37 | 38–40 | 41–42 |
| Cleavage-stage embryos[a] | | | | |
| Favorable[b] | 1–2 | 2 | 3 | 5 |
| All others | 2 | 3 | 4 | 5 |
| Blastocysts[a] | | | | |
| Favorable[b] | 1 | 2 | 2 | 3 |
| All others | 2 | 2 | 3 | 3 |

[a] See text for more complete explanations. Justification for transferring one additional embryo more than the recommended limit should be clearly documented in the patient's medical record.
[b] Favorable = first cycle of IVF, good embryo quality, excess embryos available for cryopreservation, or previous successful IVF cycle.

*Practice Committee. Pharmacogenetic approach to male infertility. Fertil Steril 2012.*

If a pregnancy was confirmed via beta hCG testing, then the subject had subsequent observations at approximately 6 and 20-weeks gestational age along with monthly phone calls starting at 8 weeks gestational age.  The number of live births and pregnancy losses was recorded for each subject.  At that time, data was also collected regarding miscarriage rates,

Confidential                                                                              OVAS_0045209

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

multiple births and any potential congenital anomalies. This information was collected by the Study Coordinator, who was in constant communication with the primary care health professional. If a pregnancy was not confirmed, the subject's participation in the trial was considered complete.

If a subject did not have a pregnancy resulting in a live birth and the subject had cryopreserved OVA-001 AUGMENT treated embryos; the subject had the option to enroll into a follow-up study. The follow-up study would follow the frozen embryo transfer (FET) of the AUGMENT treated embryos for safety, implantation rate, pregnancy rate and outcome. Due to the early closure of the trial, no subjects went into the follow-up study.

The OvaScience Medical Monitor oversaw the safety aspects of the trial and reviewed the subject safety data on an ongoing basis. Subject safety data included; fertilization rates, embryo development, implantation rates, pregnancy rates, adverse events, and miscarriages. A Protocol Safety Committee was also established to review the safety aspects of the trial. The committee was comprised of the OvaScience Chief Scientific Officer, Medical Monitor, Head of Clinical Embryology, Chief Operations Officer and Chief Executive Officer.

## 8.2 Selection of Study Population

### 8.2.1 Number Of Subjects

This study was projected to enroll up to 40 subjects at approximately 3 US sites. Only 19 of the planned 40 subjects were enrolled due to the premature closing of the trial.

### 8.2.2 Inclusion Criteria

1) Premenopausal females 38-42 years of age at the time of informed consent
2) History of at least two (but not more than five) failed IVF cycles using the patient's own oocytes. A failed IVF cycle is defined as an IVF cycle that has been completed at least thru egg retrieval and did not result in a live birth.
3) Body mass index of 19-30 kg/m2 at screening
4) Fasting plasma glucose within normal limits
5) Aspartate aminotransferase, alanine aminotransferase and serum creatinine no greater than 1.5 x upper limit of normal (ULN)

Confidential

OVAS_0045210

OvaScience, Inc
AUGMENT                                                                October 30, 2014
Clinical Study Report

6) Thyroid stimulating hormone (TSH) within the laboratory's normal range (may be on corrective    medication for hypothyroidism)

7) Normal uterine cavity as assessed by hysteroscopy, hysterosalpingography, sonohysterography or 3D pelvic ultrasound within the past 12 months

8) Presence of both ovaries

9) Normal cervical cytology within the past 1-5 years (ACOG guidelines)

10) At least one wash-out cycle since the last assisted reproductive technology (ART) cycle

11) The one sperm source must be provided by male partner of the female subject or by anonymous sperm donor compliant with 21 Code of Federal Regulations (CFR) Section 1271 Subpart C

12) The subject's male partner or sperm donor source must meet the following requirements:

   (a) Semen must be an ejaculate (not surgically derived sperm), collected by ejaculation

   (b) Collected sperm must have some morphologically normal spermatozoa according to WHO (2010) semen parameters and strict morphology by Kruger methodology or WHO (1992) criteria, adequate concentration and some motile spermatozoa for insemination of all oocytes by ICSI, after thawing, if applicable

   (c) Anonymous sperm donor source must be 18-40 years of age at time of collection, inclusive as per ASRM guidelines (age criteria is not applicable to intimate partner or husband)

13) Both the female subject and her partner (if applicable) must be able and willing    to provide informed consent

14) Taking folic acid 400 mcg/day for at least 3 months


## 8.2.3        Exclusion Criteria

1) History of ovarian hyperstimulation syndrome (OHSS) requiring any significant medical or surgical intervention

