# COMPOSITE EXHIBIT 15

| | |
|---|---|
| **From**: | Theresa McNeely [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7C52E93A15CA42F6B61867E8B50EB6E2-TMCNEELY] |
| **Sent**: | 2/26/2014 2:19:28 PM |
| **To**: | WCHicks@mintz.com |
| **Subject**: | CONFIDENTIAL here's april letter |

CONFIDENTIAL

Hi Bill,

███████████████████████████████████████

Thx,
T

Theresa McNeely
EVP, Strategic Corporate Communications
OvaScience, Inc.
215 First Street
Cambridge, MA 02142
tmcneely@ovascience.com
(o) 617-299-7356
(c) 508-523-9511



**DEPARTMENT OF HEALTH & HUMAN SERVICES**    Public Health Service

Food and Drug Administration
1401 Rockville Pike
Rockville, MD 20852-1448

OvaScience, Incorporated
Attention: Alison Lawton
Chief Operating Officer
215 First Street, Suite 240
Cambridge, Massachusetts 02142

April 9, 2013

Dear Ms. Lawton:

This is in follow-up to the January 28, 2013 telephone conversation between you and Ms. Karen Nichols of OvaScience and Dr. Patrick Riggins of this Office, regarding the autologous mitochondrial transfer product, AUGMENT. As you may know, oocytes and other reproductive tissues are regulated as human cells, tissues, or cellular or tissue-based products (HCT/Ps) under 21 CFR Part 1271. To be regulated solely under Section 361 of the Public Health Service Act and 21 CFR Part 1271, an HCT/P must meet all of the following criteria listed in 21 CFR 1271.10(a):
  (1) The HCT/P is minimally manipulated;
  (2) The HCT/P is intended for homologous use only, as reflected by the labeling, advertising, or other indications of the manufacturer's objective intent;
  (3) The manufacture of the HCT/P does not involve the combination of the cells or tissues with another article, except for water, crystalloids, or a sterilizing, preserving, or storage agent, provided that the addition of water, crystalloids, or the sterilizing, preserving, or storage agent does not raise new clinical safety concerns with respect to the HCT/P; and
  (4) Either:
  (i) The HCT/P does not have a systemic effect and is not dependent upon the metabolic activity of living cells for its primary function; or
  (ii) The HCT/P has a systemic effect or is dependent upon the metabolic activity of living cells for its primary function, and:
  (a) Is for autologous use;
  (b) Is for allogeneic use in a first-degree or second-degree blood relative; or
  (c) Is for reproductive use.

A reproductive tissue product that does not meet all of the criteria in 21 CFR 1271.10(a) is not eligible for regulation solely under section 361 of the Public Health Service Act and 21 CFR Part 1271.

Our understanding is that your autologous mitochondrial transfer product, AUGMENT, consists of cells isolated from a biopsy of ovarian tissue, which are processed to extract mitochondria that are then introduced into other reproductive tissues during the IVF process. The removal of mitochondria and introduction into other reproductive tissue appears to be more than minimal

manipulation. This is based on the limited information available; please note that the addition of mitochondrial DNA to other reproductive tissue may raise additional regulatory concerns. For more information about applicable regulations or to schedule a pre-IND meeting, please contact Dr. Patrick Riggins, Branch Chief, Regulatory Management Staff, at 301.827.5366 or Patrick.Riggins@fda.hhs.gov.

Most respectfully,

*Ellen Lazarus*

CAPT Ellen Lazarus, MD
Director, Division of Human Tissues
Office of Cellular, Tissue and Gene Therapies, CBER, FDA

Confidential

OVAS_1271332

Letter Type:   OCTGT Inquiry

cc:   C. Witten
      S. Simek
      R. McFarland
      M. Malarkey
      L. McNeill

Confidential
OVAS_1271333

| | |
|---|---|
| **From:** | Michelle Dipp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A23D856F44344AADA5892380664DFEAA-MDIPP] |
| **Sent:** | 9/6/2013 3:56:05 PM |
| **To:** | Richard Aldrich [raldrich@longwoodfund.com] |
| **Subject:** | Fw: Fax from fda |

Michelle Dipp, MD PhD
CEO, OvaScience
cell: 617 955 3139
email: mdipp@ovascience.com

**From:** Alison Lawton
**Sent:** Friday, September 6, 2013 11:48 AM
**To:** Scott L. Cunningham (scunningham@cov.com); phutt@cov.com; Gerry Masoudi (gmasoudi@cov.com)
**Cc:** Hicks, William (WCHicks@mintz.com); Michelle Dipp
**Subject:** FW: Fax from fda




Alison Lawton,
COO, OvaScience
215 First St., Suite 240,
Cambridge,
MA 02142
Tel: 617-299-7354
alawton@ovascience.com


-----Original Message-----
From: Eva Kosiorek
Sent: Friday, September 06, 2013 11:42 AM
To: Alison Lawton; Karen Nichols
Subject: Fax



