# EXHIBIT 16

| | |
|---|---|
| **From**: | Jill Bossi [/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JBOSSI94729] |
| **Sent**: | 9/4/2013 9:34:38 PM |
| **To**: | Alison Lawton [alawton@ovascience.com]; Karen Nichols [knichols@ovascience.com] |
| **Subject**: | FW: Regulatory Documents for OvaScience, Inc.-OVA-001: WIRB Work Order Number: 1-800608-1 |

WIRB has suspended the study. The letters are attached.

*Jill Bossi*
*Clinical Operations Consultant*
OvaScience, Inc.
215 First Street, Suite 240
Cambridge, MA 02142
Office: 603-778-1970
Cell: 603-674-0662
www.ovascience.com

---

**From:** WIRB Client Services <Jabts@wirb.com>
**Reply-To:** WIRB Client Services <clientservices@wirb.com>
**Date:** Wed, 4 Sep 2013 15:58:17 -0500
**To:** Jill Bossi <jbossi@ovascience.com>
**Subject:** Regulatory Documents for OvaScience, Inc.-OVA-001: WIRB Work Order Number: 1-800608-1

Regulatory documents for a research review conducted by WIRB are complete and ready for you to download using the link below:

Click here to download your documents.

(Recipients who are unable to access the Internet or for any reason cannot download the documents from the link may reply to this e-mail and ask that the documents be re-sent as e-mail attachments.)

If you have a WIRB Connexus account, log in now for detailed information about the status of the research and to access more documents related to the research.

Don't have a WIRB Connexus account? Click here and select "Register Me" to set up an account.

If your contact information (mailing address, phone number, fax number or e-mail address) has changed recently or if you received this e-mail in error, please send corrected information to clientservices@wirb.com. You may use the form available here to submit your request.

If you have any questions about these document, about WIRB Connexus, or if we can be of further assistance, please feel free to e-mail Client Services at clientservices@wirb.com or call 1-800-562-4789.

**Western Institutional Review Board®**
3535 7th Avenue SW | Olympia, WA 98502-5010
**Office:** (360) 252-2500 | **Fax:** (360) 252-2498 | **www.wirb.com**

NOTE: IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION, CALL (800) 562-4789
CONFIDENTIALITY NOTICE: This electronic transmission may contain confidential information that is legally privileged. The information is intended for the use of the recipient named above. If you have received this electronic mail in error, please immediately notify us by telephone. You are cautioned that any disclosure, copying, distribution, or other use of the transmitted information is strictly prohibited.



September 4, 2013

Ronald F. Feinberg, M.D., Ph.D.
Reproductive Associates of Delaware
Medical Arts Pavilion 2
4735 Ogletown-Stanton Road, Suite 3217
Newark, Delaware 19713

Dear Dr. Feinberg:

SUBJECT:  BOARD SUSPENSION OF STUDY ACTIVITIES
Sponsor: OvaScience, Inc.                          WIRB Study No.: 1140928
Sponsor Pr. No.: OVA-001                          WIRB Pr. No.: 20112012
Protocol Title:  An Open-Label Study to Assess the Safety of the AUGMENT (Autologous Germ-line Mitochondrial Energy Transfer) Procedure and to Evaluate Oocyte Quality, Embryo Quality, Fertilization Rates, Pregnancy Rates and Birth Rates in Women Undergoing In Vitro Fertilization

On September 3, 2013, Western Institutional Review Board (WIRB) considered the above-referenced research and whether an IND is necessary for this research. The purpose of this letter is to inform you of the action taken by the Board.

WIRB **suspended all study activity.** This means that you must **cease** all study activities except continuing review reporting. The Board took this action because we have had communications from the FDA that an IND is necessary for this study. Please provide the Board with an IND for this study or confirmation from the FDA that an IND is not necessary.

Representatives from the Center for Biologics Evaluation and Research (CBER) indicated that all sites have been told to suspend study activity until there is an IND. Please note that WIRB has not received notice of a clinical hold for this research.

The FDA representative also indicated that they are gathering information for the upcoming Cellular, Tissue, and Gene Therapy Advisory Committee that will review products similar to those used in this study. This advisory committee is open to the public and will be October 22 and October 23. Please see the FDA's website for more details.

Federal regulation under 21 CFR § 56.113 states, in part, that "An IRB shall have the authority to suspend or terminate approval of research that is not being conducted in accordance with the IRB's requirements or that has been associated with unexpected serious harm to subjects."

This study remains under IRB oversight. Approval of this study expires on December 12, 2013. WIRB is reporting this finding to the FDA.

**Western Institutional Review Board®**
3535 7th Avenue SW | Olympia, WA 98502-5010
Office: (360) 252-2500 | Fax: (360) 252-2498 | www.wirb.com

Ronald F. Feinberg, M.D., Ph.D.　　　　　　　　　2　　　　　　　　　　September 4, 2013

**Protection of Subjects While Study Activities Are Suspended**

You must assess whether current subjects might be harmed by stopping the research. If such harm might occur, you must immediately submit to WIRB a list of any subjects who might be harmed by stopping. The list must include an explanation of why each subject should continue in the research and a plan for safely ending each subject's participation if the Board does not lift the suspension of activity. WIRB will notify you of its decision for each subject's continuation in writing.

