# EXHIBIT 18

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF MASSACHUSETTS

3   - - - - - - - - - - - - - - - - - - - - - x

4   FADI DAHHAN, Individually and on

5   behalf of All Others Similarly Situated

6        Plaintiff

7   vs.                      CA No. 1:17-CV-10511-IT

8   OVASCIENCE, INC., et al.

9        Defendants

10  - - - - - - - - - - - - - - - - - - - - - x

11

12        VIDEO DEPOSITION of RYAN BARRETT

13         Tuesday, May 14, 2019 - 9:19 a.m.

14  Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC.

15              One Financial Plaza

16              Boston, Massachusetts

17

18

19

20

21  Reporter:

    Jill K. Ruggieri, RPR, RMR, FCRR, CRR

22

23

24

```
                                          Page 57
1    believe -- if my recollection is correct, I
2    believe we had contracts in place with the
3    UK.
4         Q    Okay.
5                   In Canada --
6         A    Mm-hmm.
7         Q    -- who would perform the biopsy?
8    Specifically, was it the -- an employee of
9    the clinic or was it an employee of
10   OvaScience?
11        A    There was never a time at which an
12   employee of OvaScience took a biopsy.
13        Q    In any region?
14        A    Any region.  We didn't provide
15   clinical care.
16        Q    A biopsy is clinical care?
17        A    Sure.  Sorry.
18        Q    So clinics themselves -- employees
19   of the clinics would perform biopsies?
20        A    Correct, or affiliated clinics or
21   another physician with whom they had a
22   relationship, "they" being the clinician.
23                   Again, it would just -- it
24   would vary pretty significantly.
```

```
 1        Q     How many -- and the -- is that
 2   AUGMENT -- is the mitochondria vial AUGMENT?
 3        A     So -- that's a good question.
 4              From OvaScience's perspective,
 5   AUGMENT was -- again, it commenced or our
 6   receipt of the ovarian tissue and terminated
 7   upon our delivery of the vial to the
 8   clinician.  So that was OvaScience's
 9   perspective.
10              I think the -- the clinician
11   and patient perspective would be the ultimate
12   outcome, right, and that's the fertilization
13   with the mitochondria.  So that would be the
14   ICSI step.
15        Q     So an AUGMENT cycle, according to
16   OvaScience, began the day that your lab
17   received the biopsied tissue sample or
18   samples?
19        A     Mm-hmm.  That's correct.
20        Q     And it ended the day that the
21   mitochondria vial or two vials was or were
22   delivered to the clinic?
23        A     Correct.  We provided a service,
24   and that's how we saw it, is we were
```

Page 94

1   providing a supplement to a standard of care.

2                   So the service, for us, began

3   when we received the tissue, because that's

4   when we could start processing it.  And it

5   ended when the mitochondria was no longer in

6   our possession.

7       Q    Okay.

8                   But the mitochondria were

9   actually extracted in those labs that were

10  adjacent or close to -- that were in the

11  clinic or close to the clinic?

12      A    Correct.

13      Q    Okay.

14                  So there was almost no lag

15  time between -- once you're ready to give it

16  to the clinic, that was immediate?

17      A    I'm sorry.  Could you rephrase

18  that?

19      Q    There was no shipping time of the

20  mitochondria vial to the clinic?  The

21  mitochondria were actually extracted at the

22  clinic or near the clinic?

23      A    Correct.  There would not be

24  significant lag time from that perspective,

Page 111

1    at this time frame, was COO.  Yeah.  That's

2    at least what's coming to me.

3                    Probably Scott Chappel was CSO

4    at the time as well, but I'm not 100 percent

5    sure of that.

6        Q    The org chart used the term

7    "management team."

8        A    It would have been the direct

9    reports of the CEO.  So I don't know what it

10   would have been called, but...

11       Q    Where was this clinical study

12   performed?

13       A    This clinical study was performed

14   at Boston IVF.  And, actually, my apologies,

15   principally at Boston IVF, but I believe it

16   was also performed -- I believe it was also

17   performed at Women & Infants in Rhode Island.

18       Q    You said Women & Infants?

19       A    Correct.

20       Q    That's the name of an IVF clinic?

21       A    Of a hospital, I believe.

22       Q    Okay.

23                    Were these results provided to

24   anyone outside of OvaScience?

