# EXHIBIT 21

| | |
|---|---|
| From: | Richard Spector [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CC45C30C8C2A4BCFA32474E6CE891BDB-RSPECTOR] |
| Sent: | 12/16/2014 12:19:26 AM |
| To: | Michelle Dipp [mdipp@ovascience.com] |
| CC: | David Harding [dharding@ovascience.com]; Ryan Barrett [rbarrett@ovascience.com] |
| Subject: | Fwd: Ovascience |

FYI. See below.

If I read this correctly, Ian is not asking that I be on the call. Regardless, I will make myself available to the entire UK team to support this effort. I will ping Ian to let him know I can be available for his call. Positive movement forward indeed!!!!

Richard

Begin forwarded message:

> **From:** Ian Thomson <Ian.Thomson@carefertility.com>
> **Date:** December 16, 2014 at 2:29:30 AM GMT+4
> **To:** Wanda Georgiades <Wanda.Georgiades@carefertility.com>, Alison Weatherall <Alison.Weatherall@carefertility.com>, Craig Cameron <Craig.Cameron@carefertility.com>
> **Cc:** Richard Spector <rspector@ovascience.com>
> **Subject: Ovascience**
>
> Dear All
>        I am delighted to confirm SF will be signing Ovascience agreements either tonight or in the morning. They believe and we clearly hope for significant interest from the public in this exciting new technology. Currently I believe it is likely to be late February/early march before treatment is available as we will need to build the facility(Manchester) and get regulatory approval. However there is much to do and I think it would be good to tee up a conference call on Wednesday to begin the process. Ideally 9pm would suit me so that we can then liaise with Richard later to move things forward. Please confirm ok and I will get Rebecca to circulate details.
>             Regards
>                Ian
>
>
> **Ian S Thomson**
> Director Of Operations
> D : + 44 (0) 771 484 4851



> CARE Fertility Group
> T : + 44 (0) 115 852 8100
> F : + 44 (0) 115 852 8192
> W : www.carefertility.com
>
> *************************************************************************
> This E-Mail is confidential and is intended for the addressee only. If you are not the intended recipient, you must not disclose or use the information contained in it. If you received this e-Mail in error, please contact the sender immediately and delete the document. This e-Mail is for information purposes only and is not intended to be relied upon or used as a substitute for the medical advice of physicians. Specific advice should always be sought on any individual matter,

in particular matters relating to the addressee's health and any symptoms that may require diagnosis or medical attention.
****************************************************************************

Centres for Assisted Reproduction Limited (no. 03328039), CARE (Sheffield) Limited (no. 04145167), CARE Fertility (Northampton) Limited (no. 03083989), CARE Fertility (London) Limited (no. 08529488), South East Fertility Clinic Limited (no. 06546136), Centre for Reproductive Medicine Limited (no. 03295082), and CARE Fertility Group Limited (no. 05423241) are wholly owned subsidiaries of CARE Fertility Holdings Ltd (no. 08102663). These companies are registered in England and have a Registered Office at John Webster House, 6 Lawrence Drive, Nottingham Business Park, Nottingham, NG8 6PZ. CARE is a trading name for Centres for Assisted Reproduction Ltd.

Confidential
OVAS_1288150