# EXHIBIT 22

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240,
Cambridge, MA 02142



9 March 2015

Dear Michelle,

**OvaScience: 'Augment' treatment**

We had a useful meeting on 9 February where you and colleagues explained the work of OvaScience and the three new treatments you are developing. Of these, 'Augment' is clearly the most advanced and the CARE group have expressed an interest in offering it to patients in the UK. It is attracting some attention and comment and I want to be as clear as possible about the HFEA's current position.

On the basis of the evidence we have seen so far, both the HFEA and the Department of Health are of the view that 'Augment' would not be lawful in the UK under the HFE Act. In saying this, I should make it clear that neither you nor the CARE group have asked us for a formal view and it may be that further and different evidence would cause us to revisit that opinion. But for the moment, it is our view that no licensed fertility clinics in the UK should be offering this treatment.

When we met you said that OvaScience had advice from a UK lawyer on this issue that was different from our position. We offered to consider that legal opinion if you wanted us to. As I am sure you know from your own experience, it is not unusual for lawyers to form different opinions on the law, but, at the risk of saying the obvious, it is the HFEA that needs to be satisfied that any treatment were lawful (and approved as an authorised process: http://www.hfea.gov.uk/139.html) before a licensed clinic could offer it in the UK.

The Mitochondrial Donation Regulations 2015 that were passed last month by Parliament and which come into force on 29 October this year are not relevant to 'Augment', as I hope we made clear when we met. Those regulations legalise two specific techniques – maternal spindle transfer and pronuclear transfer - for the avoidance of serious mitochondrial disease. Our understanding is that 'Augment' is designed to assist women with fertility problems. I understand Arthur Tzianabos spoke at the recent UAE Reproductive Symposium and it is reported that he said that the Mitochondrial Donation Regulations would allow treatments like 'Augment'. I don't know if that report is correct, but I would be grateful if you could ensure that all OvaScience spokesmen and women are clear that these Regulations would not enable 'Augment' to be offered for treatment in the UK.

In saying all this I want to assure you that the HFEA is not against the introduction of new treatments that might provide women with the chance of a much wanted child. But I'm sure you would agree that those treatments must be lawful, safe and effective. We have not yet seen enough evidence to conclude that 'Augment' meets those essential requirements.



Human Fertilisation and Embryology Authority

Finsbury Tower, 103-105 Bunhill Row, London EC1Y 8HF
Telephone: 020 7291 8200  |  Fax: 020 7291 8201
**Chair:** Sally Cheshire  |  **Chief Executive:** Peter Thompson

www.hfea.gov.uk



I have written today to Simon Fishel at the CARE group in similar terms.

I hope this is helpful and I am very happy to continue discussions about 'Augment' and other treatments that OvaScience is developing.

Yours sincerely,

Nick Jones
Director of Compliance and Information



Human Fertilisation and Embryology Authority

Finsbury Tower, 103-105 Bunhill Row, London EC1Y 8HF
Telephone: 020 7291 8200  |  Fax: 020 7291 8201

**Chair:** Sally Cheshire  |  **Chief Executive:** Peter Thompson

www.hfea.gov.uk

Confidential

OVAS_0007459