# EXHIBIT 23

| From: | Ryan Barrett [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0E74F0472BDD4AA3B0C4B7244CA1D3EA-RBARRETT] |
| Sent: | 3/8/2016 3:08:08 PM |
| To: | Castle, Grant [gcastle@cov.com]; Blaney, Robin [RBlaney@cov.com] |
| CC: | Michelle Dipp [mdipp@ovascience.com] |
| Subject: | FW: Augment - consideration of lawfulness |
| Importance: | High |

*Confidential. Privileged.*

Hey Robin and Grant,

Ryan

*Ryan Barrett*
*Vice President & Senior Corporate Counsel*

OvaScience, Inc.
Nine 4th Avenue
Waltham, MA  02451
Direct Dial: (617) 420-8669
Cell: (617) 780-2464



**From:** Peter Thompson [mailto:Peter.Thompson@HFEA.GOV.UK]
**Sent:** Tuesday, March 8, 2016 9:43 AM
**To:** Ryan Barrett <rbarrett@ovascience.com>
**Cc:** Catherine Drennan <Catherine.Drennan@HFEA.GOV.UK>; Joanne McAlpine <Joanne.McAlpine@HFEA.GOV.UK>; Michelle Dipp <mdipp@ovascience.com>
**Subject:** Augment - consideration of lawfulness
**Importance:** High

Dear Ryan,

I write further to my letter to you of 22 February 2016 and your email response of 24 February.

As agreed, I have shared your analysis of 10 November 2015 with the Department of Health. In response, they have provided me with their legal view of the Augment process. This will comprise one of the papers that will be considered by the Authority's sub-committee on 23 March.

This email is to share (in confidence) the Department's legal view and to provide you with the opportunity to make any submissions on that advice, should you wish. Any submissions should be sent to Catherine Drennan no later than 4pm (London time) on 14 March 2016.

I hope that is clear.

Yours sincerely,

Peter

OVAS_1255530

Peter Thompson
Chief Executive

**Human Fertilisation and Embryology Authority**
Telephone: 020 7291 8211
Website: www.hfea.gov.uk

On 11 April 2016 we will be moving to our new offices at:
10 Spring Gardens
London
SW1A 2BU

"CONFIDENTIALITY

This e-mail may contain privileged and confidential information. The information in this
email, and any attached documents, is intended for the exclusive use of the addressee(s).
If you are not the addressee, any use of this information, and any attached documents, is
unauthorised and prohibited. If you receive this email in error, please inform the sender
immediately, and do not copy, distribute or take any action in reliance upon it."

This email and any attachments are for the sole use of the intended recipients and may be privileged or
confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not an intended
recipient, please contact the sender immediately, and permanently delete this email and attachments.

OVAS_1255531