# EXHIBIT 25

## ACE Dashboard (30 Dec 14)

| Region | Site | Contracts/ Legal | Site Setup & Qual | Feasibility Runs Complete | 1st Patient Biopsy | 1st Patient AUGMENT | Preceptorship Complete | Risks/Mitigations — Risk | Risks/Mitigations — Mitigation | General Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Canada | TCART | ✓ | ✓ | ✓ | ✓ | ✓ | 42% (22/52) | | | |
| Canada | Hannam | On Hold. Timing will be updated based on new timing from Commercial team | | | | | - | | | Contract is being reviewed by Joint Legal Teams. Internal project team working to identify a slot for site setup and qualification. |
| Turkey | GenART | ✓ | ✓ | ✓ | ✓ | ✓ | 45% (14/31) | | | Preceptorship number currently stand at 31. Hard stop for preceptorship is 40 on or before 1/12/15. GOP and Ankara biopsies being processed through GenART |
| Turkey | GOP | ✓ | BIOP Equipment only. Target is 1st Half Jan '15 | N/A; Runs done at GenArt | Target Date: 2nd Half Jan '15 | Target Date: 1st Half Mar '15 | | | | |
| Dubai | Fakih IVF | ✓ | ✓ | ✓ | ✓ | ✓ | 23% (21/91) | | | Patient processing ongoing. Targeting 4 AUGMENT procedures per week. |
| Australia | Clinic TBD | Discussions ongoing - updating timing TBD | | | | | - | | | |
| Spain | IVI | Discussions ongoing - updating timing TBD | | | | | - | | | |
| UK | CARE | ✓ | Commercial and Ops teams working together to start site setup ASAP | | | | - | Risks will be updated following finalized timing for site setup | | Contract is signed. Site visit is scheduled for early January to establisn site set up plan. |
| Japan | TBD | Discussions ongoing - updating timing TBD | | | | | - | | | LOI has been signed. Contract signature in Q2 2015 (contract signature tied to IRB approval which is slated for April '15) |

Draft, Proprietary & Confidential

OvaScience — Improving Fertility Through Science

1

Confidential    OVAS_0032121

## ACE Dashboard (30 Dec 14)

**BIOPSY**

| Month | Total | | | Cumulative | | | |
|---|---|---|---|---|---|---|---|
| | Forecast | Scheduled | Complete | Forecast | Re-Forecast | Scheduled | Complete |
| April | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| May | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| June | 4 | 4 | 4 | 23 | 16 | 16 | 16 |
| July | 6 | 7 | 7 | 30 | 22 | 23 | 23 |
| August | 7 | 6 | 6 | 49 | 29 | 29 | 29 |
| September | 7 | 7 | 7 | 76 | 36 | 36 | 36 |
| October | 67 | 62 | 62 | 101 | 103 | 98 | 98 |
| November | 67 | 62 | 62 | 129 | 170 | 160 | 160 |
| December | 27 | 8 | 8 | 160 | 197 | 168 | 168 |

**AUGMENT**

| Month | Total | | | Cumulative | | | |
|---|---|---|---|---|---|---|---|
| | Forecast | Targeted | Complete | Forecast | Re-Forecast | Targeted | Complete |
| April | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| May | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| June | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| July | 2 | 1 | 1 | 10 | 2 | 1 | 1 |
| August | 6 | 8 | 8 | 18 | 8 | 9 | 9 |
| September | 10 | 5 | 5 | 23 | 18 | 14 | 14 |
| October | 4 | 7 | 6 | 39 | 22 | 21 | 20 |
| November | 10 | 13 | 12 | 56 | 32 | 34 | 32 |
| December | 14 | 27 | 25 | 78 | 46 | 61 | 57 |

Note: Term "Target" is used for AUGMENT due to the fact that the patient's cycle is sometimes unpredictable



