# EXHIBIT 26

**From**: Josh Penzias [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29FEC7DD963847518AC905F6D8DAF87F-JPENZIAS]
**Sent**: 1/9/2015 8:37:57 PM
**To**: Richard Spector [rspector@ovascience.com]
**Subject**: Commercial Patient Tracking

Hi Richard,

I have attached the updated patient tracking grid. TCART has received a ton of inquiries since the announcement.

Additionally, I was wondering what is up with GenART. I know they initially were granted some amount of preceptorship patients then were granted even more when the GOP Hospital thing happened.
I was wondering if we consider Gen-ART and GOP the same entity since they have the same docs? Does this mean that the Gen-ART doctors (who are also affiliated with GOP Hospital), are able to get more patients in free of charge?
This is something that can wait until next week when you get back, but I thought I'd let you know what's on my mind.

Best,
Josh


Joshua Penzias
Sales Operations Associate
OvaScience
215 First Street, Suite 240
Cambridge, MA  02142
jpenzias@ovascience.com
www.ovascience.com

Confidential
OVAS_1040898

Document Produced in Native Format

Confidential

OVAS_1040899

Document Produced in Native Format

Confidential

OVAS_1040899

| Account | Account Manager | Commercial Inquiries | Commercial Patients Identified | Commercial Biopsies Performed | Commercial Patient Invoices Sent | Commercial Payment Received |
|---|---|---|---|---|---|---|
| TCART | Richard | ~ 127 | 1 (Presumably) | 0 | 0 | 0 |
| Gen-ART | Richard | 11 | 3 (1 is considered Short-Term Probable) | 0 | 0 | 0 |
| Fakih IVF | Richard | 10 | 1 | 1 | 1 | 0 |