# EXHIBIT 27



Confidential

## Executive summary

- Pipeline of new ACE clinics is strong but pace of conversion and implementation needs to be accelerated (CARE, IVI, IVF Japan, other Canadian clinics) while the top of the funnel needs to be filled in Asia and Australia to meet annual goals.  New lead generation can be accomplished at upcoming scientific meetings (SRI, COGI, ESHRE)

- For existing ACE clinics, inquiry flow at the top of the funnel has been modest and conversion from inquiry to patient qualification has been slow.  Additional marketing activities are required to stimulate initial inquiries and more robust evidence is required to convert inquiries into patients

- New marketing activities have been initiated to drive initial demand and conversion and upcoming clinical experience publications will be critical evidence for attracting and converting additional patients

OvaScience®
Improving Fertility Through Science

2

OVAS_0108565



OVAS_0108566



OVAS_0108567



## Hannam IVF (Canada)

**Next Steps**
- Overcome Regulatory Objections (Ryan)
- Sign Commercial Agreements
- Lab Setup
- Surgical Procedure/ Lab Ops Certification

**Target Live Date**
- 4/1/15 (Biopsies)
- 5/1/15 (Tissue Processing)

**Key Milestones**
- 20 Preceptorship Cycles Completed in Q3
- 50 AUGMENTs Completed in 2015
- 70 Patient Cycles Started in 2015

## IVI Spain (Spain/Portugal)

**Next Steps**
- LOI/Term Sheet Review
- Sign Commercial Agreements
- Lab Setup
- Surgical Procedure/ Lab Ops Certification

**Target Live Date**
- 5/1/15 (Biopsies)
- 6/1/15 (Tissue Processing)

**Key Milestones**
- 20 Preceptorship Cycles Completed in Q3
- Preceptorship Finished Q3
- 100+ Biopsies Completed in 2015
- 50-75 AUGMENT Cycles Completed in 2015

Improving Fertility Through Science

5

Confidential

OVAS_0108568



Confidential

OVAS_0108569

## Key action items to improve ACE Clinic Development Funnel

- CARE (UK) – provide regulatory comfort and stop waiting for HFEA, provide Canada data, accelerate lab build out, visit by Michelle

- IVF Japan – Provide additional mouse data and Canada data, execute site preparation visit (Feb)

- Canadian clinics – continue to drive through legal processes

- IVI – provide Canada clinical experience to speed IRB process, initial site visit scheduled for mid-Feb

- Asia/Australia – aggressively pursue Growing Generations through legal process and site qualification; execute market study for Australia and reawaken cold leads

- Drive new clinic demand through lead generation at SRI and COGI with clinical papers (and ultimately through ESHRE)

OvaScience®
Improving Fertility Through Science

7

OVAS_0108570

## Current Commercial Activity Snapshot

| Account | Questionnaires Received | Advanced Screening | Qualify for Consult | Physician to Patient Consults | Identified for Treatment (Biopsy Pending) | Invoice Sent |
|---|---|---|---|---|---|---|
| TCART | 101 | 26 | 11 | 11 | 1 | 0 |
| Gen-ART | 46 | 5 | 4 | 2 | 0 | 0 |
| Fakih IVF | 21 | 7 | 4 | 3 | 3 | 1 |
| Total | 168 | 38 | 19 | 16 | 4 | 1 |



8

OVAS_0108571



Confidential

OVAS_0108572



## Gen-ART Conversion Rate Analysis
**Number of patients (% converting to next stage)**

| Account | Questionnaires Received | Advanced Screening | Qualify for Consult | Identified for Treatment (Biopsy Pending) |
|---|---|---|---|---|
| Gen-ART | 46 | 5 (11%) | 4 (80%) | 0 (0%) |

5/9 of initial inquiries don't respond after ACE coordinator follow-up

1/9 of initial inquiries move on to Advanced Screening

1/3 of initial inquiries do not qualify for AUGMENT

OvaScience
Improving Fertility Through Science

10

Confidential



**Fakih Conversion Rate Analysis**
**Number of patients (% converting to next stage)**

| Account | Questionnaires Received | Advanced Screening | Qualify for Consult | Identified for Treatment (Biopsy Pending) |
|---|---|---|---|---|
| Fakih IVF | 21 | 7 (33.3%) | 4 (57%) | 3 (75%) |

1/3 of initial inquiries don't respond after ACE coordinator follow-up

1/3 of initial inquiries do not qualify for AUGMENT

1/3 of initial inquiries move on to Advanced Screening

OvaScience
*Improving Fertility Through Science*

11

OVAS_0108574

## Top issues to resolve in patient conversion pipeline

- How can we drive more patients into the first stage of the pipeline (initial inquiry)

- Are there better tactics we can deploy to ensure better response to initial follow-up

- How can we get more patients to convert to initial consult

- How can we speed the process of consult to biopsy



12

OVAS_0108575



# Marketing Activities

|  | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **Existing Material** | • Hard copy material look and feel update<br>• Language translations Arabic, Spanish, Turkish(Website, Content capsule) | • Language translations (Japanese, French) | • Updated messaging and material | |
| **Patient Demand Generation** | • SEO | • Physician to patient discussion guide and outreach kit | • Launch of Egg Health<br>• SEM campaign | • Patient ambassador experiences |
| **Clinic Support** | • Co-marketing campaigns<br>• Referring physician support material<br>• Site specific case studies | • In-office promotion materials | • Physician portal | |
| **Meetings** | UAE Reproductive Symposium | SRI, IVI Congress, IFFS Japan, COGI, ESHRE | CFAS | ASRM |

