# COMPOSITE EXHIBIT 28

## AUGMENT Status Update (2/20/15)

| | Completed Activities | | | | | | | Pending | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Biopsies | AUGs | Embryo Transfers | Pos Preg Tests | Clinical Preg | On-Going Clin Preg | Live Births | Biopsies | AUGs | Embryo Transfers | Pos Preg Tests |
| TCART | 56 | 24 | 17 | 7 | 3 | 1 | 0 | 9 | 1 | 0 | 0 |
| GenArt | 36 | 17 | 13 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| Fakih | 92 | 36 | 29 | 8 | 4 | 0 | 0 | 0 | 6 | 0 | 0 |
| Total | 184 | 77 | 59 | 17 | 8 | 2 | 0 | 9 | 8 | 0 | 0 |

Current Positive Pregnancies

　　Clinical On-going Pregnancies (assuming no further miscarriages of current pos preg tests): 9

　　　　by Mid April (includes 2 shown in table above)

　　Current number of early pregnancy loss: 5 (defined as rising betas but no sac/HB id'd)

　　Current number of miscarriages: 0 (defined as loss of on-going clinical pregnancy)

Pending Projections:

　　Pending Patients (either cycling or ready to cycle): 83

　　　　Expected AUGMENT complete: All 83 by early May

　　Projected Positive Preg Tests: 34

　　　　Assumptions - 83 embryo transfers, 20% drop off due to lack of stim; 10% drop off due to lack of fert

　　Projected Ongoing Clin Preg: 24

　　Projected Estimated Live Births by YE '15: 15 - 20

OvaScience®
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

Confidential

OVAS_1404433

# Fakih Results

|  | Fakih |  |  |  |
|---|---|---|---|---|
| Avg Age | 34 |  |  |  |
| Min Age | 29 |  |  |  |
| Max Age | 41 |  |  |  |
| Avg # of Failed Cycles | 3 |  |  |  |
| Min # | 1 |  |  |  |
| Max # | 13 |  |  |  |
| Range of Diagnosis |  |  |  |  |

Secondary infertility 3 years (1 baby natural conception)High FSH 15 mIU/ml
Secondary infertility 2 years+Hypothalmic  Amenorrheic
Robertsonism Translocation 45XX &recurrent miscarriages
Anovulatory Severe PCO + oligospermia (3 million)
Secondary Infertilty. Tubal ligation/Tubal factor+ grainy eggs noted from previous cycles
Secondary infertility of one year
idiopathic primary infertility
Primary Infertility 2 yrs PCO, poor embryo division, poor 'outer layer formation' as per physician in SIMS clinic
Ireland



Confidential

## TCART

| | | | TCART | | | |
|---|---|---|---|---|---|---|
| | | Avg Age | 33 | | | |
| | | Min Age | 29 | | | |
| | | Max Age | 37 | | | |
| | Avg # of Failed Cycles | | 2 | | | |
| | | Min # | 1 | | | |
| | | Max # | 3 | | | |
| | Range of Diagnosis | | | | | |
| | unexplained infertility | | | | | |
| | PCOS | | | | | |
| | secondary infertility | | | | | |
| | male factor | | | | | |
| | endometriosis/tubal factor | | | | | |
| | PCOS | | | | | |
| | unexplained | | | | | |

OvaScience®
Improving Fertility Through Science

3

OVAS_1404435

# Gen-ART

|  |  |  | GenART |  |  |
|---|---|---|---|---|---|
|  |  | Avg Age | 40 |  |  |
|  |  | Min Age | 40 |  |  |
|  |  | Max Age | 41 |  |  |
|  |  | Avg # of Failed Cycles | 4 |  |  |
|  |  | Min # | 3 |  |  |
|  |  | Max # | 6 |  |  |
|  |  | Range of Diagnosis |  |  |  |
|  |  |  | DOR |  |  |
|  |  |  | Unexplained |  |  |

