# COMPOSITE EXHIBIT 30

**From**: Deborah Myers [deborahm@tcart.ca]
**Sent**: 1/9/2015 5:44:19 PM
**To**: Josh Penzias [jpenzias@ovascience.com]
**CC**: Richard Spector [rspector@ovascience.com]; Jennifer Wardrop [jenniferw@tcart.ca]; Robert F. Casper [rcasper@tcart.ca]
**Subject**: RE: Commercial Patient Count

Gentleman, here is the latest update surrounding requests received from December 17 to January 5th, 2015

1.      127 received requests ….of those 71 have completed questionnaires + 56 have sent individual emails ( of those 56 individual emails many have completed the questionnaire hence, some crossover )
2.      Of the 71 questionnaires the average age is :
o       43
o       15 under the age of 40
o       26 are over the age of 45
o       4 over 50

Since Jan 5 we have averaged 2 to 3 requests per day + 2 phone calls ( covered off in the email request previously )

Best
Deborah



...........................................
**DEBORAH MYERS** M.Mgt, CCPE
Director of Operations

**TCART FERTILITY PARTNERS**
150 Bloor Street West, Suite 210
Toronto, ON  M5S 2X9
**T** 416.972.0110 ext 272
**F** 416.972.0036
deborahm@tcart.ca

Visit our website @
www.tcart.ca

 

**Notice of Confidentiality:**
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review re-transmission dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.  If you received this in error please contact the sender immediately by return electronic transmission and then immediately delete this transmission including all attachments without copying distributing or disclosing same.

**From:** Josh Penzias [mailto:jpenzias@ovascience.com]
**Sent:** Friday, January 9, 2015 12:26 PM
**To:** Deborah Myers
**Cc:** Richard Spector
**Subject:** RE: Commercial Patient Count

Hi Deborah,

Have you had a chance to discuss the commercial patient pipeline with the rest of the group yet?
Hope you are all staying warm up north!

OVAS_0635046

Best,
Josh


Joshua Penzias
Sales Operations Associate

215 First Street, Suite 240
Cambridge, MA  02142
jpenzias@ovascience.com
www.ovascience.com

---

**From:** Deborah Myers [mailto:deborahm@tcart.ca]
**Sent:** Wednesday, January 07, 2015 10:55 AM
**To:** Josh Penzias
**Cc:** Richard Spector
**Subject:** RE: Commercial Patient Count

Hi Josh we are meeting later today as a group to review.  I will need to circle back to you tomorrow in the afternoon please.
Thanks Deborah


# tcart
FERTILITY PARTNERS
...............................................
DEBORAH MYERS M.Mgt, CCPE
Director of Operations

TCART FERTILITY PARTNERS
150 Bloor Street West, Suite 210
Toronto, ON  M5S 2X9
**T** 416.972.0110 ext 272
**F** 416.972.0036
deborahm@tcart.ca

Visit our website @
www.tcart.ca

 

**Notice of Confidentiality:**
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review re-transmission dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.  If you received this in error please contact the sender immediately by return electronic transmission and then immediately delete this transmission including all attachments without copying distributing or disclosing same.

---

**From:** Josh Penzias [mailto:jpenzias@ovascience.com]
**Sent:** Wednesday, January 7, 2015 10:51 AM
**To:** Deborah Myers
**Cc:** Richard Spector
**Subject:** RE: Commercial Patient Count

Hello Deborah,

OVAS_0635047

I just wanted to check in and see if you had a chance to review my inquiries with your team.
To refresh your memory I was asking about the number of commercial patient inquiries regarding AUGMENT as well as the number of commercial patients in the queue for AUGMENT.

I hope you had a nice relaxing new year!

Best,
Josh


Joshua Penzias
Sales Operations Associate
OvaScience
215 First Street, Suite 240
Cambridge, MA  02142
jpenzias@ovascience.com
www.ovascience.com


**From:** Deborah Myers [mailto:deborahm@tcart.ca]
**Sent:** Tuesday, December 30, 2014 10:29 AM
**To:** Josh Penzias
**Cc:** Richard Spector
**Subject:** RE: Commercial Patient Count

Hello Josh,

Thank you for your email today.  I am away from the office until Monday January 5th at which point myself and the team will review your questions and circle back.

In the meantime, all the best to you and Richard in 2015.

Best
Deborah

Deborah Myers, M.Mgt, CCPE
Director of Operations

Toronto Centre for Advanced Reproductive Technology (TCART)
150 Bloor Street West, 2nd Floor
Toronto, ON  M5S 2X9
Tel: 416-972-0110
Fax: 416-972-0036
deborahm@tcart.ca

Visit our website @ www.tcart.ca
Join us on facebook

**From:** Josh Penzias [jpenzias@ovascience.com]
**Sent:** December 30, 2014 10:19 AM
**To:** Deborah Myers

Confidential

**Cc:** Richard Spector
**Subject:** Commercial Patient Count

Hello Ms. Myers,

I would like to reach out to you on behalf of Richard Spector. I have two primary questions:

1.    How many commercial patient inquiries have you had regarding to the AUGMENT Treatment?
2.    How many commercial patients do you have in the queue for the AUGMENT Treatment?

In an effort to maintain, as well as increase, the strength of the partnership between TCART and OvaScience; I will be reaching out periodically to keep an accurate count of commercial patient inquiries, as well as those in the queue. Keeping accurate counts of commercial patients will allow both OvaScience and TCART to be as prepared as possible for incoming patient flow at all times so that we, as partners, can manage the patient flow and keep the AUGMENT Treatment timeline as short as possible.

Please do not hesitate to contact me with any questions or concerns.
I hope you had a happy holiday season and enjoy a happy new year!


Best Regards,

Joshua Penzias
Sales Operations Associate
OvaScience
215 First Street, Suite 240
Cambridge, MA  02142
(Office) 617-714-9635  ext. 852
(Mobile) 857-636-8929
jpenzias@ovascience.com
www.ovascience.com

OVAS_0635049

**From**:     Josh Penzias [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29FEC7DD963847518AC905F6D8DAF87F-JPENZIAS]
**Sent**:     1/9/2015 8:37:57 PM
**To**:       Richard Spector [rspector@ovascience.com]
**Subject**:  Commercial Patient Tracking

Hi Richard,

I have attached the updated patient tracking grid. TCART has received a ton of inquiries since the announcement.

Additionally, I was wondering what is up with GenART. I know they initially were granted some amount of preceptorship patients then were granted even more when the GOP Hospital thing happened.
I was wondering if we consider Gen-ART and GOP the same entity since they have the same docs? Does this mean that the Gen-ART doctors (who are also affiliated with GOP Hospital), are able to get more patients in free of charge?
This is something that can wait until next week when you get back, but I thought I'd let you know what's on my mind.

Best,
Josh


Joshua Penzias
Sales Operations Associate
OvaScience
215 First Street, Suite 240
Cambridge, MA  02142
jpenzias@ovascience.com
www.ovascience.com

Confidential

Document Produced in Native Format

Confidential

OVAS_1040899

| Account | Account Manager | Commercial Inquiries | Commercial Patients Identified | Commercial Biopsies Performed | Commercial Patient Invoices Sent | Commercial Payment Received |
|---------|-----------------|----------------------|-------------------------------|-------------------------------|----------------------------------|------------------------------|
| TCART | Richard | ~ 127 | 1 (Presumably) | 0 | 0 | 0 |
| Gen-ART | Richard | 11 | 3 (1 is considered Short-Term Probable) | 0 | 0 | 0 |
| Fakih IVF | Richard | 10 | 1 | 1 | 1 | 0 |

| | |
|---|---|
| **From**: | Ronny Mosston [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2FB6E75A63AE4151A3062272CD383BDF-RMOSSTON] |
| **Sent**: | 1/20/2015 3:19:48 PM |
| **To**: | Theresa McNeely [tmcneely@ovascience.com] |
| **Subject**: | FW: Augment Week in Review - INFO for call with TCART |
| | |
| **Importance**: | High |

fyi

---

**From:** Deborah Myers [mailto:deborahm@tcart.ca]
**Sent:** Monday, January 19, 2015 6:01 PM
**To:** Ronny Mosston; Richard Spector; Jennifer Wardrop
**Cc:** Robert F. Casper; Caroline Lux
**Subject:** Augment Week in Review

The pulse on the augment activity for last week is as follows:

**SNAPSHOT**

**Connections**
- 90 patient questionnaires have been reviewed
- 75 patients had touch points  last week from Caroline (including 1:1s, emails and/or phone messages back and forth)
- 15 pending for follow up Tuesday this week

**Age Stats**
- There were 29 Patients < age of 40
- 38 patients between the ages of 41 to 45
- 23 patients >46 of age
- Overall average age is 43

**Scheduled Appointments**
- Of the 75 patients... 9 appointments have been scheduled (6 in the under 40 group and 3 in the over 46 group)

**Geographical Stats**
- 64 are from the US
- 14 from Canada
- 9 from other countries including Australia, UK, Spain and Brazil
- Note:  there were a few that did not identify the country hence the 3 missing.

