# EXHIBIT 31



OVAS_0262046

## Executive Summary

- Following traditional business model will only achieve a portion of the overall goal

- Opening up the business model to accept referrals from a larger number of clinics will be critical

- In addition, capturing cycles from UAE insurance decision (or potential other big business development initiative) will be essential to achieving the goal

- Processing capacity will likely need to be added quickly to support additional demand in key geographies

- Re-aligning the AUGMENT team to focus more deeply on key geographies and creating rapid feedback and accountability mechanisms will be critical to success

DRAFT, CONFIDENTIAL & PROPRIETARY

**OvaScience**®
Improving Fertility Through Science

2

OVAS_0262047

## Working via current business model will only achieve a portion of the goal

| Clinic | 1st Half | July | Aug | Sept | Oct | Nov | Dec | 2015 Total |
|---|---|---|---|---|---|---|---|---|
| TCART | 10 | 7 | 10 | 15 | 17 | 22 | 25 | **106** |
| First Steps | | | | 5 | 10 | 12 | 15 | **42** |
| Panama | | 10 | 10 | 10 | 12 | 15 | 15 | **72** |
| Gen-Art | | 5 | 5 | 10 | 10 | 15 | 15 | **60** |
| GOP | | | 5 | 10 | 10 | 12 | 15 | **52** |
| Fakih Dubai | 1 | 5 | 5 | 7 | 10 | 15 | 15 | **58** |
| Oxford | | | | | 10 | 15 | 15 | **40** |
| IVI | | | | | 10 | 15 | 20 | **45** |
| Japan | | | | | | 30 | 30 | **60** |
| Malay | | | | | | 10 | 15 | **25** |
| **Total** | **11** | **27** | **35** | **57** | **89** | **161** | **180** | **560** |

OvaScience
Improving Fertility Through Science

3

Confidential

OVAS_0262048

## New approaches will be necessary for achieving goal

| Clinic | July | Aug | Sept | Oct | Nov | Dec | 2015 Total |
|---|---|---|---|---|---|---|---|
| Drive referrals to Canadian sites | | 10 | 20 | 25 | 30 | 30 | **115** |
| Drive volume through Fakih Abu Dhabi (insurance) | | 20 | 30 | 40 | 50 | 60 | **200** |
| Bring on 2nd UK facility | | | | | 10 | 15 | **25** |
| Drive referrals from other EU/ME clinics | | | | 10 | 10 | 10 | **30** |
| Drive referrals from other Latin America clinics | | 5 | 10 | 15 | 20 | 20 | **70** |
| **Total** | | **35** | **60** | **90** | **120** | **135** | **440** |

OvaScience
*Improving Fertility Through Science*

4

OVAS_0262049

## Key Initiatives to Maximize Supplemental Volumes

**Drive referral volumes to existing sites (Canada, Panama, Turkey, EU)**
- Optimize tissue transport and patient logistics
- Execute meetings with collaborating physicians
- Create instructional materials and videos

**Capture volume from UAE Insurance Reimbursement**
- Prepare all documentation for successful reimbursement decision
- Build new lab in Abu Dhabi
- Modify marketing materials to reflect insurance decision

**Bring on second UK site**
- Ensure contracts will allow secondary sites (i.e. no exclusivity in UK)
- Rapidly deploy lab
- Ramp up commercial activity



5

OVAS_0262050

## Additional capacity likely required

- Additional shifts required at TCART to support Q4 volume and OvaPrime cycles

- Multiple lines may be required at First Steps in Q4 to support referral cycles

- Additional lines required in Dubai and new line(s) in Abu Dhabi to support volumes stemming from relaunch and insurance decisions

- Multiple lines likely required in Panama to support referral volumes

Detailed modeling of new capacity requirements on both clinic embryology and OVAS cell processing needed ASAP

DRAFT, CONFIDENTIAL & PROPRIETARY

OvaScience®
Improving Fertility Through Science

6

Confidential

OVAS_0262051

## New Structure/Strategy to Drive AUGMENT Performance

- Focused on individual and team effectiveness

- There are three main goals for the new AUGMENT Team
  - Drive tactical activities by site so that teams can ensure all site setup activities (technical and commercial) are successfully completed in time for the first biopsy and AUGMENT treatment
  - Maximize cycle throughput at established sites by executing commercial activities, optimizing capacity and efficiency, and monitoring performance
  - Identify and resolve cross-cutting AUGMENT issues (e.g. mito freezing, manufacturing, commercial)

- Structured such that information flows up to Sr. Management so that they can properly support initiatives and remove roadblocks when they arise

- Establish clear metrics to define success and establish accountability

**OvaScience**®
Improving Fertility Through Science

7

OVAS_0262052



OVAS_0262053



## Tactical Site and Other Team Leads

| Team | Leader |
|---|---|
| New Market Assessment | Allie King |
| PIMS (pax info management system) | John Eisel |
| Panama | Richard Spector |
| Singapore/Malaysia | Richard Spector |
| Japan | Keita Enshu assisted by Richard |
| First Steps | Michelle Janke |
| TCART | Michelle Janke |
| Oxford | David Lee |
| IVI | David Lee |
| Turkey (Gen-ART/GOP) | Richard Spector |
| Dubai (Fakih) | Richard Spector |
| Tissue Logistics | John Eisel |
| Capacity Planning | Sun Altbach |

