# EXHIBIT 32

**From**: David Harding [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFCA9DCEB962442A987B437342D5D3E8-DHARDING]
**Sent**: 6/30/2015 8:11:47 PM
**To**: Arthur Tzianabos [atzianabos@ovascience.com]
**Subject**: My mid-year performance assessment

Arthur, for your reading pleasure. I welcome your feedback.

Thanks

David



# Chief Commercial Officer Scorecard

| | KEY OUTCOMES |
|---|---|
| 1 | **Oversee AUGMENT commercial expansion.** **Overall 4/10. Performance against the 1000 cycles trumps all measures**<br>• Achieve at least 1000 invoiced AUGMENT cycles (defined as biopsy completed, tissue received, and clinic invoiced) across existing and new locations. [*Note: this is the single most important goal and takes priority over everything else on scorecard.*] 10 bx completed through Q2 – Substantially behind plan but with many mitigating factors (e.g. Turkey non-operational, Dubai under regulatory standstill, UK under regulatory standstill, TCART lacking capacity to manage patient load). Score 3/10<br>• In hitting this AUGMENT cycle target: for supporting activities 8/10<br>  ○ Develop ACE expansion strategy for 2015/2016, e.g., countries and resources required. (mid Q1) – completed in Q1 and being executed<br>  ○ For each clinic/country, determine optimal pricing and approach and modify over time to maximize usage and revenues. Pricing has been set as a unified international price. New pricing programs have been introduced uniformly across the globe<br>  ○ Oversee execution by:<br>    ▪ Driving end-to-end market development. Progressed several markets from evaluation phase to implementation phase (e.g. Panama, Singapore, Spain) and several others from contract to implementation phase (e.g. Japan)<br>    ▪ Ensuring a high-touch, high-service model at ACE Centers. Implemented quarterly wellness check and ensure that all interactions with clinics are positive and oriented toward driving the business forward. Likely providing too much touch at this point<br>    ▪ Developing strong patient oriented marketing. Revamped AUGMENT patient materials, implemented search engine marketing, launched EggHealth.com patient-education website. Need to build more social content and more web content across the globe<br>    ▪ Leverage registry and clinical publication strategy to drive adoption. Supported launch of clinical data at SRI, COGI, and ESHRE. Need to do a better job of translating that to messaging for the clinics. This will be done in Q3 |
| 2 | **Launch OvaPrime in at least 1 region in 2015.** **Overall on track and performing well (10/10)**<br>• Develop OvaPrime launch plan for end of 2015/2016 with resource requirements and forecast. (end Q1) Completed<br>• Roll out all the necessary foundational elements for launching, including by leading the following:<br>  ○ Securing agreement with existing ACE clinic in at least 1 region. Completed<br>  ○ Educating of clinics on new product and process. Ongoing<br>  ○ Developing of supporting marketing launch materials. Initial marketing materials completed. Additional materials to be developed in Q3 and Q4<br>  ○ Initiating of patient treatment. Likely initiation by August |
| 3 | **Establish ACE clinics in 5 new regions, most importantly Japan. Overall on track for 4 (9/10)**<br>• Establish ACE clinics in key regions of the world (e.g. Japan, Europe, E. Asia, Latin America) Japan Q3, Spain Q3, Panama Q3, Singapore/Malaysia Q3, UK????? Executive |

