# EXHIBIT 34

| | |
|---|---|
| From: | Gosebruch, Henry [henry.gosebruch@jpmorgan.com] |
| Sent: | 7/21/2015 3:13:13 AM |
| To: | Michelle Dipp [mdipp@ovascience.com]; Ross - Healthcare IB, Philip [Philip.Ross@jpmorgan.com] |
| Subject: | RE: Thanks &follow up |

Thanks for the update michelle - we will get you some feedback.......


Sent with Good (www.good.com)


-----Original Message-----
From: Michelle Dipp [mdipp@ovascience.com]
Sent: Monday, July 20, 2015 10:22 PM Eastern Standard Time
To: Gosebruch, Henry; Ross - Healthcare IB, Philip
Subject: Thanks & follow up

Confidential

Hi Phil and Henry,

Phil, thank you so much for taking the time to speak. Henry, I think Phil will bring you in the loop on our discussion post meeting with Allergan. Let me know if you want to discuss.

Their level of interest in the fertility space and/or in us is unclear although they say that women's health is a large and growing part of their business made you want to do commercialization deals.

It sounded like next steps would be for us to propose a specific structure for a commercialization deal. We are open to options where Allergan might help us in regions where we are not currently active or help us achieve a faster scale by using their GMP manufacturing labs and salesforce. Our biggest gap is still fulfilling demand. We still have patients waiting weeks to be seen and are starting to set up our own call center. We are likely to get coverage in both the UAE and in Israel which will significantly increase our volumes very quickly – in order to meet the demand, we will have to convert to a central/regional tissue processing (GMP) lab sooner rather than later (planned for 2017). This is expensive – but more importantly – this takes time – it's not easy to get a lab up to GMP standard quickly. Would prefer to use a pre-existing GMP lab. On the salesforce side, they know how to target this patient group & to sell a procedure into a clinic. We don't have a salesforce.

Separately, we have approval to move forward with OvaPrime and will be going into patients soon, so if this works as well as we think it can, demand will increase even more, and we will need seller operational/commercial infrastructure.

We're look forward to your thoughts as to how we might structure something which helps us scale quickly but allows us to retain long term value because we believe in what we are building, and we think ovature is potentially transformative.

Thanks,
M

Michelle Dipp, MD PhD
CEO, OvaScience

Confidential
OVAS_0808010

215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog


Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email

Confidential                                                                                                                                       OVAS_0808011