# EXHIBIT 35

| | |
|---|---|
| **From**: | Michelle Dipp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A23D856F44344AADA5892380664DFEAA-MDIPP] |
| **Sent**: | 7/23/2015 12:18:08 AM |
| **To**: | Marc Kozin [M.Kozin@lek.com] |
| **Subject**: | Re: OvaScience BOD update email- FYI only no response required |

Ha! I'm there :)

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

On Jul 22, 2015, at 8:12 PM, Marc Kozin <M.Kozin@lek.com> wrote:

Yes.  When you get to be my age the days of the week become harder to keep straight. 😬

On Jul 22, 2015, at 8:10 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Definitely, and we will have more information then.  Just to confirm, the strategy meeting is on Friday from 10 to 12 at Longwood. Looking forward to it!

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

On Jul 22, 2015, at 7:24 PM, Marc Kozin <M.Kozin@lek.com> wrote:

Thanks Michelle.  Awesome progress all around – well done.

Would love to chat about the Allergan thing – perhaps at the end of Thursday's meeting.

Marc

**MARC KOZIN • L.E.K. CONSULTING**
75 State Street, 19th Floor • Boston, MA 02109
617.951.9545 • m.kozin@lek.com • www.lek.com

---

**From:** Michelle Dipp [mailto:mdipp@ovascience.com]
**Sent:** Wednesday, July 22, 2015 4:05 PM
**To:** Richard Aldrich; John Howe (johnphowe3@gmail.com); John Sexton (js1@nyu.edu); Marc Kozin; Mary Fisher (mfisher@colorescience.com); Thomas Malley; Harald F. Stock | OvaScience; Jeff Capello
**Cc:** William Hicks (WCHicks@mintz.com); Dan Evans
**Subject:** OvaScience BOD update email- FYI only no response required

Confidential                                                                                                                                                         OVAS_0011378

Dear OvaScience Board of Directors,

We look forward to providing a detailed overview at the September 3rd Board of Directors meeting. In advance of this meeting, I wanted to update you on some items:

**AUGMENT:**
- 6 healthy babies have been born to women using the AUGMENT treatment in Canada, Dubai, and the UAE.
- Geographical expansion is ahead of schedule. We will be announcing that we are now working with IVI, the largest clinic group (38 clinics in Europe and Asia) in the world, based in Spain. Lab setup is also ongoing in Panama.
- We have implemented a new online patient tracking system within the clinics, and we are using this as part of a broader plan to improve patient conversion.
- Findings from an egg splitting assessment in Dubai where half of the eggs from 23 women were treated with Augment and half were not indicate a statistically significant improvement in embryo quality and ongoing clinical pregnancy rates (30% vs. 0%) for those eggs treated with AUGMENT compared to those treated with ICSI-alone. We expect these data will be published in the coming weeks.
- We are likely to get coverage for AUGMENT in the UAE – I expect the final meeting, where we agree on price, in the coming week. We have already agreed on indications which include first line for 1. Poor egg quality 2. Poor embryo quality 3. Severe male factor (low sperm count) 4. Low AMH levels (poor ovarian reserve) and second line for women with multiple implantation failures or miscarriages.
- We have started the discussions for coverage for AUGMENT in Israel.

**OvaPrime:**
- We are on track to introduce OvaPrime into patients by the end of the year. We have approval from the UAE to move forward. We expect to be treating patients in both Canada and the UAE.

**OvaTure:**
- We are on track to finalize the process for OvaTure in support of a defined development pathway by the end of the year.

**Financials / Operations:**
- We plan to file our 10-Q no later than August 10th. Our cash and short-term investments balance at the end of June was $155.6 million (vs. forecast of $156.5 million). Our Q2 cash burn was $13.7 million. Our cash burn was higher than plan primarily due to timing of remaining preceptorship payments, registry development and certain capital purchases.
- Q2 operating expenses were $16.7M, $2.6M million over forecast. The primary drivers for the increase was $0.8M in stock-based compensation related to new executive and consultant awards, and $0.8M of timing differences related to marketing the AUGMENT launch and market research. Excluding these items, our Q2 operating expenses were less than 6% over forecast.
- Our international IP migration strategy and legal entity organizational structure continues to progress. We have registered subsidiaries in Bermuda, Canada, UK, Turkey and Japan and are in the final stages of registration in UAE, Spain, Panama and Malaysia. We have initiated Phase 2 of our International IP strategy including transferring certain AUGMENT IP to our UK entity and are currently reviewing our Transfer Pricing strategy.

**Recruiting / Team / People:**
- Hiring is on track as planned, with our current FTE count at 74. We have made 9 new hires since the last Board meeting.
- We continue to focus on international hiring for our Commercial and Technical Operations teams. We are hiring for success in 2015 and plan to be at 90 FTEs by the end of Q3.

**Business Development:**

- We are exploring interest from Allergan on potential commercialization partnerships.
- <!--[if !supportLists]--><!--[endif]-->We have analyzed EggPC banking business models and expect to keep this internal.

As always, please do not hesitate to contact me with questions or comments.  We appreciate your continued support.

Best regards,
Michelle


Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Blog: http://blog.ovascience.com/

**PRIVACY & CONFIDENTIALITY NOTICE**

The information contained in this e-mail is intended for the named recipients only.  It may contain privileged and confidential information, and if you are not the addressee or the person responsible for delivering this to the addressee, you may not copy, distribute or take action in reliance on it. If you have received this e-mail in error, please notify us immediately by returning the original message to the sender by e-mail. Any views expressed in this e-mail are those of the individual sender, except where the sender specifically states them to be the view of L.E.K. Consulting.

**PRIVACY & CONFIDENTIALITY NOTICE**

The information contained in this e-mail is intended for the named recipients only.  It may contain privileged and confidential information, and if you are not the addressee or the person responsible for delivering this to the addressee, you may not copy, distribute or take action in reliance on it. If you have received this e-mail in error, please notify us immediately by returning the original message to the sender by e-mail. Any views expressed in this e-mail are those of the individual sender, except where the sender specifically states them to be the view of L.E.K. Consulting.

Confidential