# EXHIBIT 36

| | |
|---|---|
| From: | Michelle Dipp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A23D856F44344AADA5892380664DFEAA-MDIPP] |
| Sent: | 8/14/2015 6:04:48 PM |
| To: | Ross - Healthcare IB, Philip [Philip.Ross@jpmorgan.com] |
| CC: | Gosebruch, Henry [henry.gosebruch@jpmorgan.com] |
| Subject: | Re: RE: RE: |

U r right.

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

On Aug 14, 2015, at 11:04 AM, Ross - Healthcare IB, Philip <Philip.Ross@jpmorgan.com> wrote:

Structure and spinout is also very very complicated in a public company context too.
P



Sent with Good (www.good.com)



-----Original Message-----
From: Michelle Dipp [mdipp@ovascience.com]
Sent: Friday, August 14, 2015 07:40 AM Eastern Standard Time
To: Ross - Healthcare IB, Philip; Gosebruch, Henry
Subject: RE: RE:

Right which is why I liked the idea of retaining Ture but selling Augment (and maybe Prime) outright. But…not completely straightforward as per our discussion re competition…


Michelle Dipp, MD PhD

CEO, OvaScience

215 First St, Suite 240, Cambridge, MA 02142

Cell: 617 955 3139

mdipp@ovascience.com

Blog: http://blog.ovascience.com/


From: Ross - Healthcare IB, Philip [mailto:Philip.Ross@jpmorgan.com]
Sent: Friday, August 14, 2015 6:44 AM
To: Michelle Dipp; Gosebruch, Henry
Subject: Re: RE:

Confidential OVAS_1223414

M:

Agree with henry. The key here is retaining strategic flexibility. Clearly the hard part in doing so is if any augment relationship ( manufacturing via centralizied facility or specific co promote whereby you forego some control over the RE relationship) then becomes hard to separate or unwind. This ultimately can lead to difficulty for others to step up and compete for the wholeco until prime and ture steal the show in terms of fully identified value proposition (and that they remain external to any relationship with agn)
P

Philip S. Ross
Managing Director
Healthcare Investment Banking
J.P. Morgan
383 Madison Avenue, Floor 37
New York, NY 10179
Tel: 212 622 4388
Facsimile: 646 224 5726

---

**From**: Michelle Dipp [mailto:mdipp@ovascience.com]
**Sent**: Thursday, August 13, 2015 01:31 PM
**To**: Gosebruch, Henry
**Cc**: Ross - Healthcare IB, Philip
**Subject**: Re: RE:

Yep makes sense- tx again for input.

Michelle Dipp, MD PhD

CEO, OvaScience

215 First St., Suite 240, Cambridge, MA 02142

Cell: 617 955 3139

mdipp@ovascience.com

Twitter: @dipp

Blog: www.ovascience.com/patients/blog

On Aug 13, 2015, at 12:16 PM, Gosebruch, Henry <henry.gosebruch@jpmorgan.com> wrote:

My view is given ovaprime/ovature are huge opportunities it is probably hard to get them to agree to a deal for just augment without any rights/preferred position on those (but we should try!).   Also I am a bit hesitant on you becoming purely passive on augment (ie just clipping a royalty and letting a partner do all the selling).  So ideally more of perhaps a profit split on augment where they help on manufacturing and commercialization but you retain some ability to develop a commercial presence (ex-US and US) so that you have that ready for ovaprime and ovature?  And no rights for them on those……

---

**Henry Gosebruch** | Managing Director | Co-Head of M&A North America | **J.P. Morgan**
383 Madison, New York, NY 10179 | T: 212 622 2299 | F: 646 224 5620 | henry.gosebruch@jpmorgan.com
**Alternate contact:**  Denise Conti | T: 212 622 6923 | denise.conti@jpmorgan.com

Confidential
OVAS_1223415

**From:** Michelle Dipp [mailto:mdipp@ovascience.com]
**Sent:** Thursday, August 13, 2015 12:56 PM
**To:** Gosebruch, Henry
**Cc:** Ross - Healthcare IB, Philip
**Subject:** Re:

Sorry oval = global

Michelle Dipp, MD PhD

CEO, OvaScience

215 First St., Suite 240, Cambridge, MA 02142

Cell: 617 955 3139

mdipp@ovascience.com

Twitter: @dipp

Blog: www.ovascience.com/patients/blog

On Aug 13, 2015, at 11:54 AM, Michelle Dipp <mdipp@ovascience.com> wrote:

Henry,

Tx for your guidance here. The more I think about a manufacturing/commercialization deal- on Augment that's actually the whole of augment- we aren't doing any more R and d on it- unless we determined how diafert is used in conjunction w augment. But we would want to keep Ovaprime/ ovature. What you're saying is it would be hard to give them oval rights to all of augment if we wanted to keep prime/ture? Tx

Michelle Dipp, MD PhD

CEO, OvaScience

215 First St., Suite 240, Cambridge, MA 02142

Cell: 617 955 3139

mdipp@ovascience.com

Twitter: @dipp

Blog: www.ovascience.com/patients/blog

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email