# EXHIBIT 37

| | |
|---|---|
| From: | Michelle Dipp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A23D856F44344AADA5892380664DFEAA-MDIPP] |
| Sent: | 8/17/2015 3:43:57 PM |
| To: | Richard Aldrich [raldrich@longwoodfund.com] |
| Subject: | Re: |

Great let's you and I talk after partners mtg.

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

On Aug 17, 2015, at 8:36 AM, Richard Aldrich <raldrich@longwoodfund.com> wrote:

Yes. I'd like to talk to you first, without Ravi on board. I'm sort of confused about what type of deal we discussed with JPM.
I think Partner meeting over at 12:15pm, so we can continue then.

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Aug 17, 2015, at 11:32 AM, Michelle Dipp <mdipp@ovascience.com> wrote:

Look forward to discussing. We are exploring all options. Actually speaking w Ravi now on this. I think wd be good for 3 of us to speak- are you free after partners call?

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

On Aug 17, 2015, at 8:28 AM, Richard Aldrich <raldrich@longwoodfund.com> wrote:

I hope you are having a good break.   Let me know if you want to discuss it.

Richard Aldrich
Longwood Fund
Suite 1555

Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Aug 14, 2015, at 10:44 AM, Richard Aldrich <raldrich@longwoodfund.com> wrote:

So they went in a completely different direction from what we were discussing.   They didn't like Augment and OvaPrime purchase for 2.5X premium, and Ovature split out?

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Aug 14, 2015, at 7:37 AM, Michelle Dipp <mdipp@ovascience.com> wrote:

Will give you a call later today to discuss call.  Their brief thoughts are below.  They will follow up w some data on previous deals as well as some bullets for us to send over to them by email.
Tx

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Blog: http://blog.ovascience.com/

**From:** Ross - Healthcare IB, Philip [mailto:Philip.Ross@jpmorgan.com]
**Sent:** Friday, August 14, 2015 6:44 AM
**To:** Michelle Dipp; Gosebruch, Henry
**Subject:** Re: RE:

M:

Agree with henry. The key here is retaining strategic flexibility. Clearly the hard part in doing so is if any augment relationship ( manufacturing via centralizied facility or specific co promote whereby you forego some control over the RE relationship) then becomes hard to separate or unwind. This ultimately can lead to difficulty for others to step up and compete for the wholeco until prime and ture steal the show in terms of fully identified value proposition (and that they remain external to any relationship with agn)
P

Philip S. Ross
Managing Director
Healthcare Investment Banking
J.P. Morgan
383 Madison Avenue, Floor 37
New York, NY 10179
Tel: 212 622 4388

Confidential                                                                                                                                                       OVAS_1223434

Facsimile: 646 224 5726

**From**: Michelle Dipp [mailto:mdipp@ovascience.com]
**Sent**: Thursday, August 13, 2015 01:31 PM
**To**: Gosebruch, Henry
**Cc**: Ross - Healthcare IB, Philip
**Subject**: Re: RE:

Yep makes sense- tx again for input.

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

On Aug 13, 2015, at 12:16 PM, Gosebruch, Henry <henry.gosebruch@jpmorgan.com> wrote:

My view is given ovaprime/ovature are huge opportunities it is probably hard to get them to agree to a deal for just augment without any rights/preferred position on those (but we should try!).  Also I am a bit hesitant on you becoming purely passive on augment (ie just clipping a royalty and letting a partner do all the selling).  So ideally more of perhaps a profit split on augment where they help on manufacturing and commercialization but you retain some ability to develop a commercial presence (ex-US and US) so that you have that ready for ovaprime and ovature?  And no rights for them on those……

**Henry Gosebruch** | Managing Director | Co-Head of M&A North America | **J.P. Morgan**
383 Madison, New York, NY 10179 | T: 212 622 2299 | F: 646 224 5620 | henry.gosebruch@jpmorgan.com
**Alternate contact:**  Denise Conti | T: 212 622 6923 | denise.conti@jpmorgan.com

Confidential
OVAS_1223435