# EXHIBIT 38

**From**: Richard Aldrich [raldrich@longwoodfund.com]
**Sent**: 8/21/2015 8:11:30 PM
**To**: Ravi Mehrotra [rmehrotra@ovascience.com]
**CC**: Michelle Dipp [mdipp@ovascience.com]
**Subject**: Re: Project Apple BD com slides

Sounds good, thanks.
Also, I'm fine with the 'other thoughts', but we don't want it to result in a lot of unproductive ruminating.   I think you can say "short of doing a broad commercial deal with AGN we can also look at other strategic opportunities, among them….." and then move on.    I think the first 2 you list are long shots (Merck KGA seems totally f'd up- hard to imagine getting anything done with them).    If we think Diafert is worth looking at, we should.


Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590


On Aug 21, 2015, at 4:01 PM, Ravi Mehrotra <rmehrotra@ovascience.com> wrote:

Thanks – all great suggestions – I will incorporate into the slides before I send out

Ravi Mehrotra, PhD
Chief Corporate Development Officer
OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Direct: +1 617 758 8560
Cell: +1 917 750 6779
rmehrotra@ovascience.com

**From:** Richard Aldrich
**Sent:** Friday, August 21, 2015 3:00 PM
**To:** Ravi Mehrotra <rmehrotra@ovascience.com>
**Cc:** Michelle Dipp <mdipp@ovascience.com>
**Subject:** Re: Project Apple BD com slides

Ravi,
Looks good.

1.  A few comments, questions:
slide #2
- 4th bullet point is garbled
- 5th bullet - I would strike "50/50".    I think in our note to Apple, we can be non specific " a profit split reflecting relative contributions…", something like that.    50/50 might not make be right ratio in some regions.   They will have to earn their share of profits.
slide #3
- "poor" is a poor word.    I'd say 'limited commercial experience', 'limited commercial and operational global infrastructure'
slide #4

I'd title it "Deal logic for global co-commecialization deal"
- 3rd bullet has typo. Also, I'd say "The deal doesn't include OvaTure.<period>". The reasons we are not including Ovature:   "We feel that a small company like OVAS is better equipped to rapidly develop and prepare Ovature for launch.   So we've structured and valued the deal based on inclusion of the two commercial products…..". The last point I think you want to indicate that we won't initially offer a ROFR or any type of string on Ovature Inc., but we expect it will be difficult for AGN to do this sort of deal, without some control (via buyout options or ROFR) of Ovature.
slide #5
- per previous note, I don't think we should lock ourselves into any percentages, until we know who will be doing what.   "profit sharing" is as specific as we should get.
- Let's drop the comments about "bioworld" headlines.   We would negotiate a deal that involves serious economics, and milestones that we think are achievable.  We're not playing biobucks games with inflated $$.

2.  I think we need a slide with our overall strategy, saying something along the following lines:

OVAS stance is:
- we are not looking for a partner.   We are well financed and very confident as positive clinical data rolls in and Augment commercialization progresses.
- However, we recognize that working with AGN under the right structure, could (subject to better understanding their capabilities) enable us to broaden and accelerate commercialization.

M&A Risk:   AGN may find a co-commercialization deal too cumbersome and push for an acquisition.   Our goal with our co-commercialization proposal is to give us maximum leverage, should AGN push towards M&A.

Next step:  Michelle will send a roughly one page email to AGN CEO, summarizing, with 5-7 bullet points, the type of deal that 'might' work for us.

3.  Be prepared to discuss:
- history of interactions between OVAS and AGN, including their persistence.
- AGN's fertility capability in as much detail as we can.

Our goal should be to make this a 30 minute call, briefly summarizing the history and our plans to engage with AGN.   The AGN discussion could come to nothing, or could turn in to a serious, company transforming deal, but it is still very early.  So with the call we are just giving them a heads up.


Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590


On Aug 21, 2015, at 1:18 PM, Ravi Mehrotra <rmehrotra@ovascience.com> wrote:

Rich,

Please find attached the slides for the BD com meeting i.e. a modified version of the previous deck with the M&A analysis taken out.

I aim, to send this to the BD com members at 6pm today, please let me know if you have any comments.

Have a great  weekend.

Confidential                                                                                                                                                               OVAS_0365803

Kindest Regards

Ravi

Ravi Mehrotra, PhD
Chief Corporate Development Officer
OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Direct: +1 617 758 8560
Cell: +1 917 750 6779
rmehrotra@ovascience.com

<Project apple_RM_for BD com.pptx>

Confidential
OVAS_0365804