# EXHIBIT 39

**From**: Richard Aldrich [raldrich@longwoodfund.com]
**Sent**: 8/26/2015 9:01:32 PM
**To**: Michelle Dipp [mdipp@ovascience.com]
**Subject**: Re: Apple email

Sounds good.   It will be interesting to see how they respond.

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Aug 26, 2015, at 4:59 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Will bcc you.

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

On Aug 26, 2015, at 4:56 PM, Richard Aldrich <raldrich@longwoodfund.com> wrote:

Great

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On Aug 26, 2015, at 4:56 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Ok thanks, sending now.

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Blog: http://blog.ovascience.com/

**From:** Richard Aldrich
**Sent:** Wednesday, August 26, 2015 4:56 PM

**To:** Michelle Dipp
**Subject:** Re: Apple email

looks good.

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590


On Aug 26, 2015, at 4:53 PM, Michelle Dipp <mdipp@ovascience.com> wrote:

Dear Brent and David,

Firstly, congratulations on the Teva and Naurex deals. Allergan's rapid progress and value creation is impressive.

At OvaScience, we've been making rapid progress. AUGMENT™ has now been launched in North America (Canada), Europe, Latin America, the Middle East, and Asia. Recently, we completed an agreement with IVI, the largest IVF clinic network in the world with 38 clinics in 9 countries. In addition, the UAE's recent decision to cover the cost of AUGMENT™ for a significant percentage of their IVF patients, indicates the growing acceptance of the product's efficacy, and its potential to be part of first line IVF treatment. Most importantly, AUGMENT™'s efficacy has significantly exceeded our expectations. Over the coming months, we will continue to provide data showing that IVF patients treated with AUGMENT™ have higher pregnancy rates, and potentially safer pregnancies, as compared to those who have not received AUGMENT™. We are also on track to launch OvaPrime next year, which we believe may have an even greater market potential than AUGMENT™. Finally, we are continuing to develop OvaTure, and we believe it will be in patients shortly.

OvaScience and Allergan have discussed mutual interests in the fertility space. You've described Allergan's continued commitment to the women's health field, and in particular, to developing and marketing products in the fertility space.

We're confident in the multibillion dollar potential for AUGMENT™ and in our ability to make it available to patients on a global basis. We believe that we are poised for dramatic growth in the near term. But we also acknowledge the potential benefits of a collaboration with Allergan. Your commercial resources and expertise, especially in consumer/ therapeutic hybrid products, as well as your global footprint and infrastructure with manufacturing capabilities could potentially broaden and accelerate the achievement of our goals. So we've briefly outlined below the type of collaboration that we believe could enable us to, together, take full advantage of the opportunity we have created with AUGMENT™. We also believe that there would also be significant synergies between Diafert and AUGMENT™.

As an initial framework for an OvaScience - Allergan collaboration on AUGMENT™, we would propose the following general terms:

- Allergan would receive an exclusive global right to jointly develop and market, with OvaScience, AUGMENT™.
- OvaScience would continue to manage all core development and commercial activities. A joint steering committee would be established to optimize the deployment of Allergan and OvaScience operational and commercial resources.
- In recognition of the value that OvaScience has created with AUGMENT™, Allergan would make a financial commitment to OvaScience (a) signature payment of $200M, (b) an equity investment of approximately $150M, with stock being purchased at a premium to market, (c) milestones totaling $800M.

Confidential                                                                                                                  OVAS_0366117

I look forward to further discussing the potential benefits of an OvaScience-Allergan collaboration with you in the near future.

Kind regards,
Michelle


Michelle Dipp, MD PhD
CEO, OvaScience
215 First St, Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Blog: http://blog.ovascience.com/

Confidential
OVAS_0366118