# EXHIBIT 41

| | |
|---|---|
| **From**: | Michelle Dipp [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A23D856F44344AADA5892380664DFEAA-MDIPP] |
| **Sent**: | 5/4/2015 10:20:05 AM |
| **To**: | Richard Aldrich [raldrich@longwoodfund.com] |
| **Subject**: | Fwd: PR updated |

We can discuss this afternoon. Tx

Michelle Dipp, MD PhD
CEO, OvaScience
215 First St., Suite 240, Cambridge, MA 02142
Cell: 617 955 3139
mdipp@ovascience.com
Twitter: @dipp
Blog: www.ovascience.com/patients/blog

Begin forwarded message:

From: Arthur Tzianabos <atzianabos@ovascience.com>
Date: May 4, 2015 at 1:56:21 AM EDT
To: Michelle Dipp <mdipp@ovascience.com>, Cara Mayfield <cmayfield@ovascience.com>
Cc: Theresa McNeely <tmcneely@ovascience.com>
**Subject: PR updated**

Hi,

I worked on this and then got T's input. Let us know what you think. It takes the approach of letting the patient and the docs taking the lead, not us.

A

Arthur Tzianabos, PhD
President

Confidential OVAS_0113013

215 First St., Suite 240,

Cambridge,

MA 02142

(ph) 617-800-0402

atzianabos@ovascience.com

www.ovascience.com

Confidential

Case 1:17-cv-10511-IT   Document 140-41   Filed 06/29/21   Page 4 of 7



# News Release

**DRAFT – Not For Immediate Release**

## First Baby Born ~~Following~~ With ~~the~~OvaScience's AUGMENT Fertility Treatment

### - Innovative Fertility Treatment ~~Offers Enhanced IVF~~ Developed~~Designed~~ to ~~Women with Poor~~Improve Egg Health, a Major Factor ~~i~~In IVF Success -

**CAMBRIDGE, Mass., May XX, 2015** – OvaScience℠ (NASDAQ: OVAS), a global fertility company focused on the discovery, development and commercialization of new treatment options, announced today that one of the first patients who received the ~~AUGMENT~~AUGMENT℠ treatment gave birth to a healthy baby boy in Toronto, Ontario, Canada.

~~The mother is a 34-year-old woman with a history of polycystic ovary syndrome (PCOS) and ectopic pregnancy and had previously failed multiple fertility treatments over a four-year period, including  a failed~~ *an in vitro* fertilization (IVF ~~cycle)~~ cycles in which ~~ due to~~her eggs displayed poor egg health. ~~She was successful with her first AUGMENT treatment.~~

"Before my husband and I learned about the AUGMENT treatment, we believed there was little hope for people like me who do not make healthy eggs," said the mother. "We are optimistic that our experience will show couples, especially those who suffer from poor egg health, that they have ~~options~~a new option to have their own biological child."

Egg health is a key factor in female fertility. While many factors contribute to egg health, having adequate levels of energy-producing mitochondria inside of the egg is essential for healthy fertilization and embryo development. The AUGMENT treatment uses the energy-producing mitochondria from a woman's own egg precursor (EggPC℠) cells – immature egg cells found in the protective lining of her ovaries – to supplement the existing mitochondria in her eggs. The AUGMENT treatment is designed to improve the health of a woman's existing eggs, and enhance the IVF procedure. The AUGMENT treatment is not available in the United States.

"You expect to see compromised egg health as women age, but many younger women also have poor egg health for various reasons.  I was surprised to discover that the mother's eggs and embryo quality were so poor, despite her 34 years of age," said Marjorie E. Dixon, M.D., F.R.C.S.(C), F.A.C.O.G., Medical Director at First Steps Fertility and Assistant Professor of Reproductive Endocrinology and Infertility at the University of Toronto. "Based on an assessment of diminished embryo quality in a failed IVF cycle with multiple embryo transfers and several other factors contributing to her infertility, I would not have recommended another round of IVF. When I learned about the AUGMENT treatment available at TCART, I was excited to offer this couple a new opportunity to have their own child."

Confidential                                                                                                                                          OVAS_0113015

~~"You expect to see compromised egg health as women age, but many younger women also have poor egg health for various reasons, including polycystic ovary syndrome~~," said Marjorie E. Dixon, M.D., F.R.C.S.(C), F.A.C.O.G., Medical Director at First Steps Fertility and Assistant Professor of Reproductive Endocrinology and Infertility at the University of Toronto, and the reproductive endocrinologist who treated the mother. "Based on the morphology and ~~fragmentation~~condition of the~~her~~ eggs, ~~as well as other underlying factors contributing to her infertility, I would not have recommended another round of standard IVF and could only recommend a donor egg.~~. The AUGMENT treatment provided this couple a chance to have their ~~own biological child~~healthy baby."

