# EXHIBIT 42

| | |
|---|---|
| **From**: | Richard Aldrich [/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RALDRICH13705] |
| **Sent**: | 5/26/2016 12:49:49 AM |
| **To**: | Marc Kozin [M.Kozin@lek.com] |
| **Subject**: | Re: Ovas slides |

That is what we have to figure out!

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On May 25, 2016, at 8:27 PM, Marc Kozin <M.Kozin@lek.com> wrote:

Totally agree Rich.  The question is do we need this much spend to accomplish those priorities?
Best
Marc

On May 25, 2016, at 9:19 PM, Richard Aldrich <raldrich@longwoodfund.com> wrote:

Marc,
Sorry for the slow turnaround.   I've been pretty busy with the financing which will price tomorrow morning.   It is a painful one, but necessary I'm afraid.
I share your concerns about burn, budget and commercial progress.   We will have plenty of time to dig into things at the board meeting on June 2.   I do want to push the team on  how we manage things going forward.    I think our budget and our efforts should all directly relate to:
1- Augment sales in Canada
2- Augment sales in Japan
3- Clearance to bring Augment forward in the US
4- OvaPrime POC
5- Ovature POC (might lower the priority here.  I want to hear more about when we could see POC.  If not in the next 12 months, I wouldn't invest additional money though I would not stop ongoing research)

Anything else, including infrastructure in EU, etc, can wait in my opinion.    We have to generate tangible commercial success in the next 12 months, or we are in deep trouble.   So I don't see the value in investing in the EU right now.   Others may disagree.

Re a new budget, I don't want to tie Harald up with more detailed plans and budgeting.  I do want to know how we are employing 150 people and spending $20M plus per quarter.   I think we only want to spend money on the 4-5 things above.   Dramatic progress in 1-2 of these things should put us in a much stronger position.   I'm happy to discuss it tomorrow.
Cheers
Rich

Confidential
OVAS_0032657

Richard Aldrich
Longwood Fund
Suite 1555
Prudential Tower
800 Boylston Street
Boston, MA 02199
617 351 2590

On May 25, 2016, at 12:33 PM, Marc Kozin <M.Kozin@lek.com> wrote:

Rich:

I remain concerned about the plan we have been given. I don't want to be negative/demotivating to the team so I thought I would seek your advice on how to handle.

You will recall a couple things when we approved the plan:
- 2016 was considered a can't miss number
- a lot of the spend was to enable us to achieve the 2017 and 2018 volumes. 2017 plan is 11,000. You and I chatted about this being a bit of threading the needle

We now know that base case for 2016 is 342. We also know that we are delaying Europe so 2017 will come down. I understand management does not want to spend time reforecasting 2017 now (even though they must be in the model). but a reasonable person would guess a few thousand. If so, this calls into question the invest for the ramp strategy.

Further we have been given 3 scenarios for 2016/17 and all three show 155-165m of burn. In fact, burn increases with volume which I don't understand. Despite this burn the spending on sales force is behind! And the suggestion to save 4m on Ovature seems like a bad idea. This burn implies associated financings as discussed.

So I think we have a couple of choices:

1. Give Harald et al some more time to sort through this
2. Insist on a bottom up zero based budgeting approach to bring the burn down.

I am Genuinely not sure of the right course - thoughts?

Marc

PRIVACY & CONFIDENTIALITY NOTICE

The information contained in this e-mail is intended for the named recipients only. It may contain privileged and confidential information, and if you are not the addressee or the person responsible for delivering this to the addressee, you may not copy, distribute or take action in reliance on it. If you have received this e-mail in error, please notify us immediately by returning the original message to the sender by e-mail. Any views expressed in this e-mail are those of the individual sender, except where the sender specifically states them to be the view of L.E.K. Consulting.


**PRIVACY & CONFIDENTIALITY NOTICE**

The information contained in this e-mail is intended for the named recipients only. It may contain privileged and confidential information, and if you are not the addressee or the person responsible for delivering this to the

addressee, you may not copy, distribute or take action in reliance on it. If you have received this e-mail in error, please notify us immediately by returning the original message to the sender by e-mail. Any views expressed in this e-mail are those of the individual sender, except where the sender specifically states them to be the view of L.E.K. Consulting.

Confidential
OVAS_0032659