# EXHIBIT 43

| | |
|---|---|
| **From:** | Harald Stock [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=021CC2FAD0B1428F89DE74D1CC0807DE-HARALD STOC] |
| **Sent:** | 11/29/2016 2:52:36 PM |
| **To:** | Christophe Couturier [ccouturier@ovascience.com] |
| **Subject:** | Re: PRIVILEGED & CONFIDENTIAL - OvaScience Board of Directors Meeting December 1, 2016: Base Case Budget 2017 Details |

I'm surprised myself. Not sure who "the board" is, suspecting Rich. Will know more after the 11:30am call. I'm now at 825 3rd Ave.

_____

**Harald F. Stock, Ph.D.**
President & Chief Executive Officer
O +1 (617) 420-8806
hstock@ovascience.com

**OvaScience, Inc.**
9 Fourth Avenue
Waltham, MA 02451
U.S.A.
www.OvaScience.com

On Nov 29, 2016, at 09:49, Christophe Couturier <ccouturier@ovascience.com> wrote:

Was it planned? It is it something specific?  The only item she requested that it not in here is the full list of employees with severance costs. I will have the spreadsheet ready tomorrow. Should we send them? I am surprised why the BOD would get that level of detail.

_____

**Christophe Couturier**
Chief Financial Officer
O  +1-617-420-8766
Ccouturier@ovascience.com

**OvaScience, Inc.**
9 Fourth Avenue
Waltham, MA 02451
USA
www.OvaScience.com

On Nov 29, 2016, at 09:41, Harald Stock <hstock@ovascience.com> wrote:

> Hi Christophe:
>
> Please see below; she and I will talk at 11:30am, let's decide and reach out to the team only then.
>
>
> See you in a bit,
> -H.

Confidential

Begin forwarded message:

**From:** Harald Stock <hstock@ovascience.com>
**Date:** November 29, 2016 at 09:39:35 EST
**To:** Michelle Dipp <mdipp@ovascience.com>
**Cc:** William Hicks <WCHicks@mintz.com>
**Subject: Re: PRIVILEGED & CONFIDENTIAL - OvaScience Board of Directors Meeting December 1, 2016: Base Case Budget 2017 Details**

Thanks Michelle:

Look forward to catching up at 11:30am - 12pm.


Best regards,
-H.

_____

**Harald F. Stock, Ph.D.**
President & Chief Executive Officer
O +1 (617) 420-8806
hstock@ovascience.com

**OvaScience, Inc.**
9 Fourth Avenue
Waltham, MA 02451
U.S.A.
www.OvaScience.com



On Nov 29, 2016, at 07:55, Michelle Dipp <mdipp@ovascience.com> wrote:

> Privileged and confidential
>
> Dear Harald,
>
> I have received feedback from the board on the deck. We would like to:
>
> - Rearrange the order of the BOD mtg - have a working dinner at the company and cover OvaTure and OvaPrime at dinner. We would like to see more development detail on OvaPrime and OvaTure.
>
> - In addition to hearing the base case, we would like to see the no Augment scenario tweaked with some very limited availability of Augment using limited additional funds. We recognize this would mean reducing the headcount significantly; therefore, we would like to see a full list of everyone in the company who has any severance in their agreement.
>
> - We need to have the bod meeting before moving forward with any planned public communication like the one articulated on slide 99 scheduled for

OVAS_1404049

December 12. Please don't plan to move forward with that communication until after the BOD meeting.

- We would like to extend executive session to 2 hours.

Can we speak or meet sometime this morning to discuss in more detail?

Thanks,
Michelle


Michelle Dipp, MD PhD
Co-founder & Chairman, OvaScience
Mdipp@ovascience.com
Nine 4th Ave, Waltham, MA 02451
Cell: 617 955 3139
Twitter: @dipp
Learn more about our fertility treatments:
https://www.youtube.com/watch?v=eU3Jf3WXM4k

On Nov 28, 2016, at 9:31 PM, Harald Stock <hstock@ovascience.com> wrote:

Dear OvaScience Board of Directors:

As highlighted in our email to you from last Wednesday, please find attached the additional details W.R.T. our 2017 Base Case Budget.


We look forward to a productive meeting next Thursday and our pre-meeting dinner Wednesday night,
-H.


This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not an intended recipient, please contact the sender immediately, and permanently delete this email and attachments.

<161128_OVAS December 1 BOD Base Case Budget 2017 Details.pdf>

_____
**Harald F. Stock, Ph.D.**
President & Chief Executive Officer
O +1 (617) 420-8806
hstock@ovascience.com

**OvaScience, Inc.**
9 Fourth Avenue
Waltham, MA 02451
U.S.A.
www.OvaScience.com

OVAS_1404050

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not an intended recipient, please contact the sender immediately, and permanently delete this email and attachments.

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not an intended recipient, please contact the sender immediately, and permanently delete this email and attachments.

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not an intended recipient, please contact the sender immediately, and permanently delete this email and attachments.

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not an intended recipient, please contact the sender immediately, and permanently delete this email and attachments.

This email and any attachments are for the sole use of the intended recipients and may be privileged or confidential. Any distribution, printing or other use by anyone else is prohibited. If you are not an intended recipient, please contact the sender immediately, and permanently delete this email and attachments.

OVAS_1404051