UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FADI DAHHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>OVASCIENCE, INC., et al.,<br><br>                    Defendants. | No. 1:17-cv-10511-IT<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, RE-CERTIFICATION OF THE CLASS, AND APPROVAL OF NOTICE TO THE CLASS |

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement, dated March 4, 2022, submitted herewith; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiff Freedom Family Investments LLC respectfully submits this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order (i) preliminarily approving the proposed Settlement; (ii) re-certifying the proposed Class for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's application for an award of attorneys' fees and litigation expenses. Attached hereto as Exhibit 1 is a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

Defendants do not oppose the relief requested in this Motion.

DATED: March 4, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)
ELIZABETH A. SHONSON (*pro hac vice*)
SABRINA E. TIRABASSI (*pro hac vice*)

*s/ Stephen R. Astley*
STEPHEN R. ASTLEY

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiff

LAW OFFICE OF ALAN L. KOVACS
ALAN L. KOVACS (BBO #278240)
257 Dedham Street
Newton, MA  02461
Telephone:  617/964-1177
617/332-1223 (fax)
alankovacs@yahoo.com

Local Counsel

                CRIDEN & LOVE, P.A.
                MICHAEL E. CRIDEN
                7301 SW 57th Court, Suite 515
                South Miami, FL  33143
                Telephone:  305/357-9000
                305/357-9050 (fax)

                Additional Counsel for Plaintiff

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify pursuant to Local Rule 7.1(a)(2) that Lead Counsel has conferred in good faith with opposing counsel on the matter set forth herein and that opposing counsel do not oppose the relief sought in this motion.

                                                *s/ Stephen R. Astley*
                                                STEPHEN R. ASTLEY

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will, be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on March 4, 2022.

                                                *s/ Stephen R. Astley*
                                                STEPHEN R. ASTLEY