UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FADI DAHHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>OVASCIENCE, INC., et al.,<br><br>                Defendants. | No. 1:17-cv-10511-IT<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |

PLEASE TAKE NOTICE that on July 26, 2022, at 2:45 p.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, Lead Plaintiff Freedom Family Investments LLC, on behalf of the Class, will respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of orders: (a) granting final approval of the proposed Settlement; and (b) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that, in support of its motion, Lead Plaintiff submits and is filing herewith: the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; the Declaration of Stephen R. Astley in Support of: (A) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses, Charges and Costs; the Declaration of Edward Freedman; and the Declaration of Ross D. Murray.

Proposed orders will be submitted with Lead Plaintiff's reply submission on July 19, 2022.

DATED:  June 21, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　　 & DOWD LLP
　　　　　　　　　　　　　　　　　　　　JACK REISE (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　STEPHEN R. ASTLEY (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　ELIZABETH A. SHONSON (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　SABRINA E. TIRABASSI (*pro hac vice*)


　　　　　　　　　　　　　　　　　　　　　　　*s/ Stephen R. Astley*
　　　　　　　　　　　　　　　　　　　　　　STEPHEN R. ASTLEY

　　　　　　　　　　　　　　　　　　　　120 East Palmetto Park Road, Suite 500
　　　　　　　　　　　　　　　　　　　　Boca Raton, FL  33432
　　　　　　　　　　　　　　　　　　　　Telephone:  561/750-3000
　　　　　　　　　　　　　　　　　　　　561/750-3364 (fax)
　　　　　　　　　　　　　　　　　　　　jreise@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　sastley@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　eshonson@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　stirabassi@rgrdlaw.com

　　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　　 & DOWD LLP
　　　　　　　　　　　　　　　　　　　　ELLEN GUSIKOFF STEWART (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　Telephone: 619/231-1058
　　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)
　　　　　　　　　　　　　　　　　　　　elleng@rgrdlaw.com

　　　　　　　　　　　　　　　　　　　　Lead Counsel for Plaintiff

　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF ALAN L. KOVACS
　　　　　　　　　　　　　　　　　　　　ALAN L. KOVACS (BBO #278240)
　　　　　　　　　　　　　　　　　　　　257 Dedham Street
　　　　　　　　　　　　　　　　　　　　Newton, MA  02461
　　　　　　　　　　　　　　　　　　　　Telephone:  617/964-1177
　　　　　　　　　　　　　　　　　　　　617/332-1223 (fax)
　　　　　　　　　　　　　　　　　　　　alankovacs@yahoo.com

　　　　　　　　　　　　　　　　　　　　Local Counsel

CRIDEN & LOVE, P.A.
MICHAEL E. CRIDEN
7301 SW 57th Court, Suite 515
South Miami, FL  33143
Telephone:  305/357-9000
305/357-9050 (fax)

Additional Counsel for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will, be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on June 21, 2022.

                                        *s/ Stephen R. Astley*
                                        STEPHEN R. ASTLEY