2) Highest ever baseline serum follicle stimulating hormone (FSH) > 12.0 mIU/mL or serum estradiol > 100 pg/mL

3) Clinically confirmed polycystic ovarian syndrome (PCOS) as defined by the presence of at least two of the following:

   (a) Oligo- or anovulation (spontaneous menses > 60 days apart)

Confidential                                                                          OVAS_0045211

OvaScience, Inc
AUGMENT                                                                                    October 30, 2014
Clinical Study Report

(b)   Clinical and/or biochemical signs of hyperandrogenism

(c)   Polycystic ovaries and exclusion of other etiologies (congenital adrenal hyperplasia, androgen secreting tumors, Cushing's syndrome)

4)  Known family history of major congenital anomalies (see appendix B)

5)  Severe (stage IV) endometriosis or presence of active endometrioma

6)  Presence of unilateral or bilateral hydrosalpinx

7)  Presence of submucosal or intramural myomas over 4 cm which distort the uterine cavity or are > 5 cm in diameter

8)  Abnormal undiagnosed vaginal bleeding at the time of screening

9)  History of two or more pregnancy losses

10) Donor eggs for the current cycle

11) History of an active or treated autoimmune disease (e.g., systemic lupus erythematosus)

12) Type I or II diabetes mellitus based on ADA criteria

13) Any active, uncontrolled, clinically significant medical condition as determined by the Investigator

14) History of any of the following conditions:

(a)   Human immunodeficiency virus (HIV)

(b)   Hepatitis B infection

(c)   Hepatitis C infection

15) Use of FDA pregnancy category D or X drugs within 30 days of screening, with the exception of drugs routinely used during IVF procedures, such as gonadotropins, oral contraceptives and GnRH agonists and antagonists

16) Tobacco use within the past year or any history of substance abuse, including alcohol abuse

17) Contraindications to being pregnant or to any of the IVF medications or treatments to be used in this study

18) Lithium use within the past 3 months

19) Participation in another investigational trial within the previous 30 days

20) Intent to have preimplantation genetic diagnosis (PGD) testing of embryos

21) Intent to have assisted hatching performed on embryos

22) Use of epididymal, testicular, electro-ejaculated or chemotherapy exposed sperm

23) Undergone prior chemotherapy

24) Currently taking anticoagulant medication

Confidential                                                                                              OVAS_0045212

OvaScience, Inc
AUGMENT                                                                                    October 30, 2014
Clinical Study Report

25) History of ectopic pregnancy

26) If in the Investigator's opinion, it is unlikely that this subject will have a least 4
follicles $\geq$ 16 mm in diameter at the time of hCG trigger (by prior IVF cycle
response, bloodwork and/or AFC).


## 8.2.4        Removal of Patients From the Trial

Subjects were informed that they had the right to withdraw from the study at any time, without
affecting their future care.   Subjects could also be discontinued from the study, if the
Investigator determined it was in the best interest of the subject.   The subject's participation in
the study was considered complete if any of the following occurred:

- In the current IVF cycle, $E_2$ levels <500pg/mL at time of hCG trigger
- In the current IVF cycle, fewer than 4 follicles $\geq$ 16 mm in diameter at the time of hCG
trigger
- Negative pregnancy test

Once a subject discontinued from the study, the Investigator completed a Study Completion
eCRF and the reason for subject discontinuation was fully documented.


## 8.3      Study Treatment (AUGMENT)

Subjects underwent a laparoscopy in a surgical suite under general anesthesia, according to the
site's standard operating protocol. The average operating time including the anesthesia cycle
was approximately 1-4 hours. Up to three ovarian cortical biopsies were obtained
(approximately 3x3x1 mm each) from one or both ovaries. The tissue collected was placed in
sterile solution and transferred to the Good Tissue Practices (GTP) compliant facility where it
was cryopreserved until the time of enzymatic dissociation.


After thawing the ovarian cortical biopsied tissue, the tissue was placed in an enzymatic
solution, and physically dissociated to a single cell suspension. The suspension was passed
through a cell strainer to prepare a solution of single cells.   The single cell suspension was
incubated with an anti-VASA antibody. Labeled cells were then isolated by fluorescence-
activated cell sorting (FACS). Standard slow cooling cryopreservation procedures  were used
for freezing each patient batch of EggPC.