-----Original Message-----
From: scans@ovascience.com [mailto:scans@ovascience.com]
Sent: Friday, September 06, 2013 12:24 PM
To: Eva Kosiorek
Subject: Scanned image from MX-5111N

Reply to: Ovascience Scans <scans@ovascience.com> Device Name: Not Set Device Model: MX-5111N
Location: Not Set

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

   http://www.adobe.com/

Confidential

# FOOD AND DRUG ADMINISTRATION

## CENTER FOR BIOLOGICS EVALUATION AND RESEARCH

### OFFICE OF CELLULAR, TISSUE AND GENE THERAPIES

WOODMONT 1 OFFICE COMPLEX

1401 ROCKVILLE PIKE, HFM-705

SUITE 200 NORTH

ROCKVILLE MD 20852

TELEPHONE: (301)827-6536 FAX (301) 827-9796

---

## FACSIMILE TRANSMITTAL SHEET

**TO:** Alison Lawton

**FROM:** Patrick Riggins

**COMPANY:** OvaScience

**DATE:** 9/6/13

**FAX NUMBER:** (617) 500-7802

**TOTAL NO. OF PAGES, INCLUDING COVER:** 3

**PHONE NUMBER:** 617-299-7354

**REFERENCE NUMBER:**

☐ URGENT  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

**NOTES/COMMENTS:** Attached is a letter that has also been mailed. You should receive the hard copy shortly.

THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEDGED CONFIDENTIOAL AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.

IF YOU ARE NOT THE ADDRESSEE, OR A PERSON AUTHORIZED TO DELIVER THE DOCUMENT TO THE ADDRESS YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISCLOSURE, DISSEMINATION, COPYING OR OTHER ACTION BASED ON THE CONTENT OF THIS COMMUNICATION IS NOT AUTHORIZE. IF YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN IT TO US AT THE ABOVE ADDRESS BY MAIL.

Confidential                                                                                              OVAS_0099758



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**     Public Health Service

Food and Drug Administration
1401 Rockville Pike
Rockville, MD 20852-1448

OvaScience, Incorporated
Attention: Alison Lawton
Chief Operating Officer
215 First Street, Suite 240
Cambridge, Massachusetts 02142

Dear Ms. Lawton:                                                         September 6, 2013

As communicated to you in our letter dated April 9, 2013, our understanding is that your autologous mitochondrial transfer product, AUGMENT, consists of cells isolated from a biopsy of ovarian tissue, which are processed to extract mitochondria and then introduced into other reproductive tissues during the IVF process. The removal of mitochondria and the subsequent introduction of these organelles into other reproductive tissues appear to be more than minimal manipulation. A reproductive tissue product that is more than minimally manipulated does not meet all of the criteria in 21 CFR 1271.10 for regulation solely under section 361 of the Public Health Service Act and an investigational new drug application (IND) would be required. From the August 20, 2013 phone call between you and Dr. Patrick Riggins, of this Office, it appears that you are treating subjects under your clinical study protocol, even though you have not submitted an IND.

We are taking this opportunity to advise you that an IND is required for this study. Further, we are writing to express additional concerns based on our review of the protocols, Investigator's Brochure, and informed consent document that you submitted to the Western Institutional Review Board (WIRB) for your AUGMENT study. These documents were collected during our inspection of February 13-14, 2013.

We would need to review a complete IND to assess fully your protocol, informed consent form, and Investigator's Brochure. In general, it appears that your clinical protocol is not adequately designed to ensure the safety of the study subjects or offspring that may result from the autologous mitochondrial transfer product, AUGMENT. As just one example, despite the fact that this is a first-in-human study of a technique that has the potential to create lifelong changes

Confidential                                                                             OVAS_0099759

in children born as a result of the procedure, your study fails to provide longer term follow-up of any potential children. In addition, the informed consent document does not adequately advise patients of the risks of your study. Moreover, the protocol and Investigator's Brochure contain general statements about proof of concept and safety that are not well supported by the publications and cited data.

To schedule a pre-IND meeting or for more information about applicable regulations, please contact Dr. Patrick Riggins, Branch Chief, Regulatory Management Staff, at 301.827.5366 or Patrick.Riggins@fda.hhs.gov. We look forward to your pre-IND meeting request.

Sincerely yours,

*[signature]*

Celia M. Witten, Ph.D., M.D.
Director
Office of Cellular, Tissue and Gene Therapies
Center for Biologics Evaluation and Research

cc: David G. Forster, J.D.
Chief Compliance Officer
Western Institutional Review Board, Inc.
3535 7th Avenue SW
Olympia, Washington 98502-5010

Rita Sneeringer, M.D.
Boston IVF
130 Second Avenue
Waltham, Massachusetts 02451

Ronald F. Feinberg, M.D., Ph.D.
Reproductive Associates of Delaware
Suite 3217, Medical Arts Pavilion 2
4735 Ogletown-Stanton Road
Newark, Delaware 19713

Confidential
OVAS_0099760