Please note that 21 CFR 56.108(a)(4) allows an investigator to implement a change in research if necessary to eliminate apparent immediate hazards to subjects. You may rely on this regulation to protect the safety of subjects if WIRB has not yet notified you of its decision regarding each subject's continuation. If you implement such a change, you must notify WIRB of each such action immediately in writing.

You may address the Board in person or in writing regarding its action. If you wish to address the Board in person or if you have questions, please contact Executive IRB Chair, R. Bert Wilkins, J.D., M.H.A., C.I.P., at 360-252-2852, or e-mail RegulatoryAffairs@wirb.com.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　R. Bert Wilkins, J.D., M.H.A., C.I.P.
　　　　　　　　　　　　　　　　　　　　　　Executive IRB Chair

RBW:jca
W:\Documents\Correspondence\Suspend\Feinberg 20112012
cc:　Division of Inspections and Surveillance, CBER/FDA
　　　Jill Bossi, OvaScience
　　　Alison Lawton, OvaScience, Inc.
　　　Karen Nichols, OvaScience, Inc.
　　　Study File; Contact File

This document electronically reviewed and approved by MacReynold, Tanna on 9/4/2013 12:47:27 PM PST. For more information call Client Services at 1-360-252-2500.



September 4, 2013

Rita Sneeringer, M.D.
Boston IVF
130 Second Avenue
Waltham, Massachusetts 02451

Dear Dr. Sneeringer:

SUBJECT:   BOARD SUSPENSION OF STUDY ACTIVITIES
   Sponsor: OvaScience, Inc.                         WIRB Study No.: 1131701
   Sponsor Pr. No.: OVA-001                          WIRB Pr. No.: 20112012
   Protocol Title:  An Open-Label Study to Assess the Safety of the AUGMENT
   (Autologous Germ-line Mitochondrial Energy Transfer) Procedure and to Evaluate
   Oocyte Quality, Embryo Quality, Fertilization Rates, Pregnancy Rates and Birth
   Rates in Women Undergoing In Vitro Fertilization

On September 3, 2013, Western Institutional Review Board (WIRB) considered the above-referenced research and whether an IND is necessary for this research.  The purpose of this letter is to inform you of the action taken by the Board.

WIRB **suspended all study activity.**  This means that you must **cease** all study activities except continuing review reporting.  The Board took this action because we have had communications from the FDA that an IND is necessary for this study.  Please provide the Board with an IND for this study or confirmation from the FDA that an IND is not necessary.

Representatives from the Center for Biologics Evaluation and Research (CBER) indicated that all sites have been told to suspend study activity until there is an IND.  Please note that WIRB has not received notice of a clinical hold for this research.

The FDA representative also indicated that they are gathering information for the upcoming Cellular, Tissue, and Gene Therapy Advisory Committee that will review products similar to those used in this study.  This advisory committee is open to the public and will be October 22 and October 23.  Please see the FDA's website for more details.

Federal regulation under 21 CFR § 56.113 states, in part, that "An IRB shall have the authority to suspend or terminate approval of research that is not being conducted in accordance with the IRB's requirements or that has been associated with unexpected serious harm to subjects."

This study remains under IRB oversight.  Approval of this study expires on December 12, 2013. WIRB is reporting this finding to the FDA.

**Western Institutional Review Board®**

3535 7th Avenue SW  |  Olympia, WA 98502-5010

Office: (360) 252-2500  |  Fax: (360) 252-2498  |  www.wirb.com

Rita Sneeringer, M.D.                          2                          September 4, 2013

**Protection of Subjects While Study Activities Are Suspended**

You must assess whether current subjects might be harmed by stopping the research. If such harm might occur, you must immediately submit to WIRB a list of any subjects who might be harmed by stopping. The list must include an explanation of why each subject should continue in the research and a plan for safely ending each subject's participation if the Board does not lift the suspension of activity. WIRB will notify you of its decision for each subject's continuation in writing.

Please note that 21 CFR 56.108(a)(4) allows an investigator to implement a change in research if necessary to eliminate apparent immediate hazards to subjects. You may rely on this regulation to protect the safety of subjects if WIRB has not yet notified you of its decision regarding each subject's continuation. If you implement such a change, you must notify WIRB of each such action immediately in writing.

You may address the Board in person or in writing regarding its action. If you wish to address the Board in person or if you have questions, please contact Executive IRB Chair, R. Bert Wilkins, J.D., M.H.A., C.I.P., at 360-252-2852, or e-mail RegulatoryAffairs@wirb.com.

                                                       Sincerely,

                                                       R. Bert Wilkins, J.D., M.H.A., C.I.P.
                                                       Executive IRB Chair

RBW:jca
W:\Documents\Correspondence\Suspend\Sneeringer 20112012
cc: Division of Inspections and Surveillance, CBER/FDA
     Kristin Rooney, Boston IVF
     Jill Bossi, OvaScience
     Alison Lawton, OvaScience, Inc.
     Karen Nichols, OvaScience, Inc.
     Study File; Contact File

This document electronically reviewed and approved by MacReynold, Tanna on 9/4/2013 12:47:27 PM PST. For more information call Client Services at 1-360-252-2500.