Page 112

1      A    I don't believe so.  I think -- we

2   looked at this.  We considered the limited

3   numbers of individuals who had gone through

4   this.

5                    We looked at the primary

6   objective of the study, which was to

7   demonstrate safety, and we looked at the fact

8   that none of the SAEs were likely

9   attributable to AUGMENT and kind of left it

10  at that.

11     Q    What's an SAE?

12     A    Those would be what you just asked

13  me to review, the serious adverse events, so

14  those two trisomies.

15     Q    How common is trisomy 18?

16     A    Aneuploidy is extremely common,

17  unfortunately.

18                    So the most common, or at

19  least I believe the most common version, is

20  Down syndrome, right?  So that's trisomy 21.

21  So it happens.

22                    Unfortunately, it happens a

23  fair amount, especially in IVF patients.

24     Q    So aneuploidy has -- is a broader

1   category, and there are various trisomies

2   within aneuploidy?

3        A    That's exactly right.

4        Q    How common is trisomy 18?

5        A    I honestly have no idea.

6        Q    How common is triploidy?

7        A    I honestly have no idea.

8        Q    Does it have to do with

9   chromosomes?

10       A    It does, so --

11       Q    It's okay.

12       A    To be honest, I would be

13  speculating.  But, basically, sperms --

14  excuse me -- sperm and eggs are haploid.  Our

15  normal cells are diploid.  So that means you

16  have one copy of every chromosome in eggs and

17  sperm.  In every normal cell of our body,

18  it's diploid, which means you have two

19  copies, right.

20                And that's -- think back to

21  high school when you saw the Xs and you

22  pulled them apart kind of thing, right?

23                Triploidy would mean you had

24  an extra copy, right?  So most likely what

Page 114

1   that meant -- honestly, it would be

2   speculation.  I have no idea, but three

3   copies of chromosomes is what that means.

4        Q    Were these results given to the

5   board?

6        A    I don't know.

7        Q    Who would know?

8        A    Michelle Dipp would know.

9        Q    Were these results given to the

10  FDA?

11       A    I don't believe so.  I know that

12  during our discussions with FDA, we were

13  trying to see them and things of that nature,

14  but I have no idea if this was shared.

15                And, frankly, for such a low

16  end and everything we already just discussed

17  regarding, you know, two SAEs and a small n

18  with, you know, aneuploidy being common in

19  IVF patients anyway, and -- or at least

20  relatively much more common, and the fact

21  that they were unlikely attributable to

22  AUGMENT, I have no idea.

23                But to me, it doesn't rise to

24  the level of, you know, this is something

Page 115

1  that needs to be shared.  It just -- I don't

2  know.

3                    Which, of course, would have

4  been different if we had actually gone for an

5  application, right?  But in the context of

6  informal discussions, I don't know.

7      Q    You mean with the FDA?

8      A    Correct.

9      Q    Did the study conclude that

10  those -- what did you say, SAE?

11      A    Correct.

12      Q    That those SAEs were not

13  attributable to AUGMENT?

14      A    They concluded that it was unlikely

15  attributable to AUGMENT.  If you look back at

16  Table -- the table that precedes 10.2, it

17  says, "Unrelated for the vast majority," and

18  then unlikely for the two that -- that we're

19  talking about.

20      Q    Is this this -- earlier we looked

21  at Exhibit 2, page 11 that you read into the

22  record.

23                    That was the 10-K, the long

24  one?

1      A     Okay.  Yeah.

2      Q     Do you remember that the portion

3   you read in the record was referring to a

4   study?

5      A     I do.

6      Q     Is that study this study?  Excuse

7   me.  Strike that.

8               Is the study that is described

9   in Exhibit 3 dated October 30, 2014 the same

10  study that's described in Exhibit 2 in the

11  portion that you read into the record?

12     A     I believe so, yes.  I would be

13  very, very surprised, yes.

14     Q     Okay.

15              In that portion, OvaScience

16  had stated, "We expect to make our decision

17  as to whether to proceed with

18  commercialization activities for AUGMENT

19  based on these preliminary data.  The primary

20  objective of the study will be to evaluate

21  the safety of AUGMENT in women undergoing IVF

22  who have had a history of IVF failure.

23              "The secondary objectives of

24  the study will be to evaluate egg and embryo

Page 192

1        A     No.   I mean, we looked at

2   establishment of the center as being, all

3   right, we have now a contractual relationship

4   with you, center X.