Draft, Proprietary & Confidential



Confidential  OVAS_0032123

## AUGMENT Treatment Update (30 Dec 14)

- AUGMENT Cycles to Date: 50
- Cycle Fertilization Rate: 90% (45/50)
    - Defined as Cycle resulting in Normal Fertilization of least 1 AUGMENTED Egg
- Number of Embryo Transfers: 28
- Pregnancy Rate per AUGMENT: TEC (Total Number of Pos Preg Tests = 5)
    - An AUGMENT cycle could include multiple Embryo Transfers
- Clinical Pregnancy Rate per Transfer: TEC
    - (Total number of Ongoing Clinical Pregnancies = 2)
        - Clinical Pregnancy is defined as intrauterine pregnancy with fetal heartbeat diagnosed by ultrasound
- Ongoing Clinical Pregnancy Rate per AUGMENT: TEC
    - (Total number of Ongoing Clinical Pregnancies = 2)
        - Ongoing Clinical Pregnancy defined as pregnancies progressing past 12 weeks
- Pregnancy Rate per Frozen Embryo Transfer: TEC
    - (Total number of Pos Preg Tests = 2)
- Pending Embryo Transfers: 10

● **2015 Projections**
- Target Biopsies: 1213
- Target AUGMENTs: 793

TEC = Too Early to Calc      Draft, Proprietary & Confidential

OvaScience
Improving Fertility Through Science

4

## AUGMENT Status Update

- **Completed**
    - Biopsies:
    - AUGMENTs:
    - Embryo Transfers:
    - Positive Pregnancy Tests:
    - On-Going Clinical Pregnancies:
    - Live Births:
- **Pending**
    - Pending Biopsies:
    - Pending AUGMENTs:
    - Pending Embryo Transfers:
    - Pending Pregnancy Tests:

Draft, Proprietary & Confidential

OvaScience
Improving Fertility Through Science

5

Confidential                                                                                                                                                OVAS_0032125

## AUGMENT Cycles by Site (30 Dec 14)

### Fakih
- AUGMENT Cycles to Date: 17
- Cycle Fertilization Rate: 82% (14/17)
- Embryo Transfers: 7
- Pregnancy Rate per AUG: Pos Preg Test = 2
- Pregnancy Rate per Frozen Embryo Transfer: N/A
- Clinical Pregnancy Rate per Transfer: CP = 1
- Ongoing Clinical Pregnancy Rate per AUG: OCP = 0
- Pending Embryo Transfers: 5
- 2015 Projections
  - Target Biopsies: 250
  - Target AUGMENTs: 200

### TCART
- AUGMENT Cycles to Date: 20
- Cycle Fertilization Rate: 95% (19/20)
- Embryo Transfers: 11
- Pregnancy Rate per AUG: Pos Preg Test = 2
- Pregnancy Rate per Frozen Embryo Transfer:
  - Pos Preg Test = 1
- Clinical Pregnancy Rate per Transfer: CP = 2
- Ongoing Clinical Pregnancy Rate per AUG: OCP = 1
- Pending Embryo Transfers: 5
- 2015 Projections
  - Target Biopsies: 187
  - Target AUGMENTs: 152

### Turkey
- AUGMENT Cycles to Date: 13
- Cycle Fertilization Rate: 92% (12/13)
- Embryo Transfers: 10
- Pregnancy Rate per AUG: Pos Preg Test = 1
- Pregnancy Rate per Frozen Embryo Transfer: TEC
  - Pos Preg Test = 1
- Clinical Pregnancy Rate per Transfer: CP = 1
- Ongoing Clinical Pregnancy Rate per AUG: OCP = 1
- Pending Embryo Transfers: 0
- 2015 Projections *Includes (GenART, Ankara, GOP)*
  - Target Biopsies: 120
  - Target AUGMENTs: 90

### TBD
- AUGMENT Cycles to Date:
- Cycle Fertilization Rate: X of Y AUG Cycles
- Pregnancy Rate per AUG: X of Y
- Pregnancy Rate per Frozen Embryo Transfer: X of Y
- Clinical Pregnancy Rate per Transfer: X of Y
- Ongoing Clinical Pregnancy Rate per AUG: X of Y
- 2015 Projections
  - Target Biopsies:
  - Target AUGMENTs:

OvaScience — Improving Fertility Through Science

Draft, Proprietary & Confidential      6

Confidential      OVAS_0032126