☐ Accelerated activities

Draft, Proprietary & Confidential

**OvaScience**®
Improving Fertility Through Science

13

Confidential

## New approaches to pricing may be necessary until initial clinical experiences are published

- Volume-based rebates (e.g. buy 10, get one free) are simple but compromise overall pricing strategy

- Introductory pricing (discount for month of February) will drive volumes but conditions clinics to default to pricing issues and expect discounting in future

- Rebates with committed co-marketing funds (e.g. sell 10 AUGMENT at full price and receive marketing funds of $15k) have several benefits
  - Preserves overall pricing integrity
  - Creates powerful incentive for clinic to drive volume
  - Introduces more patients into the pipeline via additional clinic-driven marketing activities for AUGMENT



14

OVAS_0108577



# Clinical Evidence Execution Plan - DRAFT

Green= published, peer-reviewed content

1. Publish early patient experiences → 2. Publish small-cohort experiences → 3. Share initial registry results → 4. Publish registry outcomes → 5. Establish long-term data

| Evidence type | Q1 2015 | Q2 2015 | Q3 2015 | Q4 2015 | 1st half 2016 |
|---|---|---|---|---|---|
| Analogous studies | • Analogous human tx (e.g. 3rd-party mito transfer, cytoplasm transfer - Chappel) <br> • AUGMENT mouse live birth | • Recent study from Justin St. John <br> • AUGMENT Pig live birth | • AUGMENT mouse and pig live birth | • TBD with R&D team | • TBD with R&D team |
| OVAS white paper, IR or PR event | • Summary of prior analogous human, animal, safety studies (e.g. Chappel paper) <br> • JP Morgan pres. <br> • Registry goals and launch announcement | • Initial enrollment data for registry <br> • Initial 60+ pt. registry data <br> • Initial live birth(s) | • Results of 60+ initial registry pts <br> • Additional live births | • Initial 200+ (?) pt. data <br> • OVAS investor day | • Results of 200+ registry patients <br> • JP Morgan pres. |
| Patient case studies | • GENART, TCART <br> • Fakih | • CARE, Hannam | • IVF Japan, IVI, Singapore, First Steps | • Other new clinics as available | • Other new clinics as available |

OvaScience®
Improving Fertility Through Science

Draft, Proprietary & Confidential

15

OVAS_0108578

## Clinical Evidence Execution Plan (continued) – DRAFT

Green= published, peer-reviewed content

1. Publish early patient experiences
2. Publish small-cohort experiences
3. Share initial registry results
4. Publish registry outcomes
5. Establish long-term data

| Evidence type | Q1 2015 | Q2 2015 | Q3 2015 | Q4 2015 | 1st half 2016 |
|---|---|---|---|---|---|
| Individual clinic studies | • GenArt small-cohort (SGI abstract) <br> • TCART small-cohort (SGI abstract) | • GenArt and TCART small-cohort <br> • Fakih small-cohort | • CARE, Hannam small <br> • Fakih small | • IVF Japan, IVI, Singapore, First Steps small <br> • CARE, Hannam small | • GenArt, TCART, Fakih large <br> • IVF Japan, IVI, Sing., First Steps small |
| Multi-clinic summaries | • None | • 3-clinic results | • 3-clinic results | • 5-clinic results | • 5-clinic results <br> • 9-clinic results |
| Registry | • Goals/size of registry | • Initial 60+ pt. experience (late in Q) | • Initial 60+ pt. experience (late in Q) | • 200+ pt. experience | • 200+ pt. experience <br> • Fully-enrolled patient data |
| Key abstract submission deadlines | • ESHRE – 1/14 <br> • SRI – 2/4 <br> • COGI Innovation- 2/10 <br> • ASPIRE- TBD (2016) | • ASRM- June/July (TBD) <br> • Germinal Cell Biology- 5/3 | • APGO <br> • Best of ASRM and ESHRE <br> • World Congress on Human Reproduction <br> • Royal College of Obstetricians and Gynecologists <br> • ACOG, EBCOG <br> • SGI | | • ESHRE <br> • ASRM <br> • SSR |
| Key meetings | • UK Fertility – 1/7 <br> • Workshop on Dev of Repro Organs – 2/14 <br> • UAE Repro Syposium – 2/25 | • SRI – 3/25 <br> • IVI Congress – 4/23 <br> • Japanese Soc. of Repro Med – 4/26 <br> • COGI - 5/14 <br> • ESHRE – 6/14 | | • CFAS – 10/1 <br> • ASRM – 10/18 | |

Draft, Proprietary & Confidential

16

ESHRE: European Society of Human Reproduction and Embryology
SGI: Society for Gynecologic Investigation; recently renamed Society for Reproductive Investigation (SRI)
COGI Innovation: COGI Innovation in Reproductive Medicine
ASPIRE: Asian Pacific Initiative on Reproduction
ASRM: American Society of Reproductive Medicine
Germinal Cell Biology: Gordon Research Conference of Germinal Cell Biology
COGI Controversies: COGI World Congress on Controversies in Obstetrics, Gynecology and Infertility
SSR: Society for the Study of Reproduction
APGO: Association of Professors of Gynecology and Obstetrics
ACOG: American Congress of Obstetricians and Gynecologists
EBCOG: European Board and College of Obstetrics and Gynaecology

OVAS_0108579