OvaScience®
Improving Fertility Through Science

4

OVAS_1404436

## Additional Projections

- To achieve 50 live births
  - Assumptions:
    - 30% of AUGMENT Embryo Transfers will result in positive pregnancy tests
    - 50% of Positive Preg Tests result in live birth
  - 50 Live Births would require 346 AUGMENT Embryo Transfers
    - Note: Current % rates are based on small "N" and are subject to wide variation.
  - Current Status
    - 59 Embryo Transfers complete as of 2/20/15
    - 60 additional Embryo Transfers projected to be completed by early May
      - 83 pts, 20% drop off from lack of stim; additional 10% drop off from lack of fert
    - Assuming Embryo Transfers based on current commercial projections
      - 346 Embryo Transfers would be complete by late Q3 '15
      - Resulting live births would be complete by Late Q2/Early Q3 2016



5

OVAS_1404437

| | |
|---|---|
| **From**: | Chris Meyer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=928D5D1EFF534BA48EDB3434358A50E8-CMEYER] |
| **Sent**: | 3/24/2015 7:51:13 PM |
| **To**: | Arthur Tzianabos [atzianabos@ovascience.com] |
| **Subject**: | Privileged and Confidential: |

**Importance**:   High

 **Privileged and Confidential:**

Per our discussion.

Will shoot to have Fakih previous ivf biochems by COB tomorrow.


Your message is ready to be sent with the following file or link attachments:

Status Update - Current Status Update 20150325


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

OVAS_0086835

## Global AUGMENT Status Update (3/24/15)

| | Completed Activities | | | | | |
|---|---|---|---|---|---|---|
| | Biopsies | AUGs | Embryo Transfers | Pos Preg Tests | Clin/Ongoing Pregnancies | Live Births |
| Site 1 | 64 | 28 | 22 | 11 | 7 | 0 |
| Site 2 | 36 | 18 | 13 | 2 | 1 | 0 |
| Site 3 | 92 | 62 | 46 | 15 | 6 | 0 |
| Total | 192 | 108 | 81 | 28 | 14 | 0 |

Pending Pregnancy Tests to be completed by 3/31/15: 8

Biopsies:
　　　　No adverse events reported to date

AUGMENT/Embryo Transfer:
　　　　No adverse events reported to date

AUGMENT Pregnancy Loss:
　　　　7 early pregnancy losses
　　　　0 miscarriages

Previous IVF History*:
　　　　Biochemical: 18%
　　　　Live Birth Rate: <2%

* Represents entire, positive AUGMENT patient population

Draft, Proprietary & Confidential

OvaScience®
Improving Fertility Through Science

1

OVAS_0086836

## Global AUGMENT Status Update (4/17/15)

| | Completed Activities | | | | | |
|---|---|---|---|---|---|---|
| | Biopsies | AUGs | Embryo Transfers | Pos Preg Tests | Clinical/Ongoing Preg | Live Births |
| TCART | 64 | 33 | 29 | 15 | 9 | 0 |
| GenArt | 36 | 18 | 13 | 2 | 1 | 0 |
| Fakih | 92 | 68 | 51 | 17 | 12 | 0 |
| **Total** | **192** | **119** | **93** | **34** | **21** | **0** |

AUGMENT/Embryo Transfer:

　　　　　No adverse events reported to date

Patients Ready to Cycle: 17

Pending Pregnancy Tests post Embryo Transfers: 2

AUGMENT Early Pregnancy Losses: 11

OvaScience
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

OVAS_0549588

## Global AUGMENT Status Update (5/06/15)

| | Completed Activities | | | | | |
|---|---|---|---|---|---|---|
| | Biopsies | AUGs | Embryo Transfers | Pos Preg Tests | Clinical/Ongoing Preg | Live Births |
| TCART | 68 | 37 | 27 | 15 | 9 | 0 |
| GenArt | 36 | 18 | 14 | 2 | 1 | 0 |
| Fakih | 92 | 75 | 52 | 18 | 12 | 0 |
| Total | 196 | 130 | 93 | 35 | 22 | 0 |

AUGMENT/Embryo Transfer:

No adverse events reported to date

Patients Ready to Cycle: 21

Pending Pregnancy Tests post Embryo Transfers: 9

AUGMENT Early Pregnancy Losses: 13

Draft, Proprietary & Confidential

OvaScience
Improving Fertility Through Science

1

Confidential

OVAS_0549833

## Global AUGMENT Status Update (5/12/15)

| | Completed Activities | | | | | |
|---|---|---|---|---|---|---|
| | Biopsies | AUGs | Embryo Transfers | Pos Preg Tests | Clinical/Ongoing Preg | Live Births |
| TCART | 68 | 35 | 27 | 15 | 8 | 1 |
| GenArt | 36 | 18 | 14 | 2 | 1 | 0 |
| Fakih | 92 | 76 | 54 | 18 | 12 | 0 |
| Total | 196 | 129 | 95 | 35 | 21 | 1 |

AUGMENT/Embryo Transfer:
     No adverse events reported to date

AUGMENT Early Pregnancy Losses: 13

On track for 21 live births by YE '15

Draft, Proprietary & Confidential

**OvaScience**
Improving Fertility Through Science

1

Confidential

OVAS_0549917

| From: | Arthur Tzianabos [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B479C3975F284A1EB2B801377EA7761A-ATZIANABOS] |
|---|---|
| Sent: | 9/25/2015 7:01:01 PM |
| To: | Jeffrey Young [jyoung@ovascience.com] |
| Subject: | FW: Per our discussion |

Arthur Tzianabos, PhD
President
OvaScience
atzianabos@ovascience.com
www.ovascience.com

**From:** Chris Meyer
**Sent:** Friday, September 25, 2015 2:28 PM
**To:** Arthur Tzianabos <atzianabos@ovascience.com>
**Subject:** Per our discussion

Here you go.  I'll give you a call to walk through it.

Numbers below represent the current AUGMENT history to date (9/24/15)

| | | | Completed Activities | | | | |
|---|---|---|---|---|---|---|---|
| | Biopsies | AUGs | Embryo Transfers | Pos Preg Tests | Clinical/Ongoing Preg | Live Births | # of Babies |
| TCART | 74 | 40 | 45 | 22 | 10 | 3 | 4 |
| GenArt | 36 | 23 | 15 | 4 | 1 | 1 | 1 |
| Fakih | 94 | 79 | 46 | 22 | 15 | 3 | 5 |
| **Total** | **204** | **142** | **106** | **48** | **26** | **7** | **10** |

Here are the commercial numbers which include all activities through the end of Sept '15

Fakih Commercial AUGMENT is from a
  December 2014 biopsy (so we still
have 2 treatments to complete there)

| YTD Commercial Activity | | | |
|---|---|---|---|
| Country | Clinic | Biopsy | AUGMENT |
| Canada | TCART | 24 | 6 |
| Canada | First Steps Fertility | 8 | 1 |
| | Canada Total | 32 | 7 |
| Turkey | Gen-ART + GOP | 0 | 0 |
| UAE | Fakih IVF | 2 | 1 |
| **Overall Total** | | **34** | **8** |

| Q3 Commercial Activity | | | | | |
|---|---|---|---|---|---|
| Country | Clinic | Procedure | July | August | Sep |
| Canada | TCART | Biopsy | 2 | 4 | |
| Canada | TCART | AUGMENT | 2 | 1 | |
| Canada | First Steps Fertility | Biopsy | 0 | 2 | |
| Canada | First Steps Fertility | AUGMENT | 0 | 0 | |
| Canada Total | | Biopsy | 2 | 6 | |
| Canada Total | | AUGMENT | 2 | 1 | |
| Turkey | Gen-ART + GOP | All | 0 | 0 | |
| UAE | Fakih IVF | Biopsy | 0 | 0 | |

OVAS_0039612

| UAE | Fakih IVF | AUGMENT | 0 | 0 |
|---|---|---|---|---|
| **Biopsy Total** | | | **2** | **6** |
| **AUGMENT Total** | | | **2** | **1** |

Christopher Meyer
Director, Program and Alliance Management
OvaScience, Inc.
215 First Street, Suite 240
Cambridge, MA 02142
(o) 857-259-3869
(c) 508-472-8235
www.ovascience.com
cmeyer@ovascience.com

OVAS_0039613