Have a great week everyone!
Best
Deborah



..............................................
**DEBORAH MYERS** M.Mgt, CCPE
Director of Operations

**TCART FERTILITY PARTNERS**
150 Bloor Street West, Suite 210
Toronto, ON  M5S 2X9
**T** 416.972.0110 ext 272
**F** 416.972.0036
deborahm@tcart.ca

Visit our website @

Confidential

www.tcart.ca

 

**Notice of Confidentiality:**
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review re-transmission dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.  If you received this in error please contact the sender immediately by return electronic transmission and then immediately delete this transmission including all attachments without copying distributing or disclosing same.

Confidential

| | |
|---|---|
| **From**: | David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING] |
| **Sent**: | 1/27/2015 1:30:17 PM |
| **To**: | Michelle Dipp [mdipp@ovascience.com]; Arthur Tzianabos [atzianabos@ovascience.com]; Richard Spector [rspector@ovascience.com] |
| **Subject**: | Pipeline and Commercial Activity Development_1_27_2015.pptx |

Folks, attached please find discussion materials for our meeting at 9:30.  Sorry for the delay in getting these to you.

Confidential



# Commercial Activity Analysis

*January 2015 Update*

Confidential

OVAS_0108564

## Executive summary

- Pipeline of new ACE clinics is strong but pace of conversion and implementation needs to be accelerated (CARE, IVI, IVF Japan, other Canadian clinics) while the top of the funnel needs to be filled in Asia and Australia to meet annual goals.  New lead generation can be accomplished at upcoming scientific meetings (SRI, COGI, ESHRE)

- For existing ACE clinics, inquiry flow at the top of the funnel has been modest and conversion from inquiry to patient qualification has been slow.  Additional marketing activities are required to stimulate initial inquiries and more robust evidence is required to convert inquiries into patients

- New marketing activities have been initiated to drive initial demand and conversion and upcoming clinical experience publications will be critical evidence for attracting and converting additional patients

**OvaScience®**
Improving Fertility Through Science

2

OVAS_0108565



OVAS_0108566



OVAS_0108567



Confidential

OVAS_0108568



OVAS_0108569

## Key action items to improve ACE Clinic Development Funnel

- CARE (UK) – provide regulatory comfort and stop waiting for HFEA, provide Canada data, accelerate lab build out, visit by Michelle

- IVF Japan – Provide additional mouse data and Canada data, execute site preparation visit (Feb)

- Canadian clinics – continue to drive through legal processes

- IVI – provide Canada clinical experience to speed IRB process, initial site visit scheduled for mid-Feb

- Asia/Australia – aggressively pursue Growing Generations through legal process and site qualification; execute market study for Australia and reawaken cold leads

- Drive new clinic demand through lead generation at SRI and COGI with clinical papers (and ultimately through ESHRE)

**OvaScience**®
Improving Fertility Through Science

7

Confidential

## Current Commercial Activity Snapshot

| Account | Questionnaires Received | Advanced Screening | Qualify for Consult | Physician to Patient Consults | Identified for Treatment (Biopsy Pending) | Invoice Sent |
|---------|-------------------------|--------------------|--------------------|------------------------------|------------------------------------------|--------------|
| TCART | 101 | 26 | 11 | 11 | 1 | 0 |
| Gen-ART | 46 | 5 | 4 | 2 | 0 | 0 |
| Fakih IVF | 21 | 7 | 4 | 3 | 3 | 1 |
| Total | 168 | 38 | 19 | 16 | 4 | 1 |



OvaScience®
Improving Fertility Through Science

8

OVAS_0108571



### TCART Conversion Rate Analysis
**Number of patients (% converting to next stage)**

| Account | Questionnaires Received | Advanced Screening | Qualify for Consult | Identified for Treatment (Biopsy Pending) |
|---|---|---|---|---|
| TCART | 101 | 26 (26%) | 11 (42%) | 1 (9%) |

1/4 of initial inquiries don't respond after ACE coordinator follow-up

1/4 of initial inquiries move on to Advanced Screening

1/2 of initial inquiries do not qualify for AUGMENT

OvaScience
*Improving Fertility Through Science*

9

OVAS_0108572



Confidential



### Fakih Conversion Rate Analysis
**Number of patients (% converting to next stage)**

| Account | Questionnaires Received | Advanced Screening | Qualify for Consult | Identified for Treatment (Biopsy Pending) |
|---|---|---|---|---|
| Fakih IVF | 21 | 7 (33.3%) | 4 (57%) | 3 (75%) |

1/3 of initial inquiries don't respond after ACE coordinator follow-up

1/3 of initial inquiries do not qualify for AUGMENT

1/3 of initial inquiries move on to Advanced Screening

11

OVAS_0108574

## Top issues to resolve in patient conversion pipeline

- How can we drive more patients into the first stage of the pipeline (initial inquiry)

- Are there better tactics we can deploy to ensure better response to initial follow-up

- How can we get more patients to convert to initial consult

- How can we speed the process of consult to biopsy



12

OVAS_0108575



# Marketing Activities

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **Existing Material** | • Hard copy material look and feel update<br>• Language translations Arabic, Spanish, Turkish(Website, Content capsule) | • Language translations (Japanese, French) | • Updated messaging and material | |
| **Patient Demand Generation** | • SEO | • Physician to patient discussion guide and outreach kit | • Launch of Egg Health<br>• SEM campaign | • Patient ambassador experiences |
| **Clinic Support** | • Co-marketing campaigns<br>• Referring physician support material<br>• Site specific case studies | • In-office promotion materials | • Physician portal | |
| **Meetings** | UAE Reproductive Symposium | SRI, IVI Congress, IFFS Japan, COGI, ESHRE | CFAS | ASRM |

☐ Accelerated activities

Draft, Proprietary & Confidential

**Ova**Science®
Improving Fertility Through Science

13

Confidential

OVAS_0108576

## New approaches to pricing may be necessary until initial clinical experiences are published

- Volume-based rebates (e.g. buy 10, get one free) are simple but compromise overall pricing strategy

- Introductory pricing (discount for month of February) will drive volumes but conditions clinics to default to pricing issues and expect discounting in future

- Rebates with committed co-marketing funds (e.g. sell 10 AUGMENT at full price and receive marketing funds of $15k) have several benefits
  - Preserves overall pricing integrity
  - Creates powerful incentive for clinic to drive volume
  - Introduces more patients into the pipeline via additional clinic-driven marketing activities for AUGMENT

OvaScience
Improving Fertility Through Science

14

OVAS_0108577

# Clinical Evidence Execution Plan - DRAFT

Green= published, peer-reviewed content

| 1. Publish early patient experiences | 2. Publish small-cohort experiences | 3. Share initial registry results | 4. Publish registry outcomes | 5. Establish long-term data |

| Evidence type | Q1 2015 | Q2 2015 | Q3 2015 | Q4 2015 | 1st half 2016 |
|---|---|---|---|---|---|
| Analogous studies | • Analogous human tx (e.g. 3rd-party mito transfer, cytoplasm transfer - Chappel)<br>• AUGMENT mouse live birth | • Recent study from Justin St. John<br>• AUGMENT Pig live birth | • AUGMENT mouse and pig live birth | • TBD with R&D team | • TBD with R&D team |
| OVAS white paper, IR or PR event | • Summary of prior analogous human, animal, safety studies (e.g. Chappel paper)<br>• JP Morgan pres.<br>• Registry goals and launch announcement | • Initial enrollment data for registry<br>• Initial 60+ pt. registry data<br>• Initial live birth(s) | • Results of 60+ initial registry pts<br>• Additional live births | • Initial 200+ (?) pt. data<br>• OVAS investor day | • Results of 200+ registry patients<br>• JP Morgan pres. |
| Patient case studies | • GENART, TCART<br>• Fakih | • CARE, Hannam | • IVF Japan, IVI, Singapore, First Steps | • Other new clinics as available | • Other new clinics as available |

OvaScience®
Improving Fertility Through Science

Draft, Proprietary & Confidential

15

OVAS_0108578

## Clinical Evidence Execution Plan (continued) - DRAFT

Green= published, peer-reviewed content

| 1. Publish early patient experiences | 2. Publish small-cohort experiences | 3. Share initial registry results | 4. Publish registry outcomes | 5. Establish long-term data |
| --- | --- | --- | --- | --- |

| Evidence type | Q1 2015 | Q2 2015 | Q3 2015 | Q4 2015 | 1st half 2016 |
| --- | --- | --- | --- | --- | --- |
| Individual clinic studies | • GenArt small-cohort (SGI abstract)<br>• TCART small-cohort (SGI abstract) | • GenArt and TCART small-cohort<br>• Fakih small-cohort | • CARE, Hannam small<br>• Fakih small | • IVF Japan, IVI, Singapore, First Steps small<br>• CARE, Hannam small | • GenArt, TCART, Fakih large<br>• IVF Japan, IVI, Sing., First Steps small |
| Multi-clinic summaries | • None | • 3-clinic results | • 3-clinic results | • 5-clinic results | • 5-clinic results<br>• 9-clinic results |
| Registry | • Goals/size of registry | • Initial 60+ pt. experience (late in Q) | • Initial 60+ pt. experience (late in Q) | • 200+ pt. experience | • 200+ pt. experience<br>• Fully-enrolled patient data |
| Key abstract submission deadlines | • ESHRE – 1/14<br>• SRI – 2/4<br>• COGI Innovation- 2/10<br>• ASPIRE- TBD (2016) | • ASRM- June/July (TBD)<br>• Germinal Cell Biology- 5/3 | • APGO<br>• Best of ASRM and ESHRE<br>• World Congress on Human Reproduction<br>• Royal College of Obstetricians and Gynecologists<br>• ACOG, EBCOG<br>• SGI | | • ESHRE<br>• ASRM<br>• SSR |
| Key meetings | • UK Fertility – 1/7<br>• Workshop on Dev of Repro Organs – 2/14<br>• UAE Repro Syposium – 2/25 | • SRI – 3/25<br>• IVI Congress – 4/23<br>• Japanese Soc. of Repro Med – 4/26<br>• COGI - 5/14<br>• ESHRE – 6/14 | | • CFAS – 10/1<br>• ASRM – 10/18 | |