DRAFT, CONFIDENTIAL & PROPRIETARY

OvaScience®
Improving Fertility Through Science

10

OVAS_0262055

# Roles and Responsibilities

- Executive S&OP Team
  - Responsible for providing overall corporate strategy as related to AUGMENT
  - Responsible for approving AUGMENT growth strategy developed by Commercial Team/S&OP Team
  - Review monthly dashboards which show (visually) progress against targets with respect to forecast, capacity, and site onboarding
    - Support S&OP Team in removal of roadblocks and elimination of risks to overall AUGMENT treatment goals.
  - Meeting facilitated by David Harding

- S&OP Team
  - Focused on monitoring and tracking AUGMENT forecast and capacity.
  - Review any technical/commercial/marketing activities and/or risks and opportunities that could impact (positively or negatively) the forecast
    - Unless already provided by Clinic teams the S&OP Team will develop and support mitigation strategies to remove risks/roadblocks
  - Led by Michael Silver, Nigel Williams, and Chris Meyer

- Clinic Teams
  - Responsible for executing standard practices associated with bringing sites onboard and driving cycle volume.
    - Tasks include cell processing, training, marketing, and IT systems
  - Led by Partner Development Leader who is responsible for the region where the clinic is located

- Ad Hoc Teams (e.g. PIMS, Market Assessment, Mito Freezing)
  - Responsible for discrete projects or initiatives identified by the AUGMENT team
  - Led by functional lead as determined by the AUGMENT team

OvaScience®
Improving Fertility Through Science

11

OVAS_0262056

## Dashboards and Metrics

Dashboards

- Each Clinic Team will have a standard dashboard that will be used to demonstrate progress against key milestones within the project plan

- S&OP Meetings will be supported by two dashboards
  - Status Dashboard for Forecast and Capacity
    - Stop Light system to highlight risks in both forecast and capacity globally
  - Summary Dashboard for key milestones related to new clinics
    - Rolled up dashboard will be supported by individual dashboards by site
  - Summary Dashboard for key milestones related to ongoing clinic operations

- Executive S&OP meeting will be supported by a similar set of dashboards as S&OP meeting
  - Summarized progress against goals
  - Outline of key risks and opportunities that require support of Sr. Executive Team

- Metrics
  - Forecast Accuracy (Projected vs Actual)
  - Capacity Accuracy (Projected vs Actual) – critical for periods when delta between forecast and capacity is small
  - Month-over-Month change with respect to key milestone completion
    - Comparison of Key Milestones that are "Red" month over month

OvaScience®
Improving Fertility Through Science

12

OVAS_0262057

## Next Steps

- Next Actions and Timing
  - Tuesday, July 7: Communicate plan to anyone that owns either a market or a functional area (1 hour)
  - Thursday, July 9: Functional leaders report back with updated tasks and timelines for population across all clinic Gantt charts (30-60 minute meetings between SC and functional leaders)
    - PM to support as needed/requested
  - Thursday, July 23: Senior leadership team reviews/assesses final proposals from market owners, rolled up scorecard/demand forecast, and problem solve in detail plans to address identified gaps/bottlenecks (3 hours)
- Establish Updated Meeting Schedules (Chris Meyer)
  - Action Team
  - Executive Steering Team
  - Exec S&OP Team

OvaScience
*Improving Fertility Through Science*

13

OVAS_0262058

# APPENDIX

OvaScience®
Improving Fertility Through Science

14

Confidential

OVAS_0262059

## Key Initiatives to Drive Current and Pipeline Sites

| **Accelerate TCART throughput** | • Bring on critical hires to drive conversion rate/speed<br>• Overcome pricing barriers with better value proposition messaging<br>• Increase inquiries via social media/PR<br>• Set expectations on AUGMENT/OvaPrime balance |

| **Bring First Steps on line** | • Prepare for early biopsies prior to lab opening<br>• Ensure timely lab implementation<br>• Increase inquiries via social media/PR<br>• Overcome pricing barriers with better value proposition messaging |

| **Support Panama ramp up** | • Accelerate lab implementation and clinician training<br>• Drive inquiries to Growing Generations<br>• Collaborate with Growing Gens to optimize marketing |



15

OVAS_0262060

# Key Initiatives to Drive Current and Pipeline Sites (continued)

| | |
|---|---|
| **Relaunch Gen-ART commercial efforts** | • Drive local PR<br>• Overcome pricing barriers with better value proposition messaging<br>• Build support in OB/Gyn referral network |
| **Drive commercial volume through GOP** | • Ensure patient/tissue logistics are efficient<br>• Prepare clinic staff for commercial conversations<br>• Build support in OB/Gyn referral network |
| **Relaunch Fakih commercial initiatives** | • Relaunch AUGMENT concept and value proposition messaging with improved data<br>• Execute PR and search initiatives while maximizing referral network<br>• Set expectations on AUGMENT/OvaPrime balance |



OvaScience®
Improving Fertility Through Science

16

## Key Initiatives to Drive Current and Pipeline Sites (continued)

| | |
|---|---|
| **Rapidly make Oxford commercial** | • Deploy lab quickly<br>• Set expectations for commercial launch<br>• Drive inquiry volumes through PR/search/social media |
| **Ensure IVI success** | • Deploy lab quickly<br>• Ensure preceptorship integrity and set commercial expectations<br>• Drive inquiry volumes through PR/search/social media |
| **Ramp Japan commercial engine** | • Finish lab implementation<br>• Drive commercial patient selection early<br>• Maximize PR/search/social media activities |
| **Prepare patient volume for Singapore/Malaysia** | • Accelerate lab deployment in Malaysia<br>• Prepare regional patients for travel to Singapore<br>• Optimize marketing engine to reflect Singapore limitations |



17

OVAS_0262062



OVAS_0262063



OVAS_0262064



OVAS_0262065