CONFIDENTIAL

Confidential



<table>
<tr><td></td><td>team directive to focus on these markets and not look for further expansion opportunities
<ul><li>For each market:
<ul><li>Secure appropriate agreements. Done or pending final legal review</li>
<li>Develop and oversee appropriate training and certification of the clinics. Formalize program with certification documents that can be displayed by clinics (ongoing). Overall tracking. Did not do certification program as this approach was abandoned</li>
<li>Create and implement a quarterly clinical partner performance review (starting Q2) Wellness check initiated in Q2</li></ul></li></ul></td></tr>
<tr><td>4</td><td>Own top-line product P&L and expense budget. (5/10)
<ul><li>Drive $7.2 million of recognized revenue. Substantially behind plan</li>
<li>Coordinate with EVP Operations to help ensure 35% [number being finalized] gross margin by end of 2015 (defined as average GM in Q4). Have not seen budget. Need help on this</li>
<li>Manage sales and marketing expenses to within plus or minus 10% of budget unless prior authorization to deviate is obtained. Have not seen detailed budget but have been under budget through Q2</li></ul></td></tr>
<tr><td>5</td><td>Ensure OvaScience has built key relationships with clinics, doctors, patients and KOLs. Overall very strong (9/10)
<ul><li>Inspire passion and energy around OVAS mission! I have been active at company meetings and in other venues evangelizing the passion for our mission
<ul><li>Be an evangelist who gets the world excited about the work being done.</li>
<li>Infuse a sense of urgency about meeting customer needs throughout OvaScience.</li></ul></li>
<li>As to KOLs:
<ul><li>Build KOL network (e.g., 3-4 relationships in each market). Have built relationships with top KOL's in each market but not yet 3-4. Probably at 2 at this point</li></ul></li>
<li>As to clinics/doctors:
<ul><li>Build clinic and doctor relationships, e.g., top 5 in each region, involving a high degree of international travel and face-to-face interactions. Have built relationships with key docs and administrators in each clinic and prospective clinic. Traveled to each clinic (in general more than once) during the first 6 months</li>
<li>Demonstrating technical and scientific aptitude, complete the "sale" as necessary. Did solo sale at IVI and Singapore. Feel competent in telling the clinical story</li>
<li>Organize KOL advisory board meeting and at least 2 regional user group (MD and/or Nurse) meetings/educational symposia by end of 2015. KOL advisory board meeting disbanded by executive team due to lack of value. Held ACE coordinator meeting at ESHRE</li></ul></li>
<li>As to patients:
<ul><li>Meet with patients as appropriate. Organized patient segmentation analysis to gather direct feedback from patients</li></ul></li></ul></td></tr>
<tr><td>6</td><td>Build and manage a commercial team consisting of 90%+ A players. Overall the partner development team is strong and marketing is still in the B range (6/10)
<ul><li>Make recommendation to senior leadership as to the ideal commercial team composition (Q1) Completed in Q1</li>
<li>Build out commercial structure and team of 90% A players to hit above targets, including 70%+ of new hires in A range. Hired very strong regional partner development team. Marketing team is still incomplete and not at "A" level</li></ul></td></tr>
</table>

| | |
|---|---|
| | • Manage overall team to:<br>  ○ Retain and develop existing A players. All top players retained<br>  ○ Take decisive actions on non-A players:<br>    ▪ Remove C players quickly and appropriately. Exited Michael Graffeo from business<br>    ▪ Coach/mentor B players or move them into roles in which they can be A players. Mentored Hannah Cummings to make her more productive. Need more work on Michael Silver |
| 7 | **Work closely with internal leadership. (9/10)**<br>• With EVP Operations: Ensure close coordination with operations; work closely with EVP Operations to ensure the strategy is supported operationally, and that demand and supply are coordinated. Raise potential yellow or red flags to EVP Operations proactively, including across cell-processing and quality at the centers, areas which the EVP Operations overseas. Working closely with Todd, Nigel, and now, John to ensure that commercial activities are closely coordinated with operations. Working closely with Chris Meyer to implement standard S&OP meetings and regular reviews of performance<br>• With Head of R&D: For the development of future technologies, provide perspective as to what CCO believes is valuable and important for future adoption. CCO should execute market research studies and KOL meetings to help inform the development process. Working effectively with Jim Luterman on developing strategies for OvaPrime<br>• With EVP Operations and Head of R&D: develop a clinical partner performance review system that measures key aspects of clinic performance and OvaScience support (e.g. patient throughput, quality metrics, response time, trouble resolution) Completed but needs to be revised to reflect current conditions |
| 8 | **Embody and drive key cultural attributes within the organization. Overall 8/10**<br>• Flexibility: highly adaptable to changing goals and tactics; thrives on challenges. I have demonstrated high flexibility as with changes in structure, reporting relationship, responsibility for account oversight, business model, and overall management approach have changed dramatically over time<br>• Low-ego: humble; does not need credit and is secure in their worth. I am willing to take on any task and do anything required to advance the business. I seek only to achieve goals<br>• Fast-paced: turn things around and make decisions quickly; effective with time. I need to improve my decision making pace a bit while not abandoning critical thinking and analytical skills<br>• Collaboration: works well within a *highly* cross-functional team; over-communicates. I believe I communicate effectively and I highly collaborative and cooperative. I need to be more directive in my leadership approach with younger team members.<br>• Patient-focus: has a sense of urgency around meeting patient needs. Deeply committed in this area<br>• Fun! Only you can be the judge of that! |

CONFIDENTIAL