One in six couples worldwide has trouble getting pregnant naturally. IVF is the standard infertility treatment; however, it often fails. Approximately 45 to 75 percent of infertility cases include female-related factors and many physicians believe that compromised egg health accounts for a majority of these cases.

"We were the first clinic to offer the AUGMENT treatment in Canada, and I have seen firsthand the positive impact it has on pregnancy rates, particularly in women with poor prognoses," said Robert F. Casper, M.D., F.R.C.S.(C), Medical Director of TCART Fertility Partners, where this AUGMENT treatment procedure took place. "The success of IVF depends on many factors; however, most fertility experts agree that egg and embryo quality are key prognostic indicators, which the AUGMENT treatment was developed to address. We are pleased to continue providing the AUGMENT treatment to women who are seeking new options."

"Our mission at OvaScience is to bring new fertility treatment options to women with the goal of helping them build their families," said Michelle Dipp, M.D., Ph.D., Chief Executive Officer of OvaScience. "We look forward to bringing the AUGMENT treatment to more women around the world as well as future treatment options from our egg precursor cell technology."

**About the AUGMENT℠ Treatment**
The AUGMENT treatment is the first fertility treatment available to patients based on OvaScience's proprietary egg precursor cell (EggPC℠) cell technology. The AUGMENT treatment uses energy-producing mitochondria from a woman's own ~~egg precursor (~~EggPC℠~~)~~ cells, which are immature egg cells found in the protective lining of the ovaries, to supplement the existing mitochondria in ~~the~~ her eggs. This treatment is designed to increase the eggs' energy levels for embryo development. The AUGMENT treatment is available in select international IVF clinics, and initial positive clinical experiences of pregnancies with the treatment have been reported.
For more information, please visit www.augmenttreatment.com.

**About OvaScience**
OvaScience (NASDAQ: OVAS) is a global fertility company dedicated to improving treatment options for women around the world. OvaScience is discovering, developing and commercializing new fertility treatments because we believe women deserve more options. Each OvaScience treatment is based on the Company's proprietary technology platform that leverages the breakthrough discovery of egg precursor (EggPC℠) cells – immature egg cells found inside the protective ovarian lining. The AUGMENT℠ treatment, a fertility option specifically designed

Confidential

to improve egg health, is available in certain IVF clinics in select international regions outside of the United States. OvaScience is developing the OvaPrime℠ treatment, which could increase a woman's egg reserve, and the OvaTure℠ treatment, a potential next-generation IVF treatment that could help a woman produce healthy, young, fertilizable eggs without hormone injections. For more information, please visit www.ovascience.com and connect with us on Twitter and Facebook.

**Forward-Looking Statements**
*This press release includes forward-looking statements about the Company's plans for the AUGMENT treatment and future pregnancy rates. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, including risks related to: the possibility that international IVF clinics that we work with may determine not to begin or continue providing the AUGMENT treatment for commercial or other reasons; our expectation that the AUGMENT treatment and OvaPrime treatment meet the requirements of a class of products exempt from premarket review and approval under applicable regulations in those countries where we have launched or plan to introduce the AUGMENT treatment and plan to introduce the OvaPrime treatment; the commercial ramp up of the AUGMENT treatment, which we expect will depend upon the successful transition of ACE clinics to commercial operations, the addition of new ACE clinics, and the results from ACE clinic experience as they become available; the science underlying our treatment and treatments in development (including the AUGMENT, OvaPrime and OvaTure treatments), which is unproven; our ability to obtain regulatory approval where necessary for our potential treatments; our ability to develop our potential treatments, including the OvaPrime and OvaTure treatments, on the timelines we expect, if at all; our ability to commercialize the AUGMENT treatment and our potential treatments, including the OvaPrime treatment, on the timelines we expect, if at all; as well as those risks more fully discussed in the "Risk Factors" section of our most recently filed Quarterly Report on Form 10-Q and/or Annual Report on Form 10-K. The forward-looking statements contained in this press release reflect our current views with respect to future events. We anticipate that subsequent events and developments will cause our views to change. However, while we may elect to update these forward-looking statements in the future, we specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing our view as of any date subsequent to the date hereof.*

**Contacts:**

**Investors**
Theresa McNeely
EVP, Chief Communications Officer
tmcneely@ovascience.com
617-299-7356

**Media**
Cara Mayfield
Director, Corporate Communications
cmayfield@ovascience.com
617-714-9638

or

Katie Heydon
FleishmanHillard
katherine.heydon@fleishman.ca
416-645-3665

Confidential
OVAS_0113017

Confidential

OVAS_0113018