Confidential                                                                                    OVAS_0045213

OvaScience, Inc
AUGMENT
Clinical Study Report                                                    October 30, 2014

On the day of egg retrieval for the IVF procedure, the frozen EggPC vial for that subject was thawed using standard methods. EggPC were processed as described above to yield mitochondria suspension, which was shipped to the clinic for use.  At the clinic, the mitochondria were prepped and aspirated into a microinjection needle that contained the spermatozoan to be delivered. Both the mitochondria and spermatozoan were delivered together into the oocyte by ICSI. Each procedure was performed at the clinical site by an embryologist trained in the AUGMENT transfer technique, and who was proficient in ICSI.

## 8.4      Efficacy and Safety Variables

### 8.4.1          Efficacy and Safety Measurements Assessed

An overview of the study visit schedule is shown in Table 2.

Confidential                                                                                    OVAS_0045214

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

**Table 2:  Table of Schedule of Events**

| AUGMENT Schedule of Events | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study Visits** | **Visit 1**<br>Screening | **Visit 2**<br>Pre-Op<br>Visit[1] | **Visit 3**<br>Biopsy | **Visit 4**<br>Post-Op | **Visit 5**[8] | **Visit 6**<br>AUGMENT<br>and ICSI | **Visit 7**<br>Embryo<br>Transfer | **Visit 8** | **Visit 9** | **Visit 10** | **Visit 11**[2] | **Monthly<br>Phone<br>Calls**[3] | **Final<br>Contact** | **FET<br>Follow-up<br>(Optional)** |
| **Visit Timeframe** | Within 60<br>(+7) days<br>prior to<br>Visit 3 | Within 7<br>days of<br>Visit 3 | Within 2-<br>4 mos. of<br>starting<br>IVF | | | 34-38 hours<br>after hCG | After 3 or<br>5 days of<br>culturing<br>post ICSI | Approx.<br>14 days<br>post<br>retrieval | Approx.<br>21 days<br>post<br>retrieval | Approx. 6<br>weeks<br>gestationa<br>l age | Approx. 20<br>weeks<br>gestational<br>age | Starting at<br>8 weeks<br>gestational<br>age | After live<br>birth or<br>pregnancy<br>loss | Within 1<br>year of<br>cryopreserva<br>tion |
| **Informed Consent** | X | | | | | | | | | | | | | X |
| **Eligibility Criteria** | X | | | | | | | | | | | | | |
| **Medical/Infertility History** | X | | | | | | | | | | | | | |
| **Physical Exam** | X | X[1] | | | | | | | | | X | | | |
| **Vitals**[9] | X | | X | | | X | X | | | | | | | |
| **Ultrasound** | X | | | | X[5] | | X | | | X | X | | | X |
| **Pregnancy Test** | X | X | | | | | | X | X | | | | | X |
| **Laboratory Assessments** | X[6] | X[1] | | | | | | | | X[7] | | | | |
| **Concomitant Medications** | X | X | X | X | X | X | X | X | X | X | X | X[10] | | |
| **Estradiol Monitoring** | | | | | X | | | | | | | | | |
| **Ovarian Biopsy / OSC Collection** | | | X | | | | | | | | | | | |
| **Begin FSH/LH** | | | | | X | | | | | | | | | |
| **HCG** | | | | | X | | | | | | | | | |
| **Egg Retrieval** | | | | | | X | | | | | | | | |
| **AUGMENT Procedure** | | | | | | X | | | | | | | | |
| **ICSI** | | | | | | X | | | | | | | | |
| **Embryo Transfer** | | | | | | | X | | | | | | | X |
| **Follow-up phone call**[3] | | | | | | | | | | | | X | | |
| **Pregnancy Outcome**[4] | | | | | | | | | | | | | X[4] | X |
| **Adverse Events** | X | | X | X | X | X | X | X | X | X | X | X | X | X |

Confidential                                                            Page 21 of 35

OVAS_0045215

OvaScience, Inc
AUGMENT                                                                                October 30, 2014
Clinical Study Report

1   Pre-Op Visit  - A pre-op examination and/or laboratory tests may be performed by the surgeon according to the standard of care, by the surgeon performing the procedure to ensure the subject is in good health. This visit will occur no more than 7 days prior to the scheduled procedure.

2   At approximately 20-weeks gestational age, the subject will have an ultrasound per standard of care. If this visit occurs at the subject's referring OB/GYN, the Investigator will be provided copies of medical records.

3   Starting at approximately 8-weeks gestational age, the site study coordinator or Investigator designated staff member will conduct monthly telephone calls to follow-up with the subject.   During these calls information on the status of the pregnancy and any adverse events will be collected.   The date/time of the contact and the discussion will be documented.  There will be 8 monthly calls, (8, 12, 16, 24, 28, 32, 36, 40 weeks).