5        Q     So was AUGMENT available at each of

6   these clinics?

7        A     So AUGMENT was being made

8   clinically available by the clinicians, but

9   several of -- well, not several of them.   At

10   least one had yet to undertake the

11   preceptorship, namely, CARE.

12        Q     That's the UK?

13        A     Correct.

14        Q     What do you mean "undertake the

15   preceptorship"?

16        A     So before they could commercially

17   offer the treatment, they had to gain the

18   experience and training, and we benefited

19   from the generation of data on a certain

20   number of cycles that were deemed sufficient

21   to provide that experience and training,

22   right?

23             So CARE had signed all the

24   contracts and was beginning to undertake its

1   preceptorship but had not, I don't believe,

2   actually offered -- let me rephrase.

3                    I don't believe they had

4   actually obtained or provided any biopsy

5   tissue.

6        Q    Why not?

7        A    Because they signed right towards

8   the end tail of 2014.

9        Q    So when could they take -- when

10  were they prepared to take biopsy tissue?

11       A    I mean, again, it's kind of a

12  logistical hurdle between the clinician in

13  terms of getting a surgical suite often

14  that's not theirs to be able to procure the

15  biopsy.

16                    But it was Care's intent, I

17  believe, to start offering it immediately.

18       Q    But did they start offering it

19  immediately?

20       A    So they -- yes and no.  So they did

21  offer it to patients, and then, effectively,

22  there was a question about kind of the

23  regulatory status of AUGMENT.

24                    And so at that point, we

1   slowed it down and engaged with the

2   regulator.

3        Q    So had they performed -- when did

4   CARE perform its first biopsy?

5        A    I do not know.  I don't believe

6   they performed one, but I don't know.

7        Q    You don't believe they performed

8   one ever?

9        A    Correct.

10       Q    You said that they began offering

11  it; is that correct?

12       A    They did.

13       Q    What does that mean?

14       A    It means that there were marketing

15  plans established with OvaScience.  They had

16  marketing media in their clinic.  At least

17  that's what I heard.

18                 And we had gone over and kind

19  of presented to their clinicians, and there

20  was a lot of excitement about it.

21       Q    So could patients sign up to get

22  AUGMENT at CARE?

23       A    So patients went on a wait list, I

24  believe, with CARE.

1      Q     What were they waiting for?

2      A     For basically -- basically, for the

3   clinician and OvaScience to be comfortable to

4   actually proceed.

5      Q     So OvaScience and the clinician

6   were not comfortable proceeding on

7   December 17, 2014?

8      A     It was more kind of a scenario

9   where we felt that discretion was important.

10  But yeah, I mean, a lot of it, frankly, early

11  on, was logistics.

12              CARE had just bought a new

13  facility, needed to provide us with access to

14  part of their facility.  We couldn't figure

15  out exactly where and in what building.

16              So at that point, yeah, we

17  just needed to have the operational basis in

18  place.

19      Q     The operational basis was not in

20  place?

21      A     The clinic was in place that

22  outlined where we would have space, but that

23  space was not available -- it was available,

24  effectively, for a brief period of time, at

Page 196

1    which point they would then need to move us.
2                   So, ultimately, I believe we
3    concluded let's wait until the new space
4    opens up.
5        Q    What do you mean, it was available
6    for a brief period of time?
7        A    They -- so this building is a
8    perfect example, right?  So they're basically
9    renovating certain floors, right?  When
10   they're renovating it, it can't be occupied.
11                  So it was part of the plan
12   that the space that we were to occupy
13   would -- to be honest, I forget exactly.  But
14   in any event, it was either they needed
15   something else, they were renovating it, but
16   in any event, it wasn't available to us.
17                  So we knew that we would have
18   to move to another place that they had also
19   identified for us, so...
20       Q    And this was December 17, 2014?
21       A    No.  This was much later.
22       Q    So in December 17, 2014, if someone
23   went to CARE, they were going to do IVF, was
24   CARE providing information about AUGMENT?

Page 197

1      A     Yes.

2      Q     Okay.

3                    And was CARE saying that

4      someone could sign up for AUGMENT?

5      A     I believe, but I'm not 100 percent

6      positive, that CARE consented some patients,

7      and that's part of the clinical practice,

8      because first you consent a patient to

9      receive a certain intervention.