Draft, Proprietary & Confidential     16

ESHRE: European Society of Human Reproduction and Embryology

SGI: Society for Gynecologic Investigation; recently renamed Society for Reproductive Investigation (SRI)

COGI Innovation: COGI Innovation in Reproductive Medicine

ASPIRE: Asian Pacific Initiative on Reproduction

ASRM: American Society of Reproductive Medicine

Germinal Cell Biology: Gordon Research Conference of Germinal Cell Biology

COGI Controversies: COGI World Congress on Controversies in Obstetrics, Gynecology and Infertility

SSR: Society for the Study of Reproduction

APGO: Association of Professors of Gynecology and Obstetrics

ACOG: American Congress of Obstetricians and Gynecologists

EBCOG: European Board and College of Obstetrics and Gynaecology

Confidential

OVAS_0108579

| | |
|---|---|
| **From**: | David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING] |
| **Sent**: | 2/19/2015 8:18:23 PM |
| **To**: | Josh Penzias [jpenzias@ovascience.com]; Richard Spector [rspector@ovascience.com] |
| **CC**: | Katie Pare [kpare@ovascience.com] |
| **Subject**: | FW: Augment Snapshot for the week of Feb 7 - 13, 2015 |

We will need the overall pipelines of all the clinics updated prior to the board meeting on March 3.  Let's get the latest and greatest on Friday.  That will need to go to Katie P for update of the board slides.

David P. Harding
Chief Commercial Officer



Improving Fertility Through Science
215 First Street
Cambridge, MA  02142
Mobile: +1 781 254 0986

**From:** Deborah Myers [mailto:deborahm@tcart.ca]
**Sent:** Tuesday, February 17, 2015 2:54 PM
**To:** Richard Spector; David Harding; Anne Danforth; Ronny Mosston; Josh Penzias
**Cc:** Jennifer Wardrop; Robert F. Casper; Caroline Lux
**Subject:** Augment Snapshot for the week of Feb 7 - 13, 2015

Good Afternoon All,  I trust everyone had a wonderful long weekend!
Here are the numbers for the week of: Feb 7 to Feb 13, 2015.

| Augment Snapshot | | | | |
|---|---|---|---|---|
| **Week of:** | **Jan 17 - 23, 2015** | **Jan 24 - 30, 2015** | **Jan 31 - Feb 6, 2015** | **Feb 7 - Feb 13, 2015** |
| | | | | |
| **This week inquires** | 11 inquires w/ 5 questionnaires completed | 21 inquires w/ 13 questionnaires completed | 30 inquires w/ 7 questionnaires completed | 42 inquiries w/ 27 questionnaires completed |
| | | | | |
| Under 40 group | 2 | 3 | 1 | 8 |
| | | | | |
| 41-45 group | 1 | 7 | 4 | 15 |
| | | | | |
| Over 46 group. | 2 | 3 | 2 | 4 |
| | | | | |
| Inquires without completed questionnaire | 6 | 8 | 23 | 15 |
| | | | | |
| Average age of inquiry | 43 | 42 | 44 | 40 |
| | | | | |
| **Total number of inquires reached to-date:**                 (via email or 1:1) | 93 | 106 | 119 | 146 |
| | | | | |

OVAS_0635648

| Inquires this week originated from: | US | US/Canada/EU/ Czech | Canada / US | Canada / US / UK |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Since January 2015 | | | | |
| Total number of appointments scheduled: | 10 | 12 | 12 | 13 |
| | | | | |

Have a good week.
Best Deborah



...............................................
DEBORAH MYERS M.Mgt, CCPE
Director of Operations

TCART FERTILITY PARTNERS
150 Bloor Street West, Suite 210
Toronto, ON  M5S 2X9
T 416.972.0110 ext 272
F 416.972.0036
deborahm@tcart.ca

Visit our website @
www.tcart.ca

 

**Notice of Confidentiality:**
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review re-transmission dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.  If you received this in error please contact the sender immediately by return electronic transmission and then immediately delete this transmission including all attachments without copying distributing or disclosing same.

| **From**: | Josh Penzias [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29FEC7DD963847518AC905F6D8DAF87F-JPENZIAS] |
|---|---|
| **Sent**: | 2/19/2015 8:49:34 PM |
| **To**: | Katie Pare [kpare@ovascience.com] |
| **CC**: | Richard Spector [rspector@ovascience.com] |
| **Subject**: | Clinic Pipeline Activity Update |

Hi Katie,

I receive an email at the beginning of each week from each of the clinics regarding updates to their patient pipelines. I have attached a chart containing the most recent numbers from each clinic – I believe they will fit nicely into one of the slides you flipped through a few minutes ago.

Additionally, we launched on December 17th 2014, so this is all the activity since that point.

I am still working through updating the graphs for the other slide in question.

Please let me know if you have any questions.

Best,
Josh

OvaScience®

Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)
jpenzias@ovascience.com

Confidential

| Account | Questionnaires Received | Advanced Screening | Qualify for Consult | Patient Consults | Identified for Treatment (Biopsy Pending) | Invoice Sent |
|---|---|---|---|---|---|---|
| TCART | 123 | 26 | 13 | 12 | 3 | 0 |
| Gen-ART | 47 | 5 | 4 | 2 | 0 | 0 |
| Fakih IVF | 31 | 8 | 4 | 3 | 3 | 1 |
| Total | 201 | 39 | 21 | 17 | 6 | 1 |

Confidential

OVAS_1246099

| From | : | Chris Meyer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=928D5D1EFF534BA48EDB3434358A50E8-CMEYER] |
|---|---|---|
| Sent | : | 3/17/2015 8:59:04 PM |
| To | : | Ronny Mosston [rmosston@ovascience.com] |
| Subject | : | RE: Augment Snapshot March 10 to March 16 |

Very interesting!

Christopher Meyer
Director, Program and Alliance Management
OvaScience, Inc.
215 First Street, Suite 240
Cambridge, MA 02142
(o) 857-259-3869
(c) 508-472-8235
www.ovascience.com
cmeyer@ovascience.com

---

**From:** Ronny Mosston
**Sent:** Tuesday, March 17, 2015 4:18 PM
**To:** Chris Meyer
**Subject:** FW: Augment Snapshot March 10 to March 16

This is their creation/upgrade--- will review it with them during the trip.

---

**From:** Deborah Myers [mailto:deborahm@tcart.ca]
**Sent:** Tuesday, March 17, 2015 4:14 PM
**To:** Richard Spector; Ronny Mosston; David Harding; Anne Danforth; Josh Penzias
**Cc:** Caroline Lux; Jennifer Wardrop; Robert F. Casper
**Subject:** Augment Snapshot March 10 to March 16

NOTE NEW REPORTING FORMAT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Augment Snapshot** | | | | | | | | |
| Week of: | Dec 17 - Jan 17 | Jan 17 - 23, 2015 | Jan 24 - 30, 2015 | Jan 31 - Feb 6, 2015 | Feb 7 - Feb 13, 2015 | Feb 14 - Feb 20, 2015 | Feb 21 - Mar 9, 2015 | Mar 10 - Mar 16, 2015 |
| Under 40 group | | 2 | 3 | 1 | 8 | 0 | 11 | 10 |
| 41-45 group | | 1 | 7 | 4 | 15 | 4 | 19 | 7 |
| Over 46 group. | | 2 | 3 | 2 | 4 | 1 | 4 | 3 |
| Age unknown | | | | | | | | 7 |
| Average age of inquiry | | 43 | 42 | 44 | 40 | 45 | 43 | 42 |
| | | | | | | | | |