4   The outcome at live birth or pregnancy loss will be captured for all subjects.  At that time, data will be collected regarding miscarriage, any potential congenital anomalies and multiple births. This telephone call will conclude subject participation.

5   Transvaginal follicular ultrasound.

6   Hematology, clinical chemistry, Estradiol, FSH & TSH.

7   Clinical chemistry only.

8   Serum E2 and transvaginal follicular ultrasound examinations will be performed as needed to monitor follicular development. The dosage of gonadotropins will be individually adjusted in order to obtain at least 4 follicles $\geq$ 16 mm in diameter with E2 levels under 3,800 pg/mL.  Subjects will have multiple additional visits as needed for proper monitoring of follicular development.

9   Blood pressure and temperature.

10  Concomitant medications are collected up until gestational age of 20 weeks.

Confidential                                                                                                      OVAS_0045216

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

## 8.4.2        Visit 1 / Screening

Before performing any study procedures, the Investigator obtained written informed consent from the subject and their partner (if applicable). The Investigator did not undertake any measures specifically required for the clinical study until consent had been obtained. The screening visit was conducted within 60 (+7) days of the planned biopsy. The following were evaluated and documented at this visit:

- Medical/Infertility History
- Inclusion/Exclusion Criteria
- Physical Examination
- Vitals
- Ultrasound
- Hematology
- Clinical Chemistry
- TSH
- FSH if not done within the last 6 months
- Estradiol if not done within the last 6 months
- Concomitant Medications and Therapies
- Adverse Event Assessment
- Pregnancy Test (urine or serum)
- Diagnostic Semen Analysis (if not completed within the last year)

## 8.4.3        Visit 2 / Preoperative Visit

Once the subject was deemed eligible for the study, they were enrolled and a laparoscopy was scheduled in order to collect a sample of ovarian epithelium. A pre-op examination and/or blood tests may have been performed, according to standard of care, by the surgeon performing the procedure to ensure the subject is in good health. This visit occurred within 7 days prior to the scheduled procedure. In addition, the following were evaluated and documented at this visit:

- Pregnancy Test (urine or serum)
- Concomitant Medications and Therapies

Confidential

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

### 8.4.4        Visit 3/ Ovarian Cortical Biopsy

At least 1 month but not more than 4 months prior to starting the standard IVF protocol and during the follicular phase (or on oral contraceptives), the subject had a laparoscopy to collect up to three pieces (approximately 3x3x1 mm each) of ovarian epithelium (ovarian cortical biopsy) from one or both ovaries. In addition, the following were evaluated and documented at this visit:

- Vitals
- Concomitant Medications and Therapies
- Adverse Event Assessment

### 8.4.5        Visit 4 / Postoperative Visit

Approximately 2 weeks after the ovarian cortical biopsy, subjects returned to the study site for a post-op visit per the site's standard of care. The following were evaluated and documented at this visit:

- Concomitant Medications and Therapies
- Adverse Event Assessment

### 8.4.6        Visit(s) 5: Monitoring of Hormone Stimulation

After at least one full rest cycle post biopsy (approximately 4 weeks), subjects began ovarian stimulation according to study site protocol, with recombinant and/or urinary gonadotropins with a maximum daily dose of FSH 450 IU and with GnRH antagonist. Serum $E_2$ and transvaginal follicular ultrasound examinations were performed as needed to monitor follicular development. The dosage of gonadotropins was individually adjusted in order to obtain at least 4 follicles ≥ 16 mm in diameter with $E_2$ levels under 3,800 pg/mL. Subjects had multiple visits for proper monitoring of follicular development. The following were evaluated and documented at these visits:

- Follicular Ultrasound
- Estradiol ($E_2$) Monitoring
- Concomitant Medications and Therapies
- Adverse Event Assessment

Confidential

OVAS_0045218

By stimulation Day 12, the subjects were asked to administer hCG at a specific time and standard site progesterone therapy was prescribed for luteal phase support.

### 8.4.7        Visit 6 / ICSI plus AUGMENT

Oocyte retrieval took place approximately 34-38 hours after hCG administration. The AUGMENT procedure began at this time and fertilization occurred using standard ICSI protocol. In addition, the following were evaluated and documented at this visit:

- Vitals
- Concomitant Medications and Therapies
- Adverse Event Assessment
- Oocyte Quality

Once ICSI occurred the subject was considered "treated" for purposes of the study. If there were no mature oocytes available for ICSI, then the subject's participation in the study was complete.