10     Q     And there are forms for consenting?

11     A     There are.

12     Q     Are those informed consent forms?

13     A     They are.

14     Q     Did CARE ever share the informed

15     consent forms with OvaScience?

16     A     No, for various reasons.  Again,

17     part of it is it wasn't our relationship to

18     manage.  But another part is from a data and

19     privacy perspective, we didn't want that

20     data.

21                    We didn't want an informed

22     consent form, because it would have

23     personally identifiable information on it.

24     Q     But the draft forms?

Page 198

```
 1        A     Oh, the draft forms, yes, they were
 2   part of each -- so step back.
 3                     In the practice agreement and
 4   in the preceptorship agreement, we would
 5   affix a template, kind of universal informed
 6   consent form that we suggested the clinics
 7   use, right, or that did not materially
 8   deviate from those forms.
 9                     So then clinicians would
10   sometimes tweak them, or what have you, but
11   substantially it would be the same, and they
12   would consent on that basis.
13        Q     And CARE was signing up people to a
14   wait list at that time?
15        A     I believe so, yes.
16        Q     And no one from the wait list ever
17   had a biopsy?
18        A     I believe that is correct.
19        Q     Why not?
20        A     Because, ultimately -- ultimately,
21   CARE never transitioned into its full
22   preceptorship.  So the agreements were
23   signed; but ultimately, for logistical and
24   other reasons, they didn't move forward and
```

Page 199

```
 1  we didn't move forward.

 2       Q    Did -- so AUGMENT never became

 3  available to those patients?

 4       A    I mean, I guess it depends on what

 5  you mean by "made available."

 6                 The clinician did discuss it

 7  with patients.  Those patients were excited

 8  about it, but no biopsies were taken, to my

 9  knowledge, and certainly no AUGMENTs were

10  performed -- no AUGMENT cell processing was

11  performed, to my knowledge, in the UK.

12       Q    Let's turn back to the transcript

13  from the investor day.  We'll start at

14  page 26.  I'm going to read a portion under

15  where Michelle Dipp is speaking.

16                 "So, Andrew, a great question,

17  as always, and I'm glad you asked it, because

18  one of the things that we haven't talked

19  about yet is the global registry.

20                 "So we have started to collect

21  data similar to what you saw in the case

22  studies, and that goes into an international

23  registry and is actually the first

24  international registry of its kind."
```

1      A     The lack of SAEs and then,

2  additionally, you probably could get some --

3  again, this is speculation, but you could get

4  some input as to safety in terms of looking

5  at things like all of the other details that

6  you put forth, like fertilization rates,

7  progression of blast, et cetera.

8      Q     So on December 17, 2014, what data

9  did OvaScience have to show that AUGMENT was

10  safe?

11      A     As of that specific point in time,

12  I'm not positive what data we had, but what I

13  do know is that, given we've performed a

14  retrospective analysis of all -- again, that

15  independent safety report of all the AUGMENT

16  treatment cycles, and no SAEs were

17  attributable to AUGMENT, then what I can

18  conclude from that is, as of December 14 or

19  December 17, 2014, we were not -- we were in

20  possession of the same, that of the AUGMENT

21  cycles that had been performed, no SAEs had

22  been attributed to the use of AUGMENT.

23      Q     As of December 17, 2014, what data

24  did you have to show that AUGMENT is

Page 216

1  effective?

2      A    So, I mean, you can look to -- and,

3  again, we didn't unduly focus on -- on this,

4  but we did have case studies showing

5  pregnancies.  We presented that at the

6  investor day.

7                    But, again, given when the

8  biopsies were taken and the duration of

9  period for processing and everything else,

10 I'm not sure we had significantly more data

11 than that.  In fact, I don't think we did

12 have significantly more data than that.

13                    MR. ECONOMIDES:  I'd like mark

14 OvaScience Exhibit 8.  It's Bates Nos. 15881

15 through 15892, "Commercial forecast - P&L

16 only as of November 7, 2014."

17                    (Exhibit 8 marked for

18 identification.)

19 BY MR. ECONOMIDES:

20     Q    Due to the way that these were

21 printed, the Bates number doesn't appear

22 either because it was native or image, one or

23 the other, but we have a clear record which

24 one they are.  They can be cross-referenced