OVAS_0549226

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Questionnaires completed - contacted | | 5 | 13 | 7 | 27 | 5 | 16 | 10 |
| | | | | | | | | |
| Inquires without completed questionnaire - communication | | 6 | 8 | 23 | 15 | 11 | 30 | 19 |
| | | | | | | | | |
| Inquires w/no questionnaire and pending follow up | | 4 | 8 | 17 | 10 | 11 | 27 | 8 |
| Total Inquires for this period | 78 | 15 | 29 | 47 | 52 | 27 | 73 | 37 |
| | | | | | | | | |
| | | | | | | | | |
| **Total number of questionnaires to-date** | | 5 | 18 | 25 | 52 | 57 | 73 | 83 |
| | | | | | | | | |
| **OVERALL TOTAL (INQUIRIES)** | 78 | 93 | 122 | 169 | 221 | 248 | 321 | 358 |
| | | | | | | | | |
| **<u>Inquires this week originated from:</u>** | - | US | US/Canada/EU/Czech | Canada/ US | Canada / US / UK | US/Canada/ EU | US/Canada/ UK | US/Canada/China |
| | | | | | | | | |
| | | | | | | | | |
| **<u>Since January 2015</u>** | - | | | | | | | |
| **Total number of appointments scheduled:** | 0 | 10 | 12 | 12 | 13 | 13 | 18 | 26 |
| | | | | | | | | |



........................................................
**DEBORAH MYERS** M.Mgt, CCPE
Director of Operations

**TCART FERTILITY PARTNERS**
150 Bloor Street West, Suite 210
Toronto, ON  M5S 2X9
**T** 416.972.0110 ext 272
**F** 416.972.0036
deborahm@tcart.ca

Visit our website @
www.tcart.ca

 

**Notice of Confidentiality:**
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review re-transmission dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the

OVAS_0549227

intended recipient is prohibited.  If you received this in error please contact the sender immediately by return electronic transmission and then immediately delete this transmission including all attachments without copying distributing or disclosing same.

Confidential

**From**:      Michael Silver [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=45F832CBEBE64F959188B2187B652B48-MSILVER]
**Sent**:      3/20/2015 12:12:18 PM
**To**:        Chris Meyer [cmeyer@ovascience.com]
**Subject**:   Commercial Update 3_19_15.pptx


Any questions or thoughts, let me know.

Confidential

OVAS_0549234



## 2015 Corporate Goals

**AUGMENT commercial expansion** — *Achieve at least 1,000 AUGMENT treatment cycles*

*Establish ACE Centers in all major regions of world*

**OvaPrime launch** — *Introduce OvaPrime treatment in at least 1 region*

**Advance OvaTure development** — *Finalize process for OvaTure in support of a defined development pathway*

**Finance** — *Manage actual quarterly expenses within 10% of reforecast and successfully manage long-term cash runway*

Draft, Proprietary & Confidential

OvaScience®
Improving Fertility Through Science

1

Confidential

OVAS_0549235

## AUGMENT Pricing

3/17/15

| AUGMENT Cost to Patient (USD) | | | | | |
|---|---|---|---|---|---|
| **Clinic** | **Clinic AUGMENT Charge** | **Biopsy Charge** | **IVF Cycle Charge** | **Medication Charge** | **Total Cost to Patient** |
| **TCART** | $23,500 | Included in AUGMENT Charge | $9,060* | $5,000 | $37,560 |
| **Gen-ART** | $15,000 | $5,000 | $3,000* | $2,000 | $25,000 |
| **Fakih IVF** | $15,000 | $3,540 | $8,700* | Included in IVF Charge | $27,240 |

*excludes PGD

OvaScience®
Improving Fertility Through Science

Draft, Proprietary & Confidential

2

OVAS_0549236

## AUGMENT Patients in the Pipeline

| ACE Clinic | Questionnaires received | Advanced screening | Qualify for consult | Physician to patient consults | Identified for treatment (biopsy pending) |
|---|---|---|---|---|---|
| TCART (Canada) | 106 | 40 | 26 | 13 | 3 |
| Fakih (UAE) | 12 | 8 | 2 | 2 | 2 |
| Gen-Art (Turkey) | 23 | 6 | 4 | 2 | 0 |
| **Total** | **141** | **38** | **32** | **17** | **5** |

472 total inquiries received

3 bx completed and invoiced

OvaScience
Improving Fertility Through Science

Draft, Proprietary & Confidential

3

OVAS_0549237

## Additional Initiatives Planned to Drive Patient Volume

**Increase patient access**

- Drive expansion into key developed markets

**Increase patient inquiries**

- Do "relaunch" announcements at regular intervals when new clinics come on line
- Execute structured PR campaigns globally and in clinic regions
- Deploy search engine and social media campaigns
- Ramp up referring physician outreach and other local marketing activities

**Improve conversion from inquiry to consultation**

- Improve patient education to drive understanding of AUGMENT and self-selection
- Encourage clinics to share their own experience and patient success stories
- Build "selling" skills in clinic staff to increase conversion
- Accelerate publication of initial clinical experience abstracts

OvaScience®
Improving Fertility Through Science

Draft, Proprietary & Confidential

4

Confidential

OVAS_0549238



## Increasing Patient Access: Pipeline Funnel

# Marketing Activities

| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **Improve Existing AUGMENT Material** | • Language translations Arabic, Spanish, Turkish (Website, Content capsule) | • Update current AUGMENT patient and physician support materials<br>• Language translations (Japanese) | • Updated messaging and material to reflect new data | |
| **Increase Patient Inquiries** | • SEO<br>• Search Engine Mktg (Toronto, UAE) | • Physician to patient roadshow presentation<br>• Launch of Egg Health<br>• Publicize COGI and ESHRE data<br>• Mining pax data in ACE | • Social media campaign to drive patients to Egg Health<br>• SEM campaign to support Egg Health<br>• Translate Egg Health into core languages | • Patient ambassador experiences<br>• Publicize ASRM, CFAS, and COGI events |
| **Improve Patient Conversion** | • Pricing for 2nd AUGMENT<br>• Clinical case studies<br>• Co-marketing campaigns<br>• Publish SRI abstracts<br>• Improve selling skills at clinics<br>• AUGMENT animation on website | • In-office promotion materials (e.g. posters, videos)<br>• Improve selling skills at clinics including patient profiles<br>• ACE coordinator summit at ESHRE<br>• Referring physician support material | • Physician portal to order materials (e.g. brochures, papers) | |
| **Meetings** | • UAE Symposium<br>• SRI | • IVI Congress<br>• IFFS Japan<br>• COGI<br>• ESHRE | • none | • CFAS<br>• ASRM<br>• Ovarian Club<br>• UK Fertility Show |

6

Confidential

OVAS_0549240

## In-Clinic AUGMENT Concierge

- Hire in-clinic person to manage patient flow and conversion
- Focus on patient triage, initial consultations, conversion to biopsy
- Background in IVF clinical work (nursing) and sales
- Initially hire one and rotate on a fixed schedule
- Ultimately hire one in each location
- Recruiting to start immediately

Draft, Proprietary & Confidential

OvaScience
Improving Fertility Through Science

7

Confidential

OVAS_0549241

| **From**: | Josh Penzias [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29FEC7DD963847518AC905F6D8DAF87F-JPENZIAS] |
|---|---|
| **Sent**: | 4/10/2015 8:04:38 PM |
| **To**: | David Harding [dharding@ovascience.com]; Richard Spector [rspector@ovascience.com]; Michael Silver [msilver@ovascience.com] |
| **Subject**: | Patient Pipeline |

Hi Guys,

Sorry to send this so late in the week but I just received the update from Deborah at TCART this afternoon. Attached are the two documents showing the current Patient Pipeline.

Please let me know if you have any questions or comments, and I hope you all have a good weekend!

Best,
Josh

**OvaScience**

Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)
jpenzias@ovascience.com

OVAS_0610511

## AUGMENT Patients in the Pipeline

| ACE Clinic | Inquiries received | Questionnaires received | Qualify for consult | Physician to patient consults | Identified for treatment (biopsy pending) |
|---|---|---|---|---|---|
| TCART (Canada) | 425 | 121 | 34 | 13 | 7 |
| Fakih (UAE) | 60 | 15 | 3 | 2 | 2 |
| Gen-Art (Turkey) | 65 | 30 | 2 | 2 | 0 |
| **Total** | **550** | **166** | **39** | **17** | **9** |

3 bx completed and invoiced

**OvaScience**®
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

OVAS_0610512

| **From**: | Josh Penzias [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29FEC7DD963847518AC905F6D8DAF87F-JPENZIAS] |
|---|---|
| **Sent**: | 4/30/2015 9:18:33 PM |
| **To**: | David Harding [dharding@ovascience.com]; Richard Spector [rspector@ovascience.com]; Michael Silver [msilver@ovascience.com]; Chris Meyer [cmeyer@ovascience.com] |
| **Subject**: | AUGMENT Patient Pipeline |

Gentlemen,

Please see the attached files.
The TCART and Gen-ART information is up to date but the Fakih info is not as Sarah has been on vacation the last 2 weeks.
Sarah will update me on Fakih's AUGMENT patient pipeline early next week and I will pass the info along to this group.

Please let me know if you have any questions.