### 8.4.8        Visit 7 / Embryo Transfer

Under ultrasound guidance, embryo transfer occurred after 3 or 5 days of culturing post ICSI. In addition, the following were evaluated and documented at this visit:

- Vitals
- Concomitant Medications and Therapies
- Adverse Event Assessment
- Embryo Quality
- Ultrasound

### 8.4.9        Visit 8 / Pregnancy Test

Approximately 2 weeks post egg retrieval, a serum beta hCG pregnancy test was performed. The following were evaluated and documented at this visit:

- Serum Pregnancy Test
- Concomitant Medications and Therapies
- Adverse Event Assessment

If pregnancy was not confirmed, then the subject's participation in the study was complete.

Confidential

OVAS_0045219

### 8.4.10        Visit 9 / Second Pregnancy Test

Approximately 3 weeks post egg retrieval (5 weeks gestational age) the subject returned to the site and a second serum beta hCG pregnancy test was performed. The following were evaluated and documented at this visit:

- Serum Pregnancy Test
- Concomitant Medications and Therapies
- Adverse Event Assessment

### 8.4.11        Visit 10 / 6-week Follow-up

At approximately 6-weeks gestational age, a follow-up visit occurred. This visit occurred at the study site or at the subject's OB/GYN office. If this visit occurred at the subject's referring OB/GYN, the Investigator was provided copies of pertinent medical records. The following were evaluated and documented at this visit:

- Physical Examination
- Ultrasound (detection of intrauterine clinical pregnancy and fetal heartbeat)
- Clinical Chemistry (see section 6.2)
- Concomitant Medications and Therapies
- Adverse Event Assessment

### 8.4.12        Live Birth or Pregnancy Loss

No subjects had a live birth during this study. The timing of pregnancy loss was captured for all applicable subjects. The site study coordinator obtained copies of the medical records with the details of miscarriage.   This was the final follow-up for these subjects, and the subject's participation in the study was complete at that time.

### 8.5        Changes in the Conduct of the Study or Planned Analyses

On September 10, 2013 OvaScience chose to suspend the enrollment of the OVA-001 trial in the U.S. due to an "untitled" letter from the Food and Drug Administration (FDA) questioning the status of AUGMENT as a 361 HCT/P and advising the company to file an Investigational New Drug (IND) application.  At the time of suspension, 9 out of 40 planned subjects were enrolled into the trial.  Subsequently, on July 2, 2014, the study was formally closed.   No additional subjects were screened or enrolled. Any subjects that were placed on "hold" at the time of the

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

suspension were formally withdrawn from the trial at this time.  The database was closed and no planned analysis was performed.

## 9    STUDY SUBJECTS

### 9.1       Subject Disposition

A total of 23 subjects were screened for the study and 19 subjects were enrolled.  "Enrolled" for the purpose of this trial was defined as undergoing an ovarian biopsy.  Of the 19 subjects enrolled, 9 were treated with AUGMENT, 7 were placed on hold and subsequently discontinued from the trial after it closed, and 3 were terminated early due to ovarian stimulation failure (n=2) and natural pregnancy prior to IVF (n=1). A complete listing of final subject disposition for treated subjects is included in Table 3 below.

### Table 3:  Final Subject Disposition (AUGMENT Treated Subjects)

| Centre | Subject | Date of Last Contact with Subject: | Did Subject Complete Protocol: | If 'Yes' Specify Completion Status: | If 'No' Specify Discontinuation Status: |
|--------|---------|-----------------------------------|-------------------------------|-------------------------------------|----------------------------------------|
| 1 | 101 | 30-Apr-13 | Yes | No Pregnancy | |
| 1 | 102 | 7-May-13 | Yes | No Pregnancy | |
| 1 | 106 | 5-Sep-13 | Yes | Loss | |
| 1 | 109 | 20-Aug-13 | Yes | No Pregnancy | |
| 1 | 110 | 5-Sep-13 | Yes | Loss | |
| 1 | 111 | 30-Jul-13 | Yes | No Pregnancy | |
| 1 | 112 | 25-Jul-13 | Yes | No Pregnancy | |
| 1 | 117 | 6-Sep-13 | Yes | No Pregnancy | |
| 2 | 202 | 30-Aug-13 | Yes | No Pregnancy | |

### 9.2       Protocol Deviations

No major protocol deviations or violations occurred during the course of this trial.

Confidential

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

## 10   SAFETY EVALUATION

### 10.1   Adverse Events

No formal planned analyses were performed for this trial.  A summary of the adverse event data collected during the course of the study is listed in Table 4 below.