Best,
Josh

OvaScience

Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)
jpenzias@ovascience.com

Confidential

## AUGMENT Patients in the Pipeline

| ACE Clinic | Inquiries received | Questionnaires received | Qualify for consult | Physician to patient consults | Identified for treatment (biopsy pending) |
|---|---|---|---|---|---|
| TCART (Canada) | 513 | 202 | 43 | 13 | 7 |
| Fakih (UAE) | 61 | 12 | 3 | 3 | 4 |
| Gen-Art (Turkey) | 71 | 36 | 4 | 2 | 0 |
| **Total** | **645** | **250** | **50** | **18** | **11** |

4 bx completed and invoiced

**OvaScience®**
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

OVAS_0083262

# Document Produced in Native Format

Confidential

| Account | Total Inquiries Received | Questionnaires Received | Qualify For Consult | Physician to Patient Consults | Cleared for Treatment (Biopsy Pending) | Estimated BX Date | Bx Performed | Invoice Sent | Payment Received | Age Stats | Average Age | Geographical Stats |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TCART | 513 | 202 | 43 | 13 | 7 | | 3 | 3 | 2 | 31 PT under 40yo 57 PT b/t 41-45yo 42 PT over 46yo 18 Unidentified | 41.5 | AW: 64 Canada: 14 Australia/UK/Spain/Brazil: 9 Unidentified: 3 |
| Gen-ART | 71 | 36 | 4 | 2 | 0 | | 0 | 0 | 0 | 6 PT under 40yo 8 PTs b/t 41-45yo 4 PTs over 46yo 14 Unidentified | 43.75 | AW: 6 Brazil/Australia/Italy/Bulgaria: 5 Unidentified: 13 |
| Fakih IVF | 61 | 12 | 3 | 3 | 4 | | 1 | 1 | 1 | 9 PTs under 40yo 12 PT b/t 41-45yo 4 PTs over 46yo 26 Unidentified | | UK: 6 AW: 14 Australia: 4 Other: 15 Unidentified: 13 |
| Totals | 645 | 250 | 50 | 18 | 11 | | 4 | 4 | 3 | | | |

| Account | Inquiries Received | Advanced Screening Questionnaires | Qualify for Consult | Physician to Patient Consults | Cleared for Treatment (Biopsy Pending) | Invoice Sent |
|---|---|---|---|---|---|---|
| TCART | 358 | 154 | 26 | 13 | 4 | 2 |
| Gen-ART | 55 | 23 | 4 | 2 | 0 | 0 |
| Fakih IVF | 47 | 12 | 4 | 2 | 2 | 1 |
| Total | 460 | 189 | 34 | 17 | 6 | 3 |

| **From**: | Josh Penzias [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29FEC7DD963847518AC905F6D8DAF87F-JPENZIAS] |
|---|---|
| **Sent**: | 5/4/2015 4:02:29 PM |
| **To**: | David Harding [dharding@ovascience.com]; Richard Spector [rspector@ovascience.com]; Michael Silver [msilver@ovascience.com]; Chris Meyer [cmeyer@ovascience.com] |
| **Subject**: | AUGMENT Patient Pipeline |

Hi Folks,

Please see attached for the most up-to-date patient pipeline information.
Let me know if you have any questions.

Best,
Josh

OvaScience

Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)
jpenzias@ovascience.com

Confidential

OVAS_0083263

## AUGMENT Patients in the Pipeline

| ACE Clinic | Inquiries received | Questionnaires received | Qualify for consult | Physician to patient consults | Identified for treatment (biopsy pending) |
|---|---|---|---|---|---|
| TCART (Canada) | 513 | 202 | 43 | 13 | 7 |
| Fakih (UAE) | 61 | 12 | 3 | 3 | 4 |
| Gen-Art (Turkey) | 71 | 36 | 4 | 2 | 5 |
| **Total** | **645** | **250** | **50** | **18** | **16** |

4 bx completed and invoiced

**OvaScience®**
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

OVAS_0083264

**From:** David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING]
**Sent:** 5/4/2015 10:11:01 PM
**To:** Michelle Dipp [mdipp@ovascience.com]
**Subject:** AUGMENT Pipeline Slide

Michelle, ███████████████████████████████ was also thinking about the location-by-location forecast for the year as well. That may be more than you want to share but please advise. Don't want to keep him waiting.

David P. Harding
Chief Commercial Officer



Improving Fertility Through Science
215 First Street
Cambridge, MA 02142
Mobile: +1 781 254 0986

---

**From:** Josh Penzias
**Sent:** Monday, May 4, 2015 12:35 PM
**To:** David Harding
**Cc:** Richard Spector; Michael Silver
**Subject:** Changes to AUGMENT Pipeline Slide

Hi David,

I made the changes you suggested to the AUGMENT Pipeline slide.
Let me know if you have additional feedback.

Thanks,
Josh

OvaScience
Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA 02142
617-714-9635 (Office) | 857-636-8929 (Mobile)
jpenzias@ovascience.com

Confidential

## AUGMENT Patients in the Pipeline

**December 2014 to Current – Cumulative**

| ACE Clinic | Inquiries received | Questionnaires received | Qualify for consult | Physician to patient consults | Identified for treatment | Biopsy completed |
|---|---|---|---|---|---|---|
| TCART (Canada) | 513 | 202 | 43 | 13 | 4 | 3 |
| Fakih (UAE) | 61 | 12 | 4 | 4 | 3 | 1 |
| Gen-Art (Turkey) | 71 | 36 | 5 | 5 | 5 | 0 |
| **Total** | **645** | **250** | **52** | **22** | **12** | **4** |

OvaScience®
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

Confidential

OVAS_0113046

| | |
|---|---|
| **From**: | David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING] |
| **Sent**: | 5/21/2015 9:28:07 PM |
| **To**: | Michelle Dipp [mdipp@ovascience.com] |
| **CC**: | Andrea Boujoukos [aboujoukos@ovascience.com] |
| **Subject**: | FW: Patient Pipeline |

For our 1 on 1

David P. Harding
Chief Commercial Officer



Improving Fertility Through Science
215 First Street
Cambridge, MA 02142
Mobile: +1 781 254 0986

---

**From:** Josh Penzias
**Sent:** Thursday, May 21, 2015 5:02 PM
**To:** David Harding
**Subject:** Patient Pipeline

Please see attached

OvaScience
Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)

Confidential

OVAS_0062095

## AUGMENT Patient Pipeline

| ACE Clinic | Inquiries received | Questionnaires received | Scheduled Consults | Completed Physician to patient consults | Biopsy Scheduled/ Pending Scheduling | Biopsy completed |
|---|---|---|---|---|---|---|
| TCART (Canada) | 724 (102) | 318 (50) | 62 (11) | 13* | 6 (6) | 4(1) |
| First Steps (Canada) | 118 (70) | 31 (22) | N/A | N/A | N/A | N/A |
| Fakih (UAE) | 91 (18) | 23 (4) | 12 (6) | 9 (3) | 3 (1) | 1 |
| Gen-Art (Turkey) | 48 (5) | 14 (3) | 10 (2) | 5 | 5 | 0 |
| **Total** | **981 (195)** | **386 (79)** | **84 (19)** | **27 (3)** | **14 (7)** | **5 (1)** |

OvaScience®
*Improving Fertility Through Science*

*** Parentheses denote delta since previous week***   Draft, Proprietary & Confidential   * Awaiting further update   1

| From: | David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING] |
| Sent: | 5/28/2015 7:16:20 PM |
| To: | Michelle Dipp [mdipp@ovascience.com] |
| Subject: | FW: Updated Pipeline |

Hot off the presses.  Just got the update from Deborah.  Still lacking data on the number of consults completed but the number of consults scheduled this week has jumped dramatically.

David P. Harding
Chief Commercial Officer

OvaScience™
Improving Fertility Through Science
215 First Street
Cambridge, MA  02142
Mobile: +1 781 254 0986

---

**From:** Josh Penzias
**Sent:** Thursday, May 28, 2015 3:08 PM
**To:** David Harding; Richard Spector
**Subject:** Updated Pipeline

Greetings,

Deborah just sent out her update so I added that info into the pipeline slide.
We have updated information from all sites other than Fakih since Sarah is having a medical problem.

Please let me know if you have any questions.

Best,
Josh

OvaScience
Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)

Confidential

## AUGMENT Patient Pipeline

5/28/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 780 (56) | 141 (23) | 91 | 56 (8) | 1,068 (87) |
| Questionnaires Received | 345 (27) | 43 (12) | 23 | 17 (3) | 428 (42) |
| Consults Scheduled | 83 (18) | 6 (6) | 12 | 12 (2) | 113 (26) |
| Consults Completed | 13** | 2 (2) | 9 | 5 | 29 (2) |
| Biopsies Scheduled | 3 (2) | 0 | 3 | 0 | 6 (2) |
| Biopsies Completed | 6 (3) | 1* (1) | 1 | 0 | 7 (3) |

\* The 1 First Steps biopsy is included in TCART total
\*\*Awaiting Update



Draft, Proprietary & Confidential

1

OVAS_0062160

## AUGMENT Patient Pipeline – TCART

| Patients in the Pipeline | TCART | |
|---|---|---|
| | **Prior to May** | **May** |
| Inquiries Received | 513 | 211 |
| Questionnaires Received | 202 | 116 |
| Qualified Patients Based on Screen | N/A | N/A* |
| Consults Scheduled | 43 | 22 |
| Consults Completed | 13* | N/A* |
| Biopsies Scheduled | 3 | 6 |
| Biopsies Completed | 3 | 3 |

\* Awaiting further information

OvaScience®
Improving Fertility Through Science

Draft, Proprietary & Confidential

2

Confidential

OVAS_0062161

| **From**: | Josh Penzias [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29FEC7DD963847518AC905F6D8DAF87F-JPENZIAS] |
|---|---|
| **Sent**: | 6/23/2015 9:44:40 PM |
| **To**: | David Harding [dharding@ovascience.com]; Richard Spector [rspector@ovascience.com]; Michael Silver [msilver@ovascience.com]; Chris Meyer [cmeyer@ovascience.com] |
| **Subject**: | AUGMENT Patient Pipeline |

Folks,

Please see attached for updated patient pipeline information.
We completed 1 commercial biopsy at TCART today, so we have 2 left to do at TCART this month (both on 6/30). We, also, have 1 scheduled at Fakih – also on 6/30.
Please let me know if you have any questions.