**Table 4:  Summary of Adverse Events**

| Centre | Subject | Reported Term for Adverse Event: | Severity/ Intensity | Causality to AUGMENT | Serious Adverse Event | Outcome |
|--------|---------|----------------------------------|---------------------|----------------------|-----------------------|---------|
| 1 | 101 | Post operative Hypotension | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 101 | Post operative egg retrieval pain (cramps) | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 101 | Headache | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 101 | Headache | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 102 | Post operative egg retrieval pain | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 104 | Post operative laparoscopy pain | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 106 | Spontaneous Abortion | Severe | Unlikely | Yes | Recovered/Resolved |
|   | 107 | Vertigo | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 109 | Mild vision changes / focus difficulty | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 109 | Linear erythema around IV site on the left forearm | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Left incision bruise + firm to touch | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Headache | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Abdominal distension with mild pain (possible mild OHSS) | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Sinus/cold/allergies | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Headache | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Headache | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Menstrual Cramps | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Menstrual Cramps | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 110 | Constipation | Mild | Unrelated | No | Not Recovered/Resolved |

Confidential

OVAS_0045222

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

| 1 | 110 | Missed abortion | Moderate | Unlikely | Yes | Recovered/Resolved |
|---|-----|-----------------|----------|----------|-----|--------------------|
| 1 | 111 | Filmy adhesion extending from the colon to the anterior abdominal wall on the right side | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 112 | Post operative laparoscopy pain | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 114 | Fainted due to herniated disc (possible, unconfirmed, seizure) | Moderate | Unrelated | No | Recovered/Resolved |
| 1 | 114 | Distended abdomen | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 114 | Constipation | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 114 | Herniated disc | Moderate | Unrelated | No | Not Recovered/Resolved |
| 1 | 114 | Nausea | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 114 | Post operative laparoscopy pain | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 114 | Asthma | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 114 | Respiratory Inflammation | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 114 | Vomiting | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 116 | Post operative laparoscopy pain | Mild | Unrelated | No | Recovered/Resolved |
| 1 | 117 | Post operative laparoscopy pain | Mild | Unrelated | No | Recovered/Resolved |
| 2 | 201 | Abdominal Pain post biopsy | Mild | Unrelated | No | Recovered/Resolved |
| 2 | 202 | Abdominal cramping post-op (prior to menses) | Moderate | Unrelated | No | Recovered/Resolved |
| 2 | 202 | Headache | Moderate | Unrelated | No | Recovered/Resolved |
| 2 | 202 | Abdominal pain (post-retrieval) | Moderate | Unrelated | No | Recovered/Resolved |
| 2 | 202 | Allergic Reaction to Bug Bites | Moderate | Unrelated | No | Recovered/Resolved |

## 10.2    Deaths and Serious Adverse Events

No subject deaths occurred during the course of this trial.

Two Serious Adverse Events (SAEs) occurred during the study. Both subjects had spontaneous abortions that were deemed to be important medical events.  Subject 106 had a spontaneous abortion of a fetus with Trisomy 18.  The subject had fetal cell DNA drawn and results showed

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

possible Trisomy 18.   Approximately 10 days later the subject had fetal demise and a cystic hygroma was diagnosed when she presented for chorionic villus sampling (CVS).   Two days later the subject had a Dilation and Evacuation (D&E).   Pathology of the fetal tissue confirmed Trisomy 18.   Subject 110 had a spontaneous abortion with aneuploidy.   The subject presented for a follow-up visit at approximately 8 weeks gestational age.   Ultrasound demonstrated no fetal pole and fetal heartbeat was absent.   This was consistent with a spontaneous abortion.   A Dilation and Evacuation (D&E) was elected and performed the following day.   Fetal tissue was sent for chromosomal analysis, which showed triploidy.

## 10.2      Protocol Saftey Committee Meeting

On October 10, 2013 the protocol safety committee met to review the safety data to date. During this meeting, the key data listings, individual Case Report Forms for each evaluable subject, embryology and cycle data, interim data versus comparison data and AE/SAEs were reviewed by the group.   After the meeting, the committee recommended no modifications in the study design and to continue with ongoing safety reporting of AE and SAEs.   They agreed to continue to meet as needed once the study suspension was lifted.   No additional meetings occurred as the study was closed.