Best,
Josh

OvaScience
Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)

OVAS_0015890

## AUGMENT Patient Pipeline

6/23/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 924 (105) | 216 (10) | 115 | 70 (4) | 1,325 (119) |
| Questionnaires Received | 421 (57) | 71 (4) | 26 | 23 (2) | 541 (63) |
| Consults Scheduled | 127 (26) | 21 (1) | 12 | 12 | 172 (27) |
| Consults Completed | 36** | 16 | 11 | 5 | 68 |
| Biopsies Scheduled | 3 | 0 | 2 | 0 | 5 |
| Biopsies Completed | 8 (1) | 1* | 1 | 0 | 9 (1) |

\* Included in TCART total
\*\*Awaiting further information

3 scheduled for remainder of June
(all on 6/30)

**OvaScience**
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

OVAS_0015891

6/23/15

# AUGMENT Patients in the Pipeline (Biopsies Completed)

| ACE Clinic | Biopsy Completion (Cumulative Total) | Q4 2014 | Q1 2015 | Q2 2015 | Q3 2015 |
|---|---|---|---|---|---|
| TCART (Canada) | 8 | 0 | 2 | 6 | |
| First Steps (Canada) | 1* | 0 | 0 | 1* | |
| Fakih (UAE) | 1 | 1 | 0 | 0 | |
| Gen-Art (Turkey) | 0 | 0 | 0 | 0 | |
| **Total** | **9** | **1** | **2** | **6** | |

\* Accounted for in TCART's totals

Draft, Proprietary & Confidential

**OvaScience**
Improving Fertility Through Science

1

OVAS_0015892

6/22/15

# Commercial AUGMENT Cycles Completed

| ACE Clinic | AUGMENT Completion (Cumulative Total) | Q1 2015 | Q2 2015 | Q3 2015 |
|---|---|---|---|---|
| TCART (Canada) | 1 | 0 | 1 | |
| First Steps (Canada) | 0 | 0 | 0 | |
| Fakih (UAE) | 1 | 1 | 0 | |
| Gen-Art (Turkey) | 0 | 0 | 0 | |
| **Total** | **2** | **1** | **1** | |

\* Accounted for in TCART's totals

Draft, Proprietary & Confidential

OvaScience®
Improving Fertility Through Science

2

Confidential

OVAS_0015893

| | |
|---|---|
| **From**: | David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING] |
| **Sent**: | 6/26/2015 8:51:03 PM |
| **To**: | Jeffrey Young [jyoung@ovascience.com] |
| **Subject**: | FW: AUGMENT Patient Pipeline |

As we discussed

David P. Harding
Chief Commercial Officer

**OvaScience**
Improving Fertility Through Science
215 First Street
Cambridge, MA  02142
Mobile: +1 781 254 0986

---

**From:** Josh Penzias
**Sent:** Thursday, June 25, 2015 5:40 PM
**To:** David Harding; Richard Spector; Michael Silver; Chris Meyer
**Subject:** AUGMENT Patient Pipeline

Hello Team,

Please see attached for the current patient pipeline information.

Additionally, we have 1 commercial AUGMENT scheduled for Sunday 6/28 and 3 commercial biopsies scheduled for Tuesday 6/30 (2 at TCART, 1 at Fakih).

Please let me know if you have any questions, and I will update this group early next week.

Best,
Josh

OvaScience
Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)

Confidential

## AUGMENT Patient Pipeline

6/25/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 924 (105) | 216 (10) | 115 | 70 (4) | 1,325 (119) |
| Questionnaires Received | 421 (57) | 71 (4) | 26 | 23 (2) | 541 (63) |
| Consults Scheduled | 127 (26) | 21 (1) | 12 | 12 | 172 (27) |
| Consults Completed | 36** | 16 | 11 | 5 | 68 |
| Biopsies Scheduled | 3 | 0 | 2 | 0 | 5 |
| Biopsies Completed | 8 (1) | 1* | 1 | 0 | 9 (1) |

\* Included in TCART total
\*\*Awaiting further information

3 scheduled for remainder of June
(all on 6/30)

**OvaScience**®
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

OVAS_0262040

6/25/15

# AUGMENT Patients in the Pipeline (Biopsies Completed)

| ACE Clinic | Biopsy Completion (Cumulative Total) | Q4 2014 | Q1 2015 | Q2 2015 | Q3 2015 |
|---|---|---|---|---|---|
| TCART (Canada) | 8 | 0 | 2 | 6 | |
| First Steps (Canada) | 1* | 0 | 0 | 1* | |
| Fakih (UAE) | 1 | 1 | 0 | 0 | |
| Gen-Art (Turkey) | 0 | 0 | 0 | 0 | |
| **Total** | **9** | **1** | **2** | **6** | |

\* Accounted for in TCART's totals

OvaScience
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

OVAS_0262041

6/25/15

# Commercial AUGMENT Cycles Completed

| ACE Clinic | AUGMENT Completion (Cumulative Total) | Q1 2015 | Q2 2015 | Q3 2015 |
|---|---|---|---|---|
| TCART (Canada) | 1 | 0 | 1 | |
| First Steps (Canada) | 0 | 0 | 0 | |
| Fakih (UAE) | 1 | 1 | 0 | |
| Gen-Art (Turkey) | 0 | 0 | 0 | |
| **Total** | **2** | **1** | **1** | |

\* Accounted for in TCART's totals

Draft, Proprietary & Confidential

OvaScience
Improving Fertility Through Science

2

Confidential

OVAS_0262042

| **From**: | Josh Penzias [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=29FEC7DD963847518AC905F6D8DAF87F-JPENZIAS] |
|---|---|
| **Sent**: | 6/29/2015 5:54:00 PM |
| **To**: | David Harding [dharding@ovascience.com]; Jeffrey Young [jyoung@ovascience.com]; Richard Spector [rspector@ovascience.com]; Michael Silver [msilver@ovascience.com]; Chris Meyer [cmeyer@ovascience.com] |
| **Subject**: | AUGMENT Patient Pipeline |

Hello Folks,

Please see attached for the current AUGMENT Patient Pipeline.
There are 2 biopsies scheduled for tomorrow, and 2 currently scheduled for July.

Please let me know if you have any questions, and stay tuned for an update after the end of Q2.

Best,
Josh

OvaScience

Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)

OVAS_0262043

## AUGMENT Patient Pipeline

6/29/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 950 (26) | 240 (24) | 133 (19) | 74 (4) | 1,397 (73) |
| Questionnaires Received | 432 (11) | 76 (5) | 30 (4) | 24 (1) | 562 (21) |
| Consults Scheduled | 133 (6) | 22 (1) | 12 | 13 (1) | 180 (8) |
| Consults Completed | 36** | 16 | 11 | 5** | 68 |
| Biopsies Scheduled | 3 | 0 | 1 | 0 | 4 |
| Biopsies Completed | 8 (1) | 1* | 1 | 0 | 9 (1) |

\* Included in TCART total
\*\*Awaiting further information

1 patient dropped off the calendar – will no longer be pursuing treatment at Fakih

**OvaScience**
Improving Fertility Through Science

Draft, Proprietary & Confidential

1

OVAS_0262044

**From**: David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING]
**Sent**: 7/9/2015 8:44:02 PM
**To**: Michelle Dipp [mdipp@ovascience.com]
**Subject**: AUGMENT data

Michelle, please find attached the regular summaries of our current position on biopsies and the pipeline.  Happy to answer any questions you might have.