## 11    DISCUSSION AND OVERALL CONCLUSIONS

This was a prospective, open-label, multi-center study, which commenced in January 2013 and was formally closed in July 2014.   The primary objective of this study was to evaluate the safety of Autologous Germ-line Mitochondrial Energy Transfer (AUGMENT) in women undergoing IVF who have had a history of IVF failure due to poor oocyte and/or embryo quality.   The secondary objectives of this study were to evaluate oocyte quality, embryo quality, fertilization rates, implantation rates, pregnancy rates and live birth rates in women undergoing IVF.

On September 10, 2013 OvaScience chose to suspend the enrollment of the OVA-001 trial in the U.S. due to an "untitled" letter from the Food and Drug Administration (FDA) questioning the status of AUGMENT as a 361 HCT/P and advising the company to file an Investigational New Drug (IND) application.   At the time of suspension, 9 out of 40 planned subjects were enrolled into the trial.   Subsequently, on July 2, 2014, the study was formally closed.   Any subjects that were placed on "hold" at the time of the suspension were formally withdrawn from the trial at this time.   The database was closed and no formal planned analysis was performed.

Confidential

OvaScience, Inc
AUGMENT                                                                                    October 30, 2014
Clinical Study Report

## 12   REFERENCES

1.  Loeb, L.A., Wallace, D.C., and Martin, G.M., The mitochondrial theory of aging and its relationship to reactive oxygen species damage and somatic mtDNA mutations. Proceedings National Academy Science 102: 18769-18770, 2005.

2.  ESHRE Capri Workshop Group, Fertility and ageing. Human Reproduction Update 11: 261-276, 2005.

3.  Dobson, A.T., Raja, R., Abeyta, M.J., et al., The unique transcriptome through day 3 of human preimplantation development. Human Molecular Genetics 13: 1461-1470, 2004.

4.  Eichenlaub-Ritter, U., Wieczorek, M., Luke, S., Seidel, T., 2011 Age related changes in mitochondrial function and new approaches to study redox regulation in mammalian oocytes in response to age or maturation conditions. Mitochondrion 11: 783-796, 2011.

5.  Dumolland, R., Duchen, M., and Carroll, J., The role of mitochondrial function in the oocyte and embryo. Current Topics in Developmental Biology 77: 21-49, 2007.

6.  Santos, T.A., Shourbagy, S.E., St John, J.C., Mitochondrial content reflects oocyte viability and fertilization outcome. Fertility Sterility 85: 584-591, 2006.

7.  Van Blerkom, J., Davis, P., Alexander, S., Differential mitochondrial distribution in human pronuclear embryos leads to disproportionate inheritance between blastomeres: relationship to microtubular organization, ATP content and competence. Human Reproduction 15: 2621-2633, 2000.

8.  Wilding, M., De Placido, G., De Matteo, L., et al., Chaotic mosaicism in human preimplantation embryos is correlated with a low mitochondrial membrane potential. Fertility Sterility 79: 340-346, 2003.

9.  Thouas, G.A., Trounson, A.O., Wolvetang, E.J., et al., Mitochondrial dysfunction in mouse oocytes results in preimplantation and arrest. Biology Reproduction 71: 1936-1942, 2004.

10. St John, J., Facucho-Oliveria, J., Jiang, Y., et al., Mitochondrial DNA transmission, replication and inheritance: a journey from the gamete through the embryo and into offspring and embryonic stem cells. Human Reproduction Update 16: 488-509, 2010.

11. Hseih, R.H., Tasi, N-M., Au, H-K., Multiple rearrangements of mitochondrial DNA in unfertilized human oocytes. Fertility and Sterility 77: 1012-1017, 2002.

Confidential                                                            OVAS_0045225

OvaScience, Inc
AUGMENT                                                                                    October 30, 2014
Clinical Study Report

12. Jacobs, L., Gerardds, M., Chinnery, P., et al., mtDNA point mutations are present at various levels of heteroplasmy in human oocytes. Molecular Human Reproduction 13: 149-154, 2007.

13. Duran, H.E., Simsek-Duran, F., Oeringer, S.C., et al., The association of reproductive senescence with mitochondrial quality function and DNA integrity in human oocytes at different stages of development. Fertility and Sterility 96: 384-388, 2011.

14. Smith, L., and Alcivar, A., Cytoplasmic inheritance and its effects on development and performance. Journal of Reproduction and Fertility 48: 31-43, 1993.

15. Liu, L., Trimarchi, J.R., Keefe, D.L., Involvement of mitochondria in oxidative stress-induced cell death in mouse zygotes. Biology Reproduction 62: 1745-1753, 2000.