David P. Harding
Chief Commercial Officer

**OvaScience**™
Improving Fertility Through Science
215 First Street
Cambridge, MA  02142
Mobile: +1 781 254 0986

OVAS_0011013

## AUGMENT Patient Pipeline

7/09/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 990 | 255 | 142 | 75 | 1,462 |
| Questionnaires Received | 455 | 79 | 30 | 26 | 590 |
| Consults Scheduled | 140 | 24 | 12 | 13 | 189 |
| Consults Completed | 84 ** | 17 | 11 | 5** | 117 |
| Biopsies Scheduled | 0 | 1 | 1 | 0 | 2 |
| Biopsies Completed | 11 | 1* | 1 | 0 | 12 |

* Included in TCART total

**Awaiting further information

Parentheses signify delta from the previous week
(in this case the week starting June 29th)

Will be conducted at TCART but is not yet on their schedule

Draft, Proprietary & Confidential

**OvaScience**
Improving Fertility Through Science

1

OVAS_0011014

7/09/15

## AUGMENT Patients in the Pipeline (Biopsies Completed)

| ACE Clinic | Biopsy Completion (Cumulative Total) | Q4 2014 | Q1 2015 | Q2 2015 | Q3 2015 |
|---|---|---|---|---|---|
| TCART (Canada) | 11 | 0 | 2 | 8 | 1 |
| First Steps (Canada) | 1* | 0 | 0 | 1* | 0 |
| Fakih (UAE) | 1 | 1 | 0 | 0 | 0 |
| Gen-Art (Turkey) | 0 | 0 | 0 | 0 | 0 |
| **Total** | **12** | **1** | **2** | **8** | **1** |

* Accounted for in TCART's totals

Draft, Proprietary & Confidential

OvaScience
Improving Fertility Through Science

1

OVAS_0011015

7/09/15

# Commercial AUGMENT Cycles Completed

| ACE Clinic | AUGMENT Completion (Cumulative Total) | Q1 2015 | Q2 2015 | Q3 2015 |
|---|---|---|---|---|
| TCART (Canada) | 3 | 0 | 2 | 1 |
| First Steps (Canada) | 0 | 0 | 0 | 0 |
| Fakih (UAE) | 1 | 1 | 0 | 0 |
| Gen-Art (Turkey) | 0 | 0 | 0 | 0 |
| **Total** | **4** | **1** | **2** | **1** |

\* Accounted for in TCART's totals

Draft, Proprietary & Confidential

**OvaScience**
Improving Fertility Through Science

2

OVAS_0011016

## AUGMENT Patient Pipeline

7/09/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 990 (40) | 255 (15) | 142 (9) | 75 (1) | 1,462 (65) |
| Questionnaires Received | 455 (23) | 79 (3) | 30 | 26 (1) | 590 (27) |
| Consults Scheduled | 140 (7) | 24 (2) | 12 | 13 | 189 (9) |
| Consults Completed | 84 (9)** | 17 (1) | 11 | 5** | 117 (10) |
| Biopsies Scheduled | 0 | 1 (1) | 1 | 0 | 2 (1) |
| Biopsies Completed | 11 (3) | 1* | 1 | 0 | 12 (3) |

\* Included in TCART total

\*\*Awaiting further information

Parentheses signify delta from the previous week
(in this case the week starting June 29th)

Draft, Proprietary & Confidential



1

OVAS_0011017

| **From**: | Michelle Dipp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A23D856F44344AADA5892380664DFEAA-MDIPP] |
|---|---|
| **Sent**: | 7/17/2015 7:59:15 PM |
| **To**: | John Eisel [jeisel@ovascience.com] |
| **Subject**: | FW: AUGMENT Patient Pipeline |

Just fyi, Pls don't circulate.

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Blog: http://blog.ovascience.com/

---

**From:** David Harding
**Sent:** Friday, July 17, 2015 3:58 PM
**To:** Michelle Dipp
**Cc:** Arthur Tzianabos
**Subject:** FW: AUGMENT Patient Pipeline

Michelle, here is the latest patient pipeline.  5 new biopsies scheduled this past week.

David P. Harding
Chief Commercial Officer



**OvaScience**
Improving Fertility Through Science
215 First Street
Cambridge, MA  02142
Mobile: +1 781 254 0986

Confidential

## AUGMENT Patient Pipeline

7/17/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 1018 (28) | 266 (11) | 148 (6) | 80 (5) | 1,512 (50) |
| Questionnaires Received | 468 (13) | 85 (6) | 31 (1) | 26 | 610 (20) |
| Consults Scheduled | 147 (7) | 27 (3) | 12 | 13 | 199 (10) |
| Consults Completed | 84** | 21 (4) | 11 | 5** | 121 (4) |
| Biopsies Scheduled | 4 (4) | 2 (1) | 1 | 0 | 7 (5) |
| Biopsies Completed | 11 | 1* | 1 | 0 | 12 |

* Included in TCART total

**Awaiting further information

Parentheses signify delta from the previous week
(in this case the week starting July 6th)

Draft, Proprietary & Confidential



1

OVAS_0114538

**From**:     David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING]
**Sent**:     7/23/2015 6:23:28 PM
**To**:       Michelle Dipp [mdipp@ovascience.com]
**Subject**:  FW: Patient Pipeline Numbers for MD BOD Meeting

Michelle, attached please find latest numbers for your BOD meeting tomorrow.

David P. Harding
Chief Commercial Officer


OvaScience™
Improving Fertility Through Science
215 First Street
Cambridge, MA 02142
Mobile: +1 781 254 0986

OVAS_0114664

## AUGMENT Patient Pipeline

7/23/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 1018 | 281 | 154 | 81 | 1,534 |
| Questionnaires Received | 468 | 91 | 33 | 27 | 619 |
| Consults Scheduled | 147 | 30 | 13 | 13 | 203 |
| Consults Completed | 84** | 22 | 12 | 5** | 123 |
| Biopsies Scheduled | 5 | 3 | 1 | 0 | 9 |
| Biopsies Completed | 11 | 1* | 1 | 0 | 12 |
| AUGMENT's Completed | 3 | 0 | 1 | 0 | 4 |

\* Included in TCART total
\*\*Awaiting further information

Draft, Proprietary & Confidential

OvaScience
Improving Fertility Through Science

1

Confidential

OVAS_0114665

# Biopsy Schedule

7/23/15

*Overview of ACE clinic biopsy schedule by week*

| Week | TCART | First Steps Fertility | Fakih IVF | Gen-ART | Total |
|---|---|---|---|---|---|
| Week of Jul. 20th | - | - | - | - | 0 |
| Week of Jul. 27th | 1 | - | - | - | 1 |
| Week of Aug. 3rd | - | 1 | - | - | 1 |
| Week of Aug. 10th | - | 1 | - | - | 1 |
| Week of Aug. 17th | - | 1 | - | - | 1 |
| Week of Aug. 24th | - | - | 1 | - | 1 |
| Aug. – Week TBD | 3 | - | - | - | 3 |
| Sep. – Week TBD | 1 | - | - | - | 1 |
| **Totals** | **5** | **3** | **1** | **0** | **9** |

OvaScience®
Improving Fertility Through Science

Draft, Proprietary & Confidential

2

OVAS_0114666

| **From**: | David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING] |
|---|---|
| **Sent**: | 7/30/2015 3:23:29 PM |
| **To**: | Michelle Dipp [mdipp@ovascience.com] |
| **Subject**: | FW: Pipeline Slide |

Here are the numbers.  Did not get latest update from TCART.

David P. Harding
Chief Commercial Officer

OvaScience
Improving Fertility Through Science
215 First Street
Cambridge, MA 02142
Mobile: +1 781 254 0986

OVAS_0115630

## AUGMENT Patient Pipeline

7/30/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 1018 | 291 (10) | 154 (8) | 81 | 1,552 (18) |
| Questionnaires Received | 468 | 92 (1) | 36 (3) | 27 | 623 (4) |
| Consults Scheduled | 147 | 30 (1) | 13 | 13 | 204 (1) |
| Consults Completed | 84** | 25 (3) | 12 | 5** | 126 (3) |
| Biopsies Scheduled | 4 | 3 | 1 | 0 | 8 |
| Biopsies Completed | 12 (1) | 1* | 1 | 0 | 13 (1) |
| AUGMENT's Completed | 4 (1) | 0 | 1 | 0 | 5 (1) |

\* Included in TCART total
\*\*Awaiting further information

Draft, Proprietary & Confidential

OvaScience®
Improving Fertility Through Science

1

OVAS_0115631

# Biopsy Schedule

7/30/15

*Overview of ACE clinic biopsy schedule by week*

| Week | TCART | First Steps Fertility | Fakih IVF | Gen-ART | Total |
|---|---|---|---|---|---|
| Week of Aug. 3rd | - | 1 | - | - | 1 |
| Week of Aug. 10th | - | 1 | 1 | - | 2 |
| Week of Aug. 17th | - | 1 | - | - | 1 |
| Week of Aug. 24th | 2 | - | - | - | 2 |
| Aug. – Week TBD | 1 | - | - | - | 1 |
| Sep. – Week TBD | 1 | - | - | - | 1 |
| **Totals** | **4** | **3** | **1** | **0** | **8** |

OvaScience
Improving Fertility Through Science

Draft, Proprietary & Confidential

2

OVAS_0115632

| | |
|---|---|
| **From**: | John Eisel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=17D243B90CA64BD9A7DDA620777C1597-JEISEL] |
| **Sent**: | 7/30/2015 8:24:10 PM |
| **To**: | Michelle Dipp [mdipp@ovascience.com] |
| **Subject**: | FW: AUGMENT Patient Pipeline Update 7/30/15 |

This data is enough to make the point that there's a real demand problem, we don't need to wait for PIMS to be fully implemented to tell that.