16. Wang, L., Wang, D., Zou, X., et al., Mitochondrial functions on oocytes and preimplantation embryos. J Zhejang Univ Science B. 10: 483-492, 2009.

17. Wai, T., Ao, A., Shang, X., et al., The role of mitochondrial DNA copy number in mammalian fertility. Biology Reproduction 63: 52-62, 2010.

18. May-Panloup, P.M., Chretien, M.F., Jacques, C., et al., Low oocyte mitochondrial DNA content in ovarian insufficiency. Human Reproduction 20: 593-597, 2005.

19. Ramalho-Santos, J., Varum, S, Amaral, S., et al., Mitochondrial functionality in reproduction: from gonads and gametes to embryos and embryonic stem cells. Human Reproduction Update 15: 553-572, 2009.

20. Keefe, D., Niven-Fairchild, T., Powell, S., and Buradagunta, S., Mitochondrial deoxyribonucleic acid deletions in oocytes and reproductive aging women. Fertility and Sterility 64: 577-583, 1995.

21. Fissore, R.A., Kurokawa, M., Knott, J., et al., Mechanism underlying oocyte activation and postovulatory ageing. Reproduction 124: 745-754, 2002.

22. Spikings, E.C., Alderson, J., St John, J.C., Regulated mitochondrial DNA replication during oocyte maturation is essential for successful porcine embryonic development. Biology Reproduction 76: 327-335, 2007.

23. St. John, J.C., Ooplasm donation in humans: the need to investigate the transmission of mitochondrial DNA following cytoplasmic transfer. Human Reproduction 17: 1954-1958, 2002.

24. Combelles, C., Albertini, D.F., Assessment of oocyte quality following repeated gonadotropin stimulation in the mouse. Biology Reproduction 68: 812-821, 2003.

Confidential                                                                                                    OVAS_0045226

OvaScience, Inc
AUGMENT                                                                                    October 30, 2014
Clinical Study Report

25. El Shourbagy, S., Spikings, E., Freitas, M., St John, J., Mitochondria directly influence fertilization outcome in the pig, Reproduction Research 131: 233245, 2006.

26. Hua, S., Zhang, Y., Li, X., et al., Effects of granulosa cell mitochondria transfer on the early development of bovine embryos in vitro. Cloning and Stem Cells 9: 237-246, 2007.

27. Yi, Y., Chen, M., Ho, J., et al., Mitochondria transfer can enhance the murine embryo development. J Assisted Reproduction and Genetics 24: 445-449, 2007.

28. Tzeng CR, Hsieh RH, Au HK, et al., Mitochondria transfer (MIT) into oocyte from autologous cumulus granulosa cells (cGCs). Fertil Steril; 82 S53, 2004.

29. Van Blerkom, J., Sinclair, J., Davis, P., Mitochondrial transfer between oocytes: potential applications of mitochondrial donation and the issue of heteroplasmy. Human Reproduction 13: 2857-2868, 1998.

30. Pinckert. C.A., Irwin, M., Johnson, L., Moffatt, R., Mitochondria transfer into mouse ova by microinjection. Transgenic Research 6: 379-383, 1997.

31. Acton, B., Jurisicova, A., Ahmady, A., et al., Microinjection of mitochondrial fractions into FVB oocytes: influences in vitro survival rates. 34th Annual Society Study Reproductions17:440, 2001.

32. Chiaratti, M., Ferreira, A., Perecin, F., et al., Ooblast-mediated developmental rescue of bovine oocytes exposed to ethidium bromide. Reproductive BioMedi Online 22: 172-183, 2011.

33. Barritt, J.A., Willadsen, S., Brenner, C., et al., Epigenetic and experimental modifications in early mammalian development: Part II. Human Reproduction Update 7: 428-435, 2001.

34. Li, J., Song, Y., Li, H, Zhang, J., Cytoplasm transfer in mature rabbit oocytes. El. J. Biology 1: 6-8, 2005.

35. Flood, T., Chillic C.F., Van Uem, J.F., et al., Ooplasmic transfusion: prophase germinal vesicle oocytes made developmentally competent by microinjection of metaphase II egg cytoplasm. Fertility and Sterility 53: 1049-1054, 1990.

36. National Summary and Fertility Clinic Reports; Assisted Reproductive Technology Success Rates, 2008.

Confidential                                                                OVAS_0045227

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

## 13   APPENDICES

## 13.1       Protocol

Confidential

OVAS_0045228

OvaScience, Inc
AUGMENT
Clinical Study Report

October 30, 2014

**13.2      Sample Case Report Forms**

Confidential

OVAS_0045229