---

**From:** Josh Penzias
**Sent:** Thursday, July 30, 2015 4:08 PM
**To:** David Harding; Jeffrey Young; John Eisel; Richard Spector; Michael Silver; Chris Meyer
**Subject:** AUGMENT Patient Pipeline Update 7/30/15

Hi Folks,

Please see attached, and let me know if you have any questions.

Best,
Josh

OvaScience
Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)

OVAS_0115675

## AUGMENT Patient Pipeline

7/30/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 1045 (27) | 291 (10) | 154 (8) | 81 | 1,579 (35) |
| Questionnaires Received | 481 (13) | 92 (1) | 36 (3) | 27 | 636 (17) |
| Consults Scheduled | 154 (7) | 30 (1) | 13 | 13 | 211 (8) |
| Consults Completed | 84** | 25 (3) | 12 | 5** | 126 (3) |
| Biopsies Scheduled | 4 | 3 | 1 | 0 | 8 |
| Biopsies Completed | 12 (1) | 1* | 1 | 0 | 13 (1) |
| AUGMENT's Completed | 4 (1) | 0 | 1 | 0 | 5 (1) |

* Included in TCART total
**Awaiting further information

Draft, Proprietary & Confidential

OvaScience
Improving Fertility Through Science

1

OVAS_0115676

# Biopsy Schedule

7/30/15

*Overview of ACE clinic biopsy schedule by week*

| Week | TCART | First Steps Fertility | Fakih IVF | Gen-ART | Total |
|---|---|---|---|---|---|
| Week of Aug. 3rd | - | 1 | - | - | 1 |
| Week of Aug. 10th | - | 1 | 1 | - | 2 |
| Week of Aug. 17th | - | 1 | - | - | 1 |
| Week of Aug. 24th | 2 | - | - | - | 2 |
| Aug. – Week TBD | 1 | - | - | - | 1 |
| Sep. – Week TBD | 1 | - | - | - | 1 |
| **Totals** | **4** | **3** | **1** | **0** | **8** |

Draft, Proprietary & Confidential

OvaScience®
Improving Fertility Through Science

2

Confidential

OVAS_0115677

| | |
|---|---|
| **From**: | John Eisel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=17D243B90CA64BD9A7DDA620777C1597-JEISEL] |
| **Sent**: | 8/7/2015 12:45:04 PM |
| **To**: | Jeffrey Young [jyoung@ovascience.com] |
| **Subject**: | FW: AUGMENT Patient Pipeline 8/6/15 |

Note that August is currently at 6 biopsies.

**From:** Josh Penzias
**Sent:** Thursday, August 06, 2015 9:57 PM
**To:** David Harding <dharding@ovascience.com>; Jeffrey Young <jyoung@ovascience.com>; Richard Spector <rspector@ovascience.com>; John Eisel <jeisel@ovascience.com>; Michael Silver <msilver@ovascience.com>; Chris Meyer <cmeyer@ovascience.com>
**Subject:** AUGMENT Patient Pipeline 8/6/15

Hello Team,

Please see attached for the Augment Patient Pipeline and let me know if you have any questions.

Best,
Josh

**OvaScience**
Joshua Penzias | Sales Operations Associate
215 First Street, Suite 240, Cambridge, MA  02142
617-714-9635 (Office) | 857-636-8929 (Mobile)

OVAS_0198039

## AUGMENT Patient Pipeline

8/6/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 1077 (32) | 310 (19) | 163 (9) | 83 (2) | 1,633 (62) |
| Questionnaires Received | 503 (22) | 96 (3) | 38 (2) | 27 | 6664 (27) |
| Consults Scheduled | 156 (2) | 35 (5) | 21 (2) | 13 | 211 (9) |
| Consults Completed | 84** | 28 (3) | 21 (2) | 5** | 138 (5) |
| Biopsies Scheduled | 4 (1) | 1 | 1 | 0 | 6 (1) |
| Biopsies Completed | 14 (2) | 2 (1)* | 1 | 0 | 15 (2) |
| AUGMENT's Completed | 4 | 0 | 1 | 0 | 5 |

\* Included in TCART total
\*\*Awaiting further information

Draft, Proprietary & Confidential

OvaScience®
Improving Fertility Through Science

1

Confidential

OVAS_0198040

# Biopsy Schedule

8/6/15

*Overview of ACE clinic biopsy schedule by week*

| Week | TCART | First Steps Fertility | Fakih IVF | Gen-ART | Total |
|---|---|---|---|---|---|
| Week of Aug. 10th | - | - | - | - | 0 |
| Week of Aug. 17th | - | 1 | 1 | - | 2 |
| Week of Aug. 24th | 2 | - | - | - | 2 |
| Aug. – Week TBD | - | - | - | - | 0 |
| Sep. – Week TBD | 2 | - | - | - | 2 |
| **Totals** | **4** | **1** | **1** | **0** | **6** |

OvaScience
Improving Fertility Through Science

Draft, Proprietary & Confidential

2

OVAS_0198041

| **From**: | David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING] |
|---|---|
| **Sent**: | 8/13/2015 4:50:22 PM |
| **To**: | Michelle Dipp [mdipp@ovascience.com]; Arthur Tzianabos [atzianabos@ovascience.com] |
| **Subject**: | FW: AUGMENT Patient Pipeline 8/13/15 |

FYI, your weekly feed

David P. Harding
Chief Commercial Officer

**OvaScience**
Improving Fertility Through Science
215 First Street
Cambridge, MA 02142
Mobile: +1 781 254 0986

OVAS_0116429

## AUGMENT Patient Pipeline

8/12/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 1090 (13) | 323 (13) | 165 (2) | 86 (3) | 1,664 (31) |
| Questionnaires Received | 513 (10) | 101 (5) | 38 | 27 | 679 (15) |
| Consults Scheduled | 163 (7) | 35 | 23 (2) | 13 | 234 (9) |
| Consults Completed | 84** | 32 (4) | 23 (2) | 5** | 144 (6) |
| Biopsies Scheduled | 3 | 1 | 1 | 0 | 5 |
| Biopsies Completed | 14 (2) | 2 (1)* | 1 | 0 | 15 (2) |
| AUGMENT's Completed | 5 (1) | 0 | 1 | 0 | 6 |

* Included in TCART total
**Awaiting further information

Draft, Proprietary & Confidential

OvaScience®
Improving Fertility Through Science

1

OVAS_0116430

# Biopsy Schedule

8/12/15

*Overview of ACE clinic biopsy schedule by week*

| Week | TCART | First Steps Fertility | Fakih IVF | Gen-ART | Total |
|---|---|---|---|---|---|
| Week of Aug. 10th | - | - | - | - | 0 |
| Week of Aug. 17th | - | 1 | - | - | 1 |
| Week of Aug. 24th | 2 | - | 1 | - | 3 |
| Week of Aug. 31st | 1 | - | - | - | 1 |
| Week of Sep. 7th | - | - | - | - | 0 |
| **Totals** | **3** | **1** | **1** | **0** | **5** |

OvaScience
Improving Fertility Through Science

Draft, Proprietary & Confidential

2

OVAS_0116431

**From**: David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING]
**Sent**: 8/24/2015 1:39:20 PM
**To**: Michelle Dipp [mdipp@ovascience.com]; Arthur Tzianabos [atzianabos@ovascience.com]
**Subject**: FW: Can you please give us an updated version of the biopsy and inquiry document ASAP today?

FYI, latest on the bx schedule.

Confidential

## AUGMENT Patient Pipeline

8/24/15

| Patients in the Pipeline | TCART | First Steps | Fakih | Gen-Art | Total |
|---|---|---|---|---|---|
| Inquiries Received | 1103 (13) | 338 (15) | 171 (6) | 92 (6) | 1,704 (40) |
| Questionnaires Received | 524 (11) | 106 (5) | 40 (2) | 28 (1) | 698 (19) |
| Consults Scheduled | 169 (6) | 35 | 25 (2) | 13 | 242 (8) |
| Consults Completed | 84** | 32 | 25 (2) | 5** | 146 (2) |
| Biopsies Scheduled | 5 (2) | 0 | 1 | 0 | 6 (2) |
| Biopsies Completed | 15 (1) | 3 (1)* | 1 | 0 | 16 (1) |
| AUGMENT's Completed | 5 | 0 | 1 | 0 | 6 |

* Included in TCART total
**Awaiting further information

Draft, Proprietary & Confidential

OvaScience®
Improving Fertility Through Science

1

Confidential

OVAS_0116879

# Biopsy Schedule

8/24/15

*Overview of ACE clinic biopsy schedule by week*

| Week | TCART | First Steps Fertility | Fakih IVF | Gen-ART | Total |
|---|---|---|---|---|---|
| Week of Aug. 24th | 3 | - | 1 | - | 4 |
| Week of Aug. 31st | 2 | - | - | - | 2 |
| Week of Sep. 7th | - | - | - | - | 0 |
| Week of Sep. 14th | - | - | - | - | 0 |
| Week of Sep. 21st | - | - | - | - | 0 |
| **Totals** | **5** | **0** | **1** | **0** | **6** |

OvaScience
*Improving Fertility Through Science*

Draft, Proprietary & Confidential